J. Andrew Coombs (SBN 123881)
Annie Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 502-3201

Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for Plaintiffs Elsevier Inc.,
Elsevier B.V., Elsevier
Limited, Elsevier Ireland Limited,
John Wiley & Sons, Inc., Wiley Periodicals, Inc.,
Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
Wolters Kluwer Health, Inc., and
Blackwell Publishing, Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato,  Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 GHK (PLAx) <br><br> **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LIABILITY ON COUNTS I AND III AGAINST DEFENDANTS KIUCHI SHOTEN CO., LTD., HIDEO KIUCHI, I AND U, INC. (A/K/A "CRESCENDO BOOKS" AND "BOOK CUBE") AND NORIKO TOYOSATO** <br><br> Hearing Date:  May 12, 2008 <br> Hearing Time: 9:30 a.m. <br> Courtroom: Hon. Judge G.H. King |

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd. ("Plaintiffs") hereby move for summary judgment for liability on Counts I (Fraud) and III (Unfair and Deceptive Trade Practices) against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" And "Book Cube") and Noriko Toyosato (collectively "Defendants").  As grounds for this motion, Plaintiffs state as follows:

1.      There are no material facts in dispute concerning the Defendants' scheme to procure journals from the Plaintiffs using false and assumed names and addresses. In particular, there is no dispute that: (i) the Defendants used false and assumed names and addresses to improperly procure publications from Plaintiffs at rates available only to individual subscribers; (ii) the Defendants purchased the journals at issue—not for the individual subscribers (as represented)—but instead for purposes of reselling the journals to their own customers in Japan, principally Japanese hospitals; (iii) Plaintiffs reasonably relied on these representations in fulfilling orders at the Individual Rates; and (iv) Plaintiffs suffered damages as a result of their selling these journals at the discounted rates based on these false statements.

2.      The grounds for this motion are set forth more fully in the accompanying memorandum of law, filed herewith.

1

## **CONCLUSION**

2

3        For the foregoing reasons and the reasons set forth in the accompanying

4   memorandum of law, Plaintiffs respectfully request that this Court grant their Motion

5   for Partial Summary Judgment and enter judgment in their favor on liability for

6

7   Counts I and III and grant such further relief as the Court deems just.

8

9                              ELSEVIER INC., JOHN WILEY & SONS,
                               INC., WILEY PERIODICALS, INC., WILEY-
10                             LISS, INC.,JOHN WILEY & SONS, LTD.,
                               WOLTERS KLUWER HEALTH, INC., and
11                             BLACKWELL PUBLISHING, LTD.,

12                             By their counsel,

13                             /s/ Matthew N. Kane _____
                               J. Andrew Coombs
14                             517 East Wilson Avenue, Suite 202
                               Glendale, California 91206
15                             Telephone: (818) 500-3200
                               Facsimile: (818) 502-3201
16
                               Matthew N. Kane
17                             Donnelly, Conroy, & Gelhaar LLP
                               One Beacon Street, 33d Fl.
18                             Boston, MA 02108
                               Tel. (617) 720-2880
19

20   Dated: April 21, 2008

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, ___Daniel Villarreal___, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

_Daniel Villarreal_

| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen<br>& Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi<br>Shoten Co., Ltd., Hideo Kiuchi, I and<br>U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross &<br>Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a<br>Joanne Tu)* |
|---|---|
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly<br>Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

## PROOF OF SERVICE

I, _Kenneth A. Shope_, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Kenneth A. Shope*

Kenneth A. Shope

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

## PROOF OF SERVICE

I, _Janeth Rodriguez_, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

Janeth Rodriguez.

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen<br>& Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi*<br>*Shoten Co., Ltd., Hideo Kiuchi, I and*<br>*U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross &<br>Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a*<br>*Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly*<br>*Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |