1  J. Andrew Coombs (SBN 123881)
   Annie Wang (SBN 243027)
2  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone:  (818) 500-3200
4  Facsimile:   (818) 502-3201

5  Matthew N. Kane
   Donnelly, Conroy, & Gelhaar LLP
6  One Beacon Street, 33d Floor
   Boston, Massachusetts 02108
7  Telephone: (617) 720-2880
   Facsimile:  (617) 720-3554
8
   Attorneys for Plaintiffs Elsevier Inc.,
9  Elsevier B.V., Elsevier
   Limited, Elsevier Ireland Limited,
10 John Wiley & Sons, Inc., Wiley Periodicals, Inc.,
   Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
11 Wolters Kluwer Health, Inc., and
   Blackwell Publishing, Ltd.

12

13

14

15                    UNITED STATES DISTRICT COURT

16                    CENTRAL DISTRICT OF CALIFORNIA

17  Elsevier Inc., Elsevier B.V., Elsevier
    Limited, Elsevier Ireland Limited,         Case No. CV06-3131 GHK
18  John Wiley & Sons, Inc., Wiley             (PLAx)
    Periodicals, Inc., Wiley-Liss, Inc., John
19  Wiley & Sons, Ltd., Wolters Kluwer         **STATEMENT OF UNDISPUTED**
    Health, Inc., and Blackwell Publishing,    **MATERIAL FACTS IN SUPPORT**
20  Ltd.,                                      **OF PLAINTIFFS' MOTION FOR**
                                               **PARTIAL SUMMARY JUDGMENT**
21                 Plaintiffs,
                                               Hearing Date:  May 12, 2008
22       v.                                    Hearing Time: 9:30 a.m.
                                               Courtroom: Hon. Judge G.H. King
23  Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I
    and U, Inc. (a/k/a "Crescendo Books" and
24  "Book Cube"), Lan Tu (a/k/a "Joanne
    Tu"), Ichihiro Toyosato, Noriko
25  Toyosato,  Beverly Jiang

26                 Defendants.

27

28

Pursuant to Local Rule 56.1, Plaintiffs submit this statement of undisputed material facts in support of their Motion for Partial Summary Judgment.

## I.  Parties

1. The Plaintiffs are publishers of highly-specialized professional journals, books, reference works, textbooks and databases, in print and electronic formats. (Declaration of Keith Abbott ("Abbott Dec.") ¶ 3; Declaration of Maureen Connors ("Connors Dec.") ¶ 3).

2. Defendant Hideo Kiuchi ("Kiuchi") is president, director and shareholder of defendant Kiuchi Shoten Co., Ltd.("Kiuchi Shoten"). (Declaration of Matthew N. Kane ("Kane Dec."), Ex. 1 ¶ 21).

3. Kiuchi Shoten's business includes the distribution of publications to subscribers, including institutional subscribers in Japan. (*Id.* at ¶ 25).

4. Defendant I and U, Inc. ("I and U") is a California corporation. (Kane Dec., Ex. 1 ¶ 26). It is owned by Kiuchi Shoten. (*Id.* at ¶ 27).

5. I and U, by and through its agents, received ordering instructions from Kiuchi and/or Kiuchi Shoten, placed subscriptions with the Plaintiffs using various names and addresses, and shipped these publications to Japan where they were ultimately distributed. (*Id.* at ¶ 22, 28)

6. Defendant Noriko Toyosato served as President of I and U from the 1990s until 2005. ("Mrs. Toyosato"). (Declaration of Noriko Toyosato ("Toyosato Decl.") ¶ 11).[1]

## II.  The Plaintiff's Journals

7. Each of the Plaintiffs publishes highly-specialized professional journals. (Abbott Dec. ¶ 3). By way of example, some of the many specialty journals published by Plaintiffs include *Hepatology*, *Human Brain Mapping, Journal of Interventional Cardiology*, *Kidney International*, *Neurology*, *Annals of Surgery,* and *The American Journal of Obstetrics & Gynecology*. (Abbott

---

[1] For purposes of this motion, the term "Defendants" means defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I And U, Inc. (A/K/A "Crescendo Books" And "Book Cube") and Noriko Toyosato.

Dec. ¶ 3; Declaration of Maribel Burgos ("Burgos Dec.") ¶ 3; Connors Dec. ¶ 3).  These journals provide professionals with critical peer reviewed research and studies in advanced disciplines. (*Id.*)

8. Given the highly-specialized nature of their journals, Plaintiffs have a somewhat unique pricing structure: Plaintiffs sell their journals at different prices depending on the type of subscriber. (Connors Dec. ¶ 5).

9. For example, Plaintiffs price their journals for sale to institutions, including hospitals and libraries, at an Institutional Rate.  (Abbott Dec. ¶ 5).

10. Plaintiffs rely on institutional sales for the income to make their journals economically feasible.  (Abbott Dec. ¶ 5).

11. At the same time, they offer subscriptions to individuals at prices deeply discounted from the Institutional Rate, sometimes as an accommodation to members of the scholarly societies that sponsor or own the journals ("Individual Rate").  (*Id.*).

12. The Plaintiffs' pricing structure reflects the fact that while only one person is permitted to subscribe at an Individual Rate, potentially, hundreds of readers may access the Institutional Rate subscriptions purchased by hospitals and other large institutions.  (Abbott Dec. ¶ 5; Burgos Dec. ¶ 5; Connors Dec. ¶ 5).

13. There is a considerable difference between Institutional Rate and Individual Rate prices.  For example, Wolters's Individual Rate for *Neurology* was $306 in 2001.  (Connors Dec. ¶ 10).  By contrast, the domestic Institutional Rate was $526 and the international Institutional Rate was $546.  (*Id.*).

14. Each of the Plaintiffs distributes pricing information sheets for all of its journals showing certain prices are for individuals only and other prices for institutions.  (Abbott Dec. ¶ 6; Burgos Dec. ¶ 6; Connors Dec. ¶ 6; *see also* Kane Dec., Ex. 2).

### III. The Defendants' Scheme

15. Beginning in the 1990s, Defendants started placing subscriptions with the publishers. (Toyosato Dec. ¶¶ 3-9).

16. At the outset, Defendant Hideo Kiuchi ("Mr. Kiuchi") provided Defendant Noriko Toyosato ("Ms. Toyosato") with a list of publications to obtain. (Toyosato Dec. *Id*. ¶ 9). The list identified the subscriptions to be placed and the applicable rates. (*Id*.).

17. In addition, Mr. Kiuchi forwarded funds so that orders could be placed. (Toyosato Dec. ¶ 9).

18. In 2004, for example, Mr. Kiuchi advanced $1,394,932.01 to I&U to fund the journal purchases. (Kane Dec., Ex. 3).

19. With the order list in hand, Ms. Toyosato and others placed subscriptions with various publishers. (Toyosato Dec. ¶ 5).

20. To obtain these journals at the low, Individual Rates, the subscriptions were placed in various names. In some instances, I&U employees used their own names. (Toyosato Dec. ¶¶ 14-17). Mrs. Toyosato used her name, for example, to place several subscriptions. (*Id*. ¶ 10).

21. In addition, I&U employees used the names of friends who had agreed to have their names used to order periodicals. (Toyosato Dec. ¶ 16).

22. Finally, I&U used dozens of fake aliases to place these subscriptions. (Toyosato Dec. ¶ 17).

23. The Defendants had an "End-User's Address List" setting forth dozens of "actual names" and "fake names." (Kane Dec., Ex. 4).

24. In addition to these various names, Defendants also used several different area addresses to receive these subscriptions. For example, they used more than thirty different post office boxes. (Toyosato Dec. ¶¶ 18-19; *id.* Ex. A).

25. Defendants also used several area residential addresses. (*See* Kane Dec., Ex. 4). For example, several of the subscriptions at issue were sent to Ms. Toyosato's home at 1710 Rodeo Road, Arcadia, CA. (*Id.*).

26. Finally, the Defendants created numerous email addresses for the various aliases that they were using. (Toyosato Dec. ¶ 5). With these email addresses, they communicated with the publishers using the assumed names. (*Id.*).

27. When the Plaintiffs received orders from the purported individual subscribers, the processed the orders as Individual Rate subscriptions. (*See*, *e.g.* Abbott Dec., ¶ 13; Burgos Dec., ¶ 12; Connors Dec. ¶ 12).

28. They relied on the representations that these subscribers were who they said they were. (*Id.*).

29. When the Plaintiffs filled and shipped the orders, the Defendants collected them from the various addresses and shipped them to Japan for distribution. (Toyosato Dec. ¶¶ 9, 24). Many of these subscriptions were distributed to Japanese hospitals. (Kane Dec., Ex. 5 at Exhibits A, B, C).

30. By way of illustration, Defendants submitted an order to Wiley for *Cancer* using the name "Chris Moore" in July 2004. (Kane Dec., Ex. 5, at Ex. B p. 28 of 42).

31. "Chris Moore" was not a real person; he was instead listed as a "fake name" on the Defendants' End-User's Address List. (Kane Dec., Ex. 4 at TOYO130).

32. When the Defendants received the journal in "Mr. Moore's" name, they ultimately shipped it to Japan for resale to "Tokyo HP." (Kane Dec., Ex. 5 at Ex. B, p. 28 of 42.)

33. Throughout, Mr. Kiuchi was aware of the tactics being used to procure these journals. (Toyosato Dec. ¶¶ 8, 15, 22, 33).

34. Mr. Kiuchi suggested to Ms. Toyosato that she should expand her network of friends so that that could use even more names to place even more Individual Rate subscriptions. (Toyosato Dec. ¶ 15).

35. When Ms. Toyosato expressed some discomfort in using these aliases, Mr. Kiuchi told her that they needed to continue placing Individual Rate subscriptions to stay competitive and to be able to continue selling these journals to hospitals and doctors in Japan. (Toyosato Dec. ¶ 33).

36. When Ms. Toyosato left I & U in 2005, she requested that Mr. Kiuchi cease using the various names that she had used; he refused saying that the names and post office boxes were proprietary and belonged to I&U. (Toyosato Dec. ¶ 38).

37. The Defendants were aware that, but for their use of the multiple names and addresses, they would not be able to purchase the periodicals at issue at the lower Individual Rates. (Toyosato Dec. ¶ 21).

**IV.     Plaintiff Publishers Discover The Scheme**

38. In 2005, Wiley received a series of money orders in connection with subscriptions being placed from a common address. (Abbott Dec. ¶ 9). Thereafter, Wiley, Elsevier, Blackwell, and Wolters undertook a comprehensive review of their respective subscription records, searching for patterns of names and addresses. (*Id.*).

39. The Plaintiffs reviewed their subscription records for certain names. They discovered that many of the names at issue were linked to multiple addresses. (Abbott Dec. ¶ 9; Burgos Dec. ¶ 9; Connors Dec. ¶ 9).

40. The alias "Jim Ota," for example, was used to place subscriptions at least three different addresses: (i) 1108 W. Valley Blvd. #6122, Alhambra, California; (ii) 1710 Rodeo Rd., Arcadia, California; and (iii) 2168 S. Atlantic Blvd. #159, Monterey Park, CA. (Kane Dec., Ex. 4).

41.     Each address, in turn, hosted multiple different named subscribers.  There were, for example, nearly 30 different names used to place subscriptions at the 1710 Rodeo Rd. address. (Kane Dec., Ex. 4).

42.     Given the breadth of identities, addresses, and publications, it took Plaintiffs considerable time and resources to: (i) discover the links among and between the various subscribers, addresses and publications; and (ii) determine which subscribers were real individuals and which were merely aliases.  (Abbott Dec. ¶ 10).

43.     Plaintiffs also suffered some damages by selling journals at the reduced Individual Rates.  (Abbott Dec. ¶¶11, 12; Burgos Dec. ¶¶ 10, 11; Connors Dec. ¶¶ 10, 11).

 

ELSEVIER INC., JOHN WILEY & SONS, INC., WILEY PERIODICALS, INC., WILEY-LISS, INC.,JOHN WILEY & SONS, LTD., WOLTERS KLUWER HEALTH, INC., and BLACKWELL PUBLISHING, LTD.,

By their counsel,

/s/ Matthew N. Kane_____
J. Andrew Coombs
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 502-3201

Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Fl.
Boston, MA 02108
Tel. (617) 720-2880

Dated: April 21, 2008

# PROOF OF SERVICE

I, ___Daniel Villarreal___, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Daniel Villarreal*

| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| --- | --- |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, __Kenneth A. Shope__, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Kenneth A. Shope* (signature)
Kenneth A. Shope

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, Janeth Rodriguez, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Janeth Rodriguez*
Janeth Rodriguez.

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |