**Exhibit 1**

From: JANNEY&JANNEY          213 483 7767          05/29/2007 17:16          #409 P.003/025

## ORIGINAL

1   Roger M. Franks (SBN 1661720)
    Email: rfranks@jdtplaw.com
2   John D. Hayashi (SBN 211077)
    Email: jhayashi@jdtplaw.com
3   JACKSON, DeMARCO, TIDUS, PETERSEN
    & PECKENPAUGH
4   2030 Main Street, Suite 1200
    Irvine, California 92614
5   Telephone:  (949) 752-8585
    Facsimile:  (949) 752-0597
6
    Attorneys for Defendants I and U, INC.  and
7   LAN TU (a/k/a "JOANNE TU")
8   Kenneth I. Gross (SBN 117838)
    Email: kgross@kigrosslaw.com
9   Law Offices of Kenneth I. Gross & Associates
    City National Plaza
10  555 S. Flower Street, Suite 4220
    Los Angeles, CA 90071
11
    Attorneys for Defendant LAN TU (a/k/a
12  "JOANNE TU")

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16  ELSEVIER INC., ELSEVIER B.V.,        CASE NO. CV06-3131 MMM PLA(x)
17  ELSEVIER LIMITED, ELSEVIER
    IRELAND LIMITED, JOHN
18  WILEY & SONS, INC., WILEY
    PERIODICALS, INC., WILEY-          ANSWER OF DEFENDANTS I
19  LISS, INC., JOHN WILEY &           AND U, INC. AND LAN TU (a/k/a
    SONS, LTD., WOLTERS KLUWER         "JOANNE TU") TO SECOND
20  HEALTH, INC., and BLACKWELL        AMENDED COMPLAINT
    PUBLISHING, LTD.
21
               Plaintiffs,
22
    vs.
23
    KIUCHI SHOTEN CO., LTD.,
24  HIDEO KIUCHI, I and U, INC.
    (a/k/a "CRESCENDO BOOKS" and
25  "BOOK CUBE"), LAN TU (a/k/a
    "JOANNE TU"), ICHIHIRO
26  TOYOSATO, NORIKO
    TOYOSATO, BEVERLY JIANG
27
               Defendants.
28

-1-

ANSWER TO SECOND AMENDED COMPLAINT

Exhibit 1 Page 4

1      Defendants I AND U, INC., a California corporation ("I and U") and LAN

2  TU (a/k/a "JOANNE TU") ("Ms. Tu") (together, the "Answering Defendants")

3  hereby answer the Second Amended Complaint ("SAC") filed by the Plaintiffs

4  ("Plaintiffs") as follows:

5      1.   Answering paragraph 1, the Answering Defendants admit that the SAC

6  alleges claims under the laws of the State of California and jurisdiction pursuant to

7  28 U.S.C. § 1332(a).  Except as so admitted, Answering Defendants deny each and

8  every remaining allegation contained therein.

9      2.   Answering paragraph 2, the Answering Defendants admit that venue is

10  proper pursuant to 28 U.S.C. § 1391.  Except as so admitted, Answering

11  Defendants deny each and every remaining allegation contained therein.

12      3.   Answering paragraph 3, the Answering Defendants deny each and

13  every allegation contained therein.

14      4.   Answering paragraph 4, the Answering Defendants are without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations contained in said paragraph, and on that basis deny each and every

17  allegation contained therein.

18      5.   Answering paragraph 5, the Answering Defendants are without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations contained in said paragraph, and on that basis deny each and every

21  allegation contained therein.

22      6.   Answering paragraph 6, the Answering Defendants are without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained in said paragraph, and on that basis deny each and every

25  allegation contained therein.

26      7.   Answering paragraph 7, the Answering Defendants are without

27  knowledge or information sufficient to form a belief as to the truth of the

28

-2-

**ANSWER TO SECOND AMENDED COMPLAINT**

5706-43182\698022.2

Exhibit 1 Page 5

From:JANNEY&JANNEY                    213 483 7767              05/29/2007 17:16     #409 P.005/025

1   allegations contained in said paragraph, and on that basis deny each and every

2   allegation contained therein.

3       8.     Answering paragraph 8, the Answering Defendants are without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained in said paragraph, and on that basis deny each and every

6   allegation contained therein.

7       9.     Answering paragraph 9, the Answering Defendants are without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations contained in said paragraph, and on that basis deny each and every

10   allegation contained therein.

11      10.   Answering paragraph 10, the Answering Defendants are without

12   knowledge or information sufficient to form a belief as to the truth of the

13   allegations contained in said paragraph, and on that basis deny each and every

14   allegation contained therein.

15      11.   Answering paragraph 11, the Answering Defendants are without

16   knowledge or information sufficient to form a belief as to the truth of the

17   allegations contained in said paragraph, and on that basis deny each and every

18   allegation contained therein.

19      12.   Answering paragraph 12, the Answering Defendants are without

20   knowledge or information sufficient to form a belief as to the truth of the

21   allegations contained in said paragraph, and on that basis deny each and every

22   allegation contained therein.

23      13.   Answering paragraph 13, the Answering Defendants are without

24   knowledge or information sufficient to form a belief as to the truth of the

25   allegations contained in said paragraph, and on that basis deny each and every

26   allegation contained therein.

27      14.   Answering paragraph 14, the Answering Defendants are without

28   knowledge or information sufficient to form a belief as to the truth of the

-3-         5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 6

1 allegations contained in said paragraph, and on that basis deny each and every
2 allegation contained therein.
3    15.    Answering paragraph 15, the Answering Defendants are without
4 knowledge or information sufficient to form a belief as to the truth of the
5 allegations contained in said paragraph, and on that basis deny each and every
6 allegation contained therein.
7    16.    Answering paragraph 16, the Answering Defendants are without
8 knowledge or information sufficient to form a belief as to the truth of the
9 allegations contained in said paragraph, and on that basis deny each and every
10 allegation contained therein.
11    17.    Answering paragraph 17, the Answering Defendants are without
12 knowledge or information sufficient to form a belief as to the truth of the
13 allegations contained in said paragraph, and on that basis deny each and every
14 allegation contained therein.
15    18.    Answering paragraph 18, the Answering Defendants are without
16 knowledge or information sufficient to form a belief as to the truth of the
17 allegations contained in said paragraph, and on that basis deny each and every
18 allegation contained therein.
19    19.    Answering paragraph 19, the Answering Defendants are without
20 knowledge or information sufficient to form a belief as to the truth of the
21 allegations contained in said paragraph, and on that basis deny each and every
22 allegation contained therein.
23    20.    Answering paragraph 20, the Answering Defendants are without
24 knowledge or information sufficient to form a belief as to the truth of the
25 allegations contained in said paragraph, and on that basis deny each and every
26 allegation contained therein.
27    21.    Answering paragraph 21, the Answering Defendants admit that
28 Defendant Hideo Kiuchi is an individual who resides at the alleged address in

-4-                                                5706-431821 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 7

1  Japan, that Mr. Kiuchi is President, Representative Director, and a shareholder of

2  Kiuchi Shoten, that Mr. Kiuchi has served as President of I and U, and that I and U

3  is a wholly-owned subsidiary of Kiuchi Shoten.  Except as so admitted, Answering

4  Defendants deny each and every remaining allegation contained therein.

5      22.    Answering paragraph 22, the Answering Defendants admit that Kiuchi

6  Shoten and its agents and/or employees direct the business of I and U, direct the

7  ordering of subscriptions, transmit funds to I and U, and direct the distribution of

8  journals to Kiuchi Shoten in Japan.  Except as so admitted, Answering Defendants

9  deny each and every remaining allegation contained therein.

10     23.    Answering paragraph 23, the Answering Defendants, on information

11  and belief, admit the allegations therein.

12     24.    Answering paragraph 24, the Answering Defendants admit that Mr.

13  Kiuchi is President, Representative Director, and a shareholder of Kiuchi Shoten.

14  Except as so admitted, Answering Defendants deny each and every remaining

15  allegation contained therein.

16     25.    Answering paragraph 25, the Answering Defendants admit the

17  allegations therein.

18     26.    Answering paragraph 26, the Answering Defendants admit the

19  allegations therein.

20     27.    Answering paragraph 27, the Answering Defendants admit the

21  allegations therein.

22     28.    Answering paragraph 28, the Answering Defendants admit the

23  allegations contained therein.

24     29.    Answering paragraph 29, the Answering Defendants admit the

25  allegations contained therein.

26     30.    Answering paragraph 30, the Answering Defendants admit the

27  allegations contained therein.

28

-5-                             5706-43182\698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 8

31.   Answering paragraph 31, the Answering Defendants admit that Noriko Toyosato is the former president of I and U and at one point lived at the address alleged.  Except as so admitted, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every remaining allegation contained therein.

32.   Answering paragraph 32, the Answering Defendants admit the allegations therein, except that Lan Tu is a former employee of I and U.

33.   Answering paragraph 33, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34.   Answering paragraph 34, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35.   Answering paragraph 35, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph as to all Plaintiffs, and on that basis deny each and every allegation contained therein.

36.   Answering paragraph 36, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

37.   Answering paragraph 37, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

-6-
**ANSWER TO SECOND AMENDED COMPLAINT**

1      38.    Answering paragraph 38, the Answering Defendants are without

2   knowledge or information sufficient to form a belief as to the truth of the

3   allegations contained in said paragraph, and on that basis deny each and every

4   allegation contained therein.

5      39.    Answering paragraph 39, the Answering Defendants are without

6   knowledge or information sufficient to form a belief as to the truth of the

7   allegations contained in said paragraph, and on that basis deny each and every

8   allegation contained therein.

9      40.    Answering paragraph 40, the Answering Defendants admit that some

10   Plaintiffs offer subscriptions at rates for institutions and for individuals.  Except as

11   so admitted, Answering Defendants are without knowledge or information

12   sufficient to form a belief as to the truth of the remaining allegations contained in

13   said paragraph, and on that basis deny each and every remaining allegation

14   contained therein.

15      41.    Answering paragraph 41, the Answering Defendants deny each and

16   every allegation contained therein.

17      42.    Answering paragraph 42, the Answering Defendants are without

18   knowledge or information sufficient to form a belief as to the truth of the

19   allegations contained in said paragraph, and on that basis deny each and every

20   allegation contained therein.

21      43.    Answering paragraph 43, the Answering Defendants admit that

22   subscriptions are sold to subscriptions agencies.  Except as so admitted, Answering

23   Defendants are without knowledge or information sufficient to form a belief as to

24   the truth of the remaining allegations contained in said paragraph, and on that basis

25   deny each and every remaining allegation contained therein.

26      44.    Answering paragraph 44, the Answering Defendants deny each and

27   every allegation contained therein.

28

-7-                          5706-43182\ 698022.2

ANSWER TO SECOND AMENDED COMPLAINT

Exhibit 1 Page 10

45. Answering paragraph 45, the Answering Defendants deny each and every allegation contained therein.

46. Answering paragraph 46, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

47. Answering paragraph 47, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

48. Answering paragraph 48, the Answering Defendants deny each and every allegation contained therein.

49. Answering paragraph 49, the Answering Defendants admit that Kiuchi Shoten and its agents and/or employees receive orders for publications from Japanese customers. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

50. Answering paragraph 50, the Answering Defendants admit Kiuchi Shoten and its agents and/or employees provided I and U with subscription orders. Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

51. Answering paragraph 51, the Answering Defendants admit that various U.S. addresses were used for Japanese subscribers. Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

52. Answering paragraph 52, the Answering Defendants admit that I and U maintained an end user address list identifying alias names and subscribers' actual names. Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

-8-                                                            5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 11

53.  Answering paragraph 53, the Answering Defendants admit that subscriptions were placed with certain Plaintiffs using said address.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

54.  Answering paragraph 54, the Answering Defendants admit that in some cases alias names were used in place of the individual subscriber's actual name.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

55.  Answering paragraph 55, admit that in some cases alias names were used in place of the individual subscriber's actual name, and that said individual subscribers did not reside at 1710 Rodeo Road.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

56.  Answering paragraph 56, the Answering Defendants admit, on information and belief, that at one point Noriko Toyosato and Ichihiro Toyosato resided at said address.  Except as so admitted, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis deny each and every remaining allegation contained therein.

57.  Answering paragraph 57, the Answering Defendants admit that I and U directed its agents and employees to place subscriptions and that in some cases alias names were used in place of the subscriber's actual name.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained therein.

58.  Answering paragraph 58, the Answering Defendants admit that some subscriptions were paid for with money orders.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

-9-

**ANSWER TO SECOND AMENDED COMPLAINT**

5706-43182\698022.2

Exhibit 1 Page 12

From:JANNEY&JANNEY          213 483 7767          06/29/2007 17:18     #409 P.012/025

59.   Answering paragraph 59, the Answering Defendants admit that some subscriptions were paid for with money orders. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

60.   Answering paragraph 60, the Answering Defendants admit that other addresses were used for subscriptions. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

61.   Answering paragraph 61, the Answering Defendants admit the allegations contained therein.

62.   Answering paragraph 62, the Answering Defendants admit that post office boxes were used for subscriptions. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

63.   Answering paragraph 63, the Answering Defendants admit that post office boxes were used for subscriptions. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

64.   Answering paragraph 64, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

65.   Answering paragraph 65, the Answering Defendants admit that an alias names were used for the actual subscriber's name. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

66.   Answering paragraph 66, the Answering Defendants deny each and every allegation contained therein.

67.   Answering paragraph 67, the Answering Defendants admit that residential addresses were used to receive subscriptions. Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

-10-           5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 13

68.     Answering paragraph 68, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

69.     Answering paragraph 69, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

70.     Answering paragraph 70, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

71.     Answering paragraph 71, the Answering Defendants admit the allegations contained therein.

72.     Answering paragraph 72, the Answering Defendants deny each and every remaining allegation contained in said paragraph.

73.     Answering paragraph 73, the Answering Defendants admit that I and U agents and/or employees applied for subscriptions to journals.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

74.     Answering paragraph 74, the Answering Defendants admit that I and U agents and/or employees applied for subscriptions to journals.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

75.     Answering paragraph 75, the Answering Defendants deny each and every allegation contained therein.

76.     Answering paragraph 76, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the

-11-                                    5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 14

1  allegations contained in said paragraph, and on that basis deny each and every
2  allegation contained therein.

3        77.    Answering paragraph 77, the Answering Defendants admit that Jim
4  Sawada is listed on the end user list.  Except as so admitted, Answering Defendants
5  deny each and every remaining allegation contained in said paragraph.

6        78.    Answering paragraph 78, the Answering Defendants deny each and
7  every allegation contained therein.

8        79.    Answering paragraph 79, the Answering Defendants are without
9  knowledge or information sufficient to form a belief as to the truth of the
10  allegations contained in said paragraph, and on that basis deny each and every
11  allegation contained therein.

12        80.    Answering paragraph 80, the Answering Defendants admit that
13  subscription requests were made from I and U and Book Cube, and that the address
14  alleged is I and U's address.  Except as so admitted, Answering Defendants are
15  without knowledge or information sufficient to form a belief as to the truth of the
16  remaining allegations contained in said paragraph, and on that basis deny each and
17  every remaining allegation contained therein.

18        81.    Answering paragraph 81, the Answering Defendants are without
19  knowledge or information sufficient to form a belief as to the truth of the
20  allegations contained in said paragraph, and on that basis deny each and every
21  allegation contained therein.

22        82.    Answering paragraph 82, the Answering Defendants are without
23  knowledge or information sufficient to form a belief as to the truth of the
24  allegations contained in said paragraph, and on that basis deny each and every
25  allegation contained therein.

26        83.    Answering paragraph 83, the Answering Defendants are without
27  knowledge or information sufficient to form a belief as to the truth of the

28

-12-

5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 15

1   allegations contained in said paragraph, and on that basis deny each and every

2   allegation contained therein.

3        84.   Answering paragraph 84, the Answering Defendants are without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained in said paragraph, and on that basis deny each and every

6   allegation contained therein.

7        85.   Answering paragraph 85, the Answering Defendants are without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations contained in said paragraph, and on that basis deny each and every

10  allegation contained therein.

11       86.   Answering paragraph 86, the Answering Defendants admit that Cindy

12  Sawada is listed on the end user list. Except as so admitted, Answering Defendants

13  deny each and every remaining allegation contained in said paragraph.

14       87.   Answering paragraph 87, the Answering Defendants are without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations contained in said paragraph, and on that basis deny each and every

17  allegation contained therein.

18       88.   Answering paragraph 88, the Answering Defendants admit that Jim

19  Ota is listed on the end user list. Except as so admitted, Answering Defendants

20  deny each and every remaining allegation contained in said paragraph.

21       89.   Answering paragraph 89, the Answering Defendants admit that the

22  names are mentioned on the end user list attached to the SAC. Except as so

23  admitted, Answering Defendants deny each and every remaining allegation

24  contained in said paragraph.

25       90.   Answering paragraph 90, the Answering Defendants admit that I and

26  U directed its agents and/or employees to order subscriptions, and in some cases

27  used aliases in place of the subscriber's actual name. Except as so admitted,

28

-13-                                    5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 16

1  Answering Defendants deny each and every remaining allegation contained in said
2  paragraph.

3     91.    Answering paragraph 91, the Answering Defendants deny each and
4  every allegation contained therein.

5     92.    Answering paragraph 92, the Answering Defendants deny each and
6  every allegation contained therein.

7     93.    Answering paragraph 93, the Answering Defendants admit that I and
8  U shipped publications to Japan.  Except as so admitted, Answering Defendants
9  deny each and every remaining allegation contained in said paragraph.

10     94.    Answering paragraph 94, the Answering Defendants admit that
11  publications were distributed to the individuals and entities who had ordered them
12  in Japan.  Except as so admitted, Answering Defendants deny each and every
13  remaining allegation contained in said paragraph.

14     95.    Answering paragraph 95, the Answering Defendants are without
15  knowledge or information sufficient to form a belief as to the truth of the
16  allegations contained in said paragraph, and on that basis deny each and every
17  allegation contained therein.

18     96.    Answering paragraph 96, the Answering Defendants are without
19  knowledge or information sufficient to form a belief as to the truth of the
20  allegations contained in said paragraph, and on that basis deny each and every
21  allegation contained therein.

22     97.    Answering paragraph 97, the Answering Defendants deny each and
23  every allegation contained therein.

24     98.    Answering paragraph 98, the Answering Defendants admit that Exhibit
25  A lists the alleged addresses for Jim Ota.  Except as so admitted, Answering
26  Defendants deny each and every remaining allegation contained in said paragraph.

27

28

-14-                                         5706-43182\ 698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 17

99.    Answering paragraph 99, the Answering Defendants admit that addresses hosted multiple subscribers.  Except as so admitted, Answering Defendants deny each and every remaining allegation contained in said paragraph.

100.   Answering paragraph 100, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

101.   Answering paragraph 101, the Answering Defendants deny each and every allegation contained therein.

102.   Answering paragraph 102, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

103.   Answering paragraph 103, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

104.   Answering paragraph 104, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

105.   Answering paragraph 105, the Answering Defendants deny each and every allegation contained therein.

106.   Answering paragraph 106, the Answering Defendants deny each and every allegation contained therein.

107.   Answering paragraph 107, the Answering Defendants reinstate and incorporate by reference their answers to paragraphs 1 through 106 above.

-15-

5706-43182\698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 18

108.   Answering paragraph 108, the Answering Defendants deny each and every allegation contained therein.

109.   Answering paragraph 109, the Answering Defendants deny each and every allegation contained therein.

110.   Answering paragraph 110, the Answering Defendants deny each and every allegation contained therein.

111.   Answering paragraph 111, the Answering Defendants deny each and every allegation contained therein.

112.   Answering paragraph 112, the Answering Defendants deny each and every allegation contained therein.

113.   Answering paragraph 113, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

114.   Answering paragraph 114, the Answering Defendants deny each and every allegation contained therein.

115.   Answering paragraph 115, the Answering Defendants reinstate and incorporate by reference their answers to paragraphs 1 through 114 above.

116.   Answering paragraph 116, the Answering Defendants deny each and every allegation contained therein.

117.   Answering paragraph 117, the Answering Defendants deny each and every allegation contained therein.

118.   Answering paragraph 118, the Answering Defendants deny each and every allegation contained therein.

119.   Answering paragraph 119, the Answering Defendants reinstate and incorporate by reference their answers to paragraphs 1 through 118 above.

120.   Answering paragraph 120, the Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the

-16-                                          5706-43183\698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 19

1   allegations contained in said paragraph, and on that basis deny each and every

2   allegation contained therein.

3       121.   Answering paragraph 121, the Answering Defendants deny each and

4   every allegation contained therein.

5       122.   Answering paragraph 122, the Answering Defendants deny each and

6   every allegation contained therein.

7       123.   Answering paragraph 123, the Answering Defendants deny each and

8   every allegation contained therein.

9       124.   Answering paragraph 124, the Answering Defendants deny each and

10  every allegation contained therein.

11      125.   Answering paragraph 125, the Answering Defendants deny each and

12  every allegation contained therein.

13                      **AFFIRMATIVE DEFENSES**

14                      **FIRST AFFIRMATIVE DEFENSE**

15              **(FAILURE TO JOIN INDISPENSABLE PARTIES)**

16      126.   Defendants allege that all causes of action in the SAC are barred due to

17  the failure to join indispensable parties, as the SAC fails to name the subscription

18  end users as parties to this action.

19                 -   **SECOND AFFIRMATIVE DEFENSE**

20                      **(BREACH OF GOOD FAITH)**

21      127.   Defendants allege that the Breach of Contract cause of action is barred

22  because Plaintiff breached the implied covenant of good faith and fair dealing by

23  seeking to enforce alleged end user restrictions that were never disclosed nor

24  present in any contract between any Plaintiff and any Defendant.

25

26

27

28

                            -17-                        5706-43182\698022.2
                **ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 20

1
2

## THIRD AFFIRMATIVE DEFENSE

## (CONSENT)

3      128.   Defendants allege that Plaintiffs consented to all of the acts and/or

4   conduct allegedly taken by Defendant and its agents, representatives, and/or

5   employees, thereby barring Plaintiff from recovering damages from Defendants.

6

## FOURTH AFFIRMATIVE DEFENSE

7

## (ESTOPPEL)

8      129.   Defendants allege that all causes of action in the SAC are barred by the

9   doctrine of estoppel.

10

## FIFTH AFFIRMATIVE DEFENSE

11

## (INDEMNIFICATION)

12      130.   Should Plaintiffs recover damages from any Defendant, Defendants

13   are entitled to indemnification, either in whole or in part, from all persons or

14   entities whose negligence, breach, and/or fault proximately contributed to

15   Plaintiffs' damages, if any there are.

16

## SIXTH AFFIRMATIVE DEFENSE

17

## (LACHES)

18      131.   Defendants allege that all causes of action in the SAC are barred by the

19   doctrine of laches.

20

## SEVENTH AFFIRMATIVE DEFENSE

21

## (LACK OF PRIVITY/STANDING)

22      132.   Defendants allege that Plaintiffs lack privity to enforce the alleged

23   agreements against Defendants, because, inter alia, not all Plaintiffs had entered

24   into alleged contracts with all Defendants.

25

## EIGHTH AFFIRMATIVE DEFENSE

26

## (PREEMPTION)

27      133.   Defendants allege that all causes of action in the SAC are preempted

28   by U.S. Copyright law.

-18-                                   5706-43182\698022.2

## ANSWER TO SECOND AMENDED COMPLAINT

Exhibit 1 Page 21

## NINTH AFFIRMATIVE DEFENSE

### (RATIFICATION)

134.   Defendants are informed and believe and on that ground allege that Plaintiffs ratified whatever actions Plaintiffs claim that Defendants took or allegedly failed to take.

## TENTH AFFIRMATIVE DEFENSE

### (SCOPE OF EMPLOYMENT/AGENCY)

135.   Defendants allege that recovery against individual defendants are barred on all causes of action because said individual defendants were acting within the course and scope of their employment and/or agency of the company and on behalf of end users.

## ELEVENTH AFFIRMATIVE DEFENSE

### (SET-OFF)

136.   Without in any way admitting that Defendants are liable to Plaintiffs for any amount, to the extent Defendants have any liability to Plaintiffs, Defendants are entitled to set-off such amount found to be due and owing.

## TWELFTH AFFIRMATIVE DEFENSE

### (STATUTE OF FRAUDS)

137.   Defendants allege that all causes of action in the SAC are barred either partially or wholly for failure to comply with the statute of frauds, as the alleged contractual terms are not in writing.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (STATUTES OF LIMITATION)

138.   Defendants allege all causes of action in the SAC are barred either partially or wholly by the applicable statutes of limitation under the laws of the State of California, including, without limitation, California Code of Civil Procedure sections 337, 338, 339, 340, and 343.

-19-

S706-43182\ 698022.2

ANSWER TO SECOND AMENDED COMPLAINT

Exhibit 1 Page 22

## FOURTEENTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

139.   Defendants allege that, by reason of their own conduct, Plaintiffs are barred by the doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (MITIGATION OF DAMAGES)

140.   Defendants allege that if Plaintiffs suffered any loss or damage, such loss or damage was proximately caused at least in part by their own failure to mitigate against alleged damages and that, therefore, Plaintiffs' claims must be reduced, diminished, or defeated by such amounts as should have been so mitigated.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (WAIVER)

141.   Defendants allege that the SAC is barred by the doctrine of waiver, because, inter alia, Defendants knew they did not have contractual end user restrictions on their products yet continued to sell their products and accept payment from Defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO AMEND ANSWER)

142.   Defendants presently have insufficient knowledge or information as to whether they may have additional, yet unasserted, affirmative defenses. Defendants therefore reserve the right to assert additional affirmative defenses in the event discovery or further proceedings indicate such defenses would be appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Defendants prays for judgment as follows:

1.   That Plaintiffs' SAC be dismissed in its entirety, with prejudice;

2.   That Plaintiffs take nothing by the SAC;

-20-                          5706-43182\698022.2

**ANSWER TO SECOND AMENDED COMPLAINT**

Exhibit 1 Page 23



3.    For attorney's fees incurred in the defense of this action;

4.    For costs of suit; and,

5.    Such other and further relief as the Court may deem just and proper.

                         Respectfully submitted,

DATED: May 7, 2007       JACKSON, DeMARCO, TIDUS, PETERSEN &
                         PECKENPAUGH


                         By: _____
                             William H. Hensley
                             Roger M. Franks
                             John D. Hayashi
                             Attorneys for Defendants I and U, Inc. and Joanne
                             Tu

-21-

ANSWER TO SECOND AMENDED COMPLAINT

5706-43182\ 698022.2

Exhibit 1 Page 24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY MAIL**

**Elsevier Inc., et al. v. Kiuchi Shoten Co., Ltd., et al.**
**USDC, Central District of California Case No. CV06-3131 MMM (PLAx)**

    I am employed by the law firm of Jackson DeMarco Tidus & Peckenpaugh and my business address is 2030 Main Street, Suite 1200, Irvine, California 92614. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

    On May 7, 2007, I served the following document described as:

**ANSWER OF DEFENDANTS I AND U, INC. AND LAN TU (a/k/a "JOANNE TU") TO SECOND AMENDED COMPLAINT**

on the interested parties in this action by enclosing a true copy thereof in envelopes addressed as follows:

*SEE ATTACHED SERVICE LIST*

    Said envelopes were then sealed and placed for collection and mailing in the United States Mail on said date following ordinary business practice. Under that practice, correspondence would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2007, at Irvine, California.

                          *Teri Isozaki*
                          Teri Isozaki

-1-

5706-43182\ 679037.1

**PROOF OF SERVICE BY MAIL**

Exhibit 1 Page 25

**SERVICE LIST**

Elsevier Inc., et al. v. Kiuchi Shoten Co., Ltd., et al.
USDC, Central District of California Case No. CV06-3131 MMM (PLAx)

| | |
|---|---|
| J. Andrew Coombs, Esq.<br>Kareen O'Brien, Esq.<br>J. Andrew Coombs, A Prof. Corp.<br>450 N. Brand Blvd., Suite 600<br>Glendale, CA 91203-2349<br>Telephone: 818.291.6444<br>Facsimile: 818.291.6446<br><br>*Attorneys for Plaintiffs Elsevier Inc.,*<br>*Elsevier B.V., Elsevier Limited, Elsevier*<br>*Ireland Limited, John Wiley & Sons,*<br>*Inc., Wiley Periodicals, Inc., Wiley-Liss,*<br>*Inc., John Wiley & Sons, Ltd., Wolters*<br>*Kluwer Health, Inc., and Blackwell*<br>*Publishing, Ltd.* | Matthew N. Kane, Esq.<br>Donnelly, Conroy, & Gelhaar LLP<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: 617.720.2880<br>Facsimile: 617.720.3554<br><br>*Attorneys for Plaintiffs Elsevier Inc.,*<br>*Elsevier B.V., Elsevier Limited, Elsevier*<br>*Ireland Limited, John Wiley & Sons,*<br>*Inc., Wiley Periodicals, Inc., Wiley-Liss,*<br>*Inc., John Wiley & Sons, Ltd., Wolters*<br>*Kluwer Health, Inc., and Blackwell*<br>*Publishing, Ltd.* |
| William D. Johnson, Esq.<br>Johnson & Crowder<br>A Professional Law Corporation<br>World Trade Center<br>350 S. Figueroa Street, Suite 190<br>Los Angeles, CA 90071-1199<br>Telephone: 213.621.3000<br>Facsimile: 213.621.2900<br><br>*Attorneys for Defendants Ichihiro*<br>*Toyosato, Noriko Toyosato, and Beverly*<br>*Jiang* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross &<br>Associates<br>City National Plaza<br>555 S. Flower Street, Suite 4220<br>Los Angeles, CA 90071<br>Telephone: 213.627.0218<br>Facsimile: 213.623.4628<br><br>*Attorneys for Defendant Lan Tu (aka*<br>*Joanne Tu)* |

-2-

S206-43182\679037.1

**PROOF OF SERVICE BY MAIL**

Exhibit 1 Page 26

# Exhibit 2

# **Blackwell Publishing**

*Journals price list*

# **2005**

This price list contains prices for all Blackwell Publishing titles across our offices in Oxford, Boston, Berlin, Copenhagen and Melbourne. All orders should be directed to our Oxford address as given:

Blackwell Publishing Ltd
Subscription Agent Services Department
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG,UK
Tel: +44 (0) 1865 778054
Fax: +44 (0) 1865 471777
Email: agentservices@oxon.blackwellpublishing.com

- Newly acquired and new start journals are printed in green.

- Notes regarding changes in format, extent or name, plus other title-specific information, are listed in the 'Notes' column at the end of each title line.

- Agents' discount does not apply to the titles specified in bold in the notes column.

- All titles are available electronically to institutions unless indicated in the notes column.

- While we make every effort to ensure 100% accuracy the price list may contain errors and/or omissions and prices may be subject to change after publication. We reserve the right to invoice customers at the correct amount in such cases.

# Online Journals from *Blackwell Publishing*

**PURCHASING OPTIONS**

This price structure applies to all titles from Blackwell Publishing, Blackwell Munksgaard, Blackwell Futura Publishing and Blackwell Verlag journals. Exceptions to this are indicated in the notes column.

Online orders should contain full details for sites wishing to take advantage of online access – including email and contact address for each site administrator.

**1 Premium Subscription –
print with extended online access**

For the best online and print service, subscriptions should be ordered at PREMIUM online access for an additional 10% of the standard subscription price. All advantages of the Blackwell Publishing Site License – a signed copy of which is required for each subscribing institution (www.blackwellpublishing.com/license)

Benefits include:

- Access to full-text articles from current content and all back-files online
- Access to OnlineEarly articles, where available.

**COLLECTION AND CONSORTIA PURCHASING OPTIONS**

We offer a range of purchasing options for online journal content, designed to meet the needs of libraries and library consortia. These options include:

**The Blackwell Publishing Collection:**

Collection of over 670 Blackwell Publishing journals across all subject areas. Libraries can choose to purchase the Full Collection or either the Science and Medicine Collection or Social Science and Humanities Collection. New and transfer journals are included on a limited free-trial basis. This is the most popular option for larger institutions and we have over 1500 customers worldwide.

Alternative online or usage-based pricing models are available to selected centrally managed large consortia at prior sites.

**Subject Bundles:**

Subject bundles are available across the spectrum, from law to veterinary medicine, nursing to agriculture. Journals in the chosen bundle are available as premium online subscriptions. These are

---

- Ongoing archival access to paid-for content.
- IP and/or remote user access authentication
- Free electronic course pack use.
- Inter-library loan (printed from electronic copy).
- Access for walk-in users.

**2 Standard Subscription –
print with standard online access**

All institutions subscribing to Blackwell Publishing journals are entitled to standard access to the online version for as long as their subscription continues.

- Access to full-text articles from the current and previous subscription year.
- Access authentication by IP address and/or remote user access.

**3 Online Only Subscription**

Blackwell Publishing titles that are available online can also be bought at the discounted online only price of 85% of the standard subscription fee (from 2005 online access is at the PREMIUM level (see option 1). Subscribing institutions must sign the Blackwell Publishing Site License (www.blackwellpublishing.com/license)

particularly suitable for specialist organizations wishing to expand their online access in a defined subject area.

**Article Bundles**

Article bundles are available for companies wishing to be charged in bulk for the articles used in their organization. Online access is charged per article downloaded and the invoice can be provided either before or following the use. Available to corporate customers wishing to set up an account.

**Single article purchases**

Customers may purchase instant access for 30 days to individual articles using their credit card. This service is available to all users of Blackwell Synergy.

**For more information on the many purchasing options available please:**

Email journalnews@blackwellpublishing.com or visit: www.blackwellpublishing.com/librarians

---

Please see the relevant customer information section for full information on prices and availability.

More information can be found at: www.blackwellpublishing.com/librarians

**ACCESS OPTIONS**

We offer a wide range of access options for online journals from Blackwell Publishing. The online journals in this price list are available through our own delivery service, Blackwell Synergy (see opposite) as well as through several third party intermediaries, including:

- IngentaJournals
- SwetsWise
- EBSCO Online Journals
- OCLC ECO
- HighWire Press (selected journals only)

**Crystallography Journals Online**

Journals published for the International Union of Crystallography are available online via Blackwell Synergy and Crystallography Journals Online.

- Acta Crystallographica Sections A-F
- Journal of Applied Crystallography
- Journal of Synchrotron Radiation

---



**Blackwell Synergy**

The online journals from Blackwell Publishing are available through your own online delivery service, Blackwell Synergy. This is a popular tool amongst researchers and has been well received within the library community.

There are many benefits for library administrators on Blackwell Synergy, including:

- Self-service IP administration
- Passwords available for remote off-site access, and Athens authentication
- COUNTER-compliant usage statistics
- Easy OPAC integration with OpenURL linking
- MARC 21 and SFX compatible holdings file available to download

Students and researchers using Blackwell Synergy have the benefits of an easy-to-use interface and many features including:

- Comprehensive reference, author, and keyword linking with Crossref.
- Published in SI, CSA, CJS, JSTOR
- Links forward to articles that cite the current article
- Powerful search features including NEW CrossRef search

---

- Email alerts – table of contents by email or updates when new research is published in area of interest.
- Articles are available in full-text HTML, with embedded links, high-quality figures and tables, or in PDF format, which is excellent for printing.
- OnlineEarly – view articles online before they are published in print.
- Save favourite journals and articles in My Synergy – the personal Synergy homepage.
- Download citations directly into a reference manager.

To browse through the journals on Blackwell Synergy visit: **www.blackwell-synergy.com**

---

## THE LIBRARIAN WEBSITE from *Blackwell Publishing*



- Latest News
- Librarians Newsletter
- Library Purchasing Options
- Online Journal Information
- Foreign Language Information
- Marketing Resources
- Online Subject Resources

# www.blackwellpublishing.com/librarians

---

**Blackwell Publishing 2005 Price List**

P 0001344

Exhibit 2 Page 28

# Blackwell Publishing

## Information for Customers

### HOW TO CONTACT US

Subscription Agent Services
Blackwell Publishing
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG UK

Tel - +44 (0) 1865 778594
Fax - +44 (0) 1865 471777
Email: agentservices@oxon.blackwellpublishing.com
Web: www.blackwellpublishing.com

Although all orders are not processed in Oxford, agents and customers in the US may use our Boston toll-free number for telephone inquiries. 1-800-835-6770

### PAYMENT INFORMATION

Rates apply to all institutions except where commercial company rates or developing world rates are indicated separately. Price regions relate to the location of the end-customer, not the agent's consolidation address. However the tax treatment should always follow the rules of the country in which the agent's billing address is located.

Except where noted in the price list, subscriptions for customers in North, Central and South America and the Caribbean must be paid in US dollars, and at other areas in £ sterling.

Special rates for developing countries are listed where available. For a list of qualifying countries please visit our Customer Services website at www.blackwellpublishing.com/customerservices These prices (ask quality) for our standard agency discount.

All subscriptions are payable in advance. Full payment is required to complete your order, enter initial issues and activate your online access. Payment may be made as follows:

- By cheque or money order to Blackwell Publishing. Sterling cheques should be drawn on a UK bank account. US dollar checks on a USA bank account. Canadian Dollars (where applicable) on a Canadian account.

- By credit card (American Express, Mastercard or Visa) quoting the name on the card, card number and expiry date. Credit card orders can be placed over the telephone.
- Bank Transfer (£ sterling only) to:

  Barclays Bank PLC, Oxford City Branch
  PO Box 333, Oxford, OX1 3HS, UK

  Account: 30184624
  Sort Code: 20-65-18
  SWIFT code: BARCGB22
  IBAN: GB85BARC20651830184624

  Please service our Customer Services department by email, fax or post of the value and details of your transferred payment. Customer ID and Order ID(s) should be included with your payment slip plus any remittance advice. Please see How to Contact Us for full postal address details. Our dedicated Bank Transfer contact details are:

  Email: journalservices@oxon.blackwellpublishing.com

  Fax - +44 (0) 1865 471780

- Through Girobank plc –

  account number 0456 5649
  Sort Code: 72-000-00

  To ensure continuity of your subscription please send orders and payment as soon as possible before expiry. Please ensure

that payment is accompanied by full ordering details including subscription year required.

### VAT & OTHER TAXES

For Agents: tax treatment should always follow the rules of the country in which the Agent's billing address is located.

#### European Community Value Added Tax (VAT)

Customers in the UK will be charged VAT on Standard, Premium and Online-only option.

Customers in the EU must provide a VAT registration number or evidence of entitlement to exemption; customers who are not registered or exempt will be charged VAT on Standard, Premium and Online-only options

Currently tax rates are:
- For Standard or Premium options 5%
- For Online only option 17.5%
- Titles available in print only 0%

Our VAT number is: GB 349 9422 23

#### Canadian Goods and Services Tax (GST)

Customers in Canada ordering directly from the publisher should add 7% GST or provide evidence of entitlement to exemption. Subscription agents are responsible for collecting GST from their customers in Canada. Our GST number is 130 130 412 RT

### Australian Goods Services Tax (GST)

Only journals from our Asian publishing programme are liable to Australian GST. For these titles a GST-inclusive price for Agents with a billing address in Australia or direct customers located in Australia is shown in the pricing exceptions column of the title list. Where prices for Australia are shown, Agents with a billing address outside of Australia acting on behalf of a customer located in Australia use either (1) the price shown for the rest of the world or (2) if reduced rates apply, the price shown for New Zealand as this price does not include Australian GST

Our ABN Number is 29 004 961 562

### AGENCY DISCOUNT & ADDRESS DETAILS FOR END-CUSTOMERS

Agents will receive 5% discount on the subscription rates quoted in the price list except where otherwise stated in the notes column. In order to qualify for the discount the agent must have more than 20 active subscriptions, and must supply the address details of the end-customers for all records when ordering. If no end-customer details are supplied we will be unable to complete the order, mail issues or activate online access. Personal subscriptions do not receive an agency discount.

### CALENDAR YEAR SUBSCRIPTIONS AND EXCEPTIONS

Subscriptions for most journals are entered on a calendar year basis, starting with the first issue of the volume, with issues already published sent on receipt of payment. However, subscriptions to the following journals may commence at any point in the volume. Please indicate which issue the subscription should start with.
- Africa Confidential
- American Journal of Agricultural Economics
- American Journal of Gastroenterology
- Dialog
- Entrepreneurship Theory and Practice
- Epilepsia
- Health Services Research

- The Historian
- Journal of Aesthetics and Art Criticism
- Journal of American and Comparative Cultures
- Journal of the American Geriatrics Society
- The Journal of Finance
- Journal of General Internal Medicine
- Journal of Popular Culture
- Journal of Prosthodontics
- Kidney International
- Middle East Policy
- Modern Language Journal
- New Perspectives Quarterly
- Oil and Energy Trends
- Philosophy & Public Affairs
- Policy Studies Journal/Review of Policy Research
- Public Budgeting and Finance
- Review of Agricultural Economics
- The Russian Review
- Seminars in Dialysis
- Veterinary Radiology and Ultrasound
- Veterinary Surgery
- Working USA

This list may be reviewed and updated. Please refer to our customer services website www.blackwellpublishing.com/customerservices/journal_ordering.asp

### ELECTRONIC ACCESS

Blackwell Publishing titles are all available online through Blackwell Synergy as well as a range of other agents and intermediary services that already include entitlement to Blackwell Synergy access. Other service providers may levy a separate charge.

All prices are stated for each title. These are three price options:

Premium: Print subscription with extended online access rights including Online Early access rights to full issues and remote user rights - 10% of Standard rate.

Standard: Print subscription with online access rights to current and previous volume only. An exception is the

Crystallography journals where standard subscriptions include online access to all back volumes for as long as the subscription is maintained.

Online Only: Online subscription providing full access rights as per Premium package - 95% of the Standard subscription price.

For full details of the online availability of journals and online prices, see www.blackwellpublishing.com

### POSTAL SERVICES

Postal services to certain territories may be suspended from time to time due to circumstances beyond our control. Please contact Subscription Agent Services for further details.

### INDIVIDUAL SUBSCRIPTIONS

Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only, and remittance should be by personal cheque or credit card. Full area customer details are required and proof of personal status may be requested. For subscription prices contact Subscription Agent Services or see our website. Agency discount is not available on individual subscriptions.

### CANCELLATIONS

No refunds can be made after the first issue of the subscription has been dispatched for Premium and standard orders, or after the given period of online access has commenced.

### CLAIMS FOR MISSING OR DAMAGED PRINT ISSUES

We will endeavour to fulfil orders for missing or damaged copies within six months of publication subject to stock availability.

### SINGLE COPIES AND BACK ISSUES

Single issues from the current and previous volume are available. Please see our website or contact Subscription Agent Services for further details.

4   **Blackwell Publishing 2005 Price List**

# Blackwell Publishing

*Journals price list*

# 2006

This price list contains prices for all Blackwell Publishing titles across our offices in Oxford, Boston, Berlin, Copenhagen and Melbourne. All orders should be directed to our Oxford address as given:

Blackwell Publishing Ltd
Subscription Agent Services Department
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG, UK
Tel: +44 (0) 1865 778054
Fax: +44 (0) 1865 471777
Email: agentservices@blackwellpublishing.com

- Newly acquired and new start journals are printed in red.

- Notes regarding changes in format, extent or name, plus other title-specific information, are listed in the 'Notes' column at the end of each title line.

- Agents' discount does not apply to the titles specified in bold in the notes column.

- All titles are available electronically to institutions unless indicated in the notes column.

- While we make every effort to ensure 100% accuracy the price list may contain errors and/or omissions and prices may be subject to change after publication. We reserve the right to invoice customers at the correct amount in such cases.

1

P 0001374

Exhibit 2 Page 30

# Online Journals from *Blackwell Publishing*

## Blackwell Synergy

**PURCHASING OPTIONS**

This price structure applies to all titles from Blackwell Publishing, Blackwell Munksgaard, Future Publishing and Blackwell Verlag journals. Exceptions to this are indicated in the notes column.

Online orders should contain full details for sites wishing to take advantage of online access - including email and contact address for each site administrator.

**1 Premium Subscription –**
**print with extended online access**

For the past online and print service, subscriptions should be ordered at PREMIUM online access for an additional 10% of the standard subscription price. PREMIUM access includes all of the advantages of the Blackwell Publishing Site License - a signed copy of which is required for each subscribing institution (see www.blackwellpublishing.com/license)

Benefits include:

• Access to full-text articles from current content and online backfiles, from 1997 onwards, where available.

• Access to OnlineEarly articles, where available.

---

• Ongoing archival access to content from subscribed volumes.

• IP and/or remote user access authentication.

• Free electronic course pack use.

• Inter-library loan (printed from electronic copy).

• Access for walk-in users.

**2 Standard Subscription –**
**print with standard online access**

All institutions subscribing to Blackwell Publishing journals are entitled to standard access to the online version for as long as their subscription continues:

• Access to full-text articles from the current and previous subscription year.

• Access authentication by IP address and/or remote user access.

• Inter-library loan (printed from electronic copy).

• Access for walk-in users

**3 Online Only Subscription**

Blackwell Publishing titles that are available online can also be bought at the discounted fee of 95% of the standard subscription price. Access is at the PREMIUM level (see

---

option 1). Subscribing institutions must sign the Blackwell Publishing Site License (www.blackwellpublishing.com/license).

Please see the relevant customer information section for full information on prices and availability.

More information can be found at www.blackwellpublishing.com/librarians

**ACCESS OPTIONS**

We offer a wide range of access options for online journals from Blackwell Publishing. The online journals in this price list are available through our own delivery service, Blackwell Synergy (see opposite).

*Crystallography Journals Online*
Journals published for the International Union of Crystallography are available online via Blackwell Synergy and Crystallography Journals Online at http://journals.iucr.org/

---

• Acta Crystallographica Sections A-F
• Journal of Applied Crystallography
• Journal of Synchrotron Radiation

---

**THE LIBRARIAN WEBSITE** from *Blackwell Publishing*

• Latest News
• Librarians Newsletter
• Library Purchasing Options
• Online Journal Information
• Foreign Language Information
• Online Subject Resources
• Marketing Resources

## www.blackwellpublishing.com/librarians

---

Journals from Blackwell Publishing are available through our own online delivery service, Blackwell Synergy. This is a popular tool amongst researchers and has been well received within the library community.

There are many benefits for library administrators on Blackwell Synergy, including:

• Self-serving IP administration
• Passwords available for remote off-site access, and Athens authentication
• COUNTER-compliant usage statistics
• Easy OPAC integration with OpenURL linking
• MARC 21 and SRX compatible holdings file available to download

---

• Screens can be customized with the institution's logo at the top of the page
• Marketing assistance and materials available to libraries
• Access to many of the most highly cited journals from the two scholarly societies

Students and researchers using Blackwell Synergy have the benefits of an easy-to-use interface and many features including:

• Comprehensive reference, author and keyword linking with CrossRef, PubMed, ISI, CSA, CAS, JSTOR
• Links forward to articles that cite the current article
• Powerful search features including

---

• CrossRef search
• Email alerts - table of contents by email or updates when new research is published in areas of interest
• Articles are available in full-text HTML, with embedded lines, high quality figures and tables, or in a PDF format, which is excellent for printing
• OnlineEarly - view articles online before they are published in print
• Save favourite journals and articles in My Synergy - the personal Synergy homepage
• Download citations directly into a reference manager

To browse through the journals on Blackwell Synergy visit www.blackwell-synergy.com

---

**COLLECTION AND CONSORTIA PURCHASING OPTIONS**

We offer a range of purchasing options for online journals designed to meet the needs of libraries and library consortia. These options include:

**The Blackwell Publishing Collection:**

Collection of over 750 Blackwell Publishing journals across all subject areas. Libraries can choose to purchase the Full Collection or either the Science, Technology and Medicine Collection or Social Science and Humanities Collection. The Collection is sold as a complement to existing subscriptions, all of which must be maintained as part of the license agreement. The Collection is updated annually to include journals that transfer to Blackwell subscriptions for those titles must also be maintained. A Collection purchase is the most popular option for larger institutions.

**Subject Bundles:**

Subject bundles are available across the spectrum, from law to veterinary medicine, nursing to agriculture. Journals in the journals bundle are available as premium online subscriptions. These are

---

particularly suitable for specialist organizations wishing to expand their online access in a defined subject area.

**Article Bundles**

Article bundles are available for companies wishing to be charged in bulk for the articles used in their organizations. Online access is charged per article downloaded and the invoice can be provided either before or following the use. Available to corporate customers wishing to set up an account.

**Single article purchases**

Customers may purchase instant access for 30 days to individual articles using their credit card. This service is available to all users of Blackwell Synergy.

**For more information** on the many purchasing options available please:

Email journal.news@blackwellpublishing.com or visit www.blackwellpublishing.com/librarians

---

# Blackwell Publishing 2006 Price List

# Blackwell Publishing

## Information for Customers

### HOW TO CONTACT US

Subscription Agent Services
Blackwell Publishing
PO Box 800
9600 Garsington Road
Oxford OX4 2ZG, UK

Tel: +44 (0) 1865 778654
Fax: +44 (0) 1865 471775
Email: agentservices@blackwellpublishing.com
Web: www.blackwellpublishing.com

Although all orders are now processed in Oxford, Agents and customers in the US may use our Boston toll-free number for telephone inquiries: 1-800-835-6770.

### PAYMENT INFORMATION

Rates apply to all institutions except where commercial company rates or developing world rates are indicated separately. Price regions relate to the location of the end-customer, not the Agent's consolidation address. However, the tax treatment should always follow the rules of the country in which the Agent's billing address is located.

Europe customers in the price list, subscriptions for customers in North, Central and South America and the Caribbean must be paid in US dollars, and all other areas in £ sterling.

Special rates for developing countries are listed where available. For a list of qualifying countries please visit our Customer Services website at
www.blackwellpublishing.com/developing.
Exceptions to this list are noted in the price list. Developing World rates still qualify for our standard agency discount.

All subscriptions are payable in advance. Full payment is required to complete your order, mailing of issues and activate your online access. Payment may be made as follows.

- By credit card (American Express, Mastercard or Visa) quoting the name on the card, card number and expiry date. Credit card orders can be placed over the telephone.
- By cheque or money order to Blackwell Publishing. Sterling cheques should be drawn on a UK bank account; US dollar cheques on a USA bank account; Australian Dollars (where applicable) on an Australian bank account; Canadian Dollars (where applicable) on a Canadian bank account.
- Bank Transfer (£ sterling only) to:

Barclays Bank P.C, Oxford City Branch
PO Box 333, Oxford, OX1 3HS, UK

Account: 30194624
Sort code: 20-65-18
SWIFT code: BARCGB22
IBAN: GB58BARC20651830194624
Please advise our Customer Services department by email, fax or post of the value and details of your transferred payment, Customer I.D and Order ID(s) should be included with your payment so your remittance advice. Please keep this New Contact Us for full postal address details. Our dedicated Bank Transfer contact details are:

Email: journals.remittances@blackwellpublishing.com
Fax: +44 (0)1865 471780

- Through Giroburo plc –
  account number 0465 9849
  Sort Code: 72-00-00

To ensure continuity of your subscription please send orders and payment as soon as possible before expiry. Please ensure that payment is accompanied by full ordering details including subscription year required.

### VAT & OTHER TAXES

For Agents tax treatment should always follow the rules of the country in which the Agent's billing address is located.

#### European Community Value Added Tax (VAT)

Customers in the UK will be charged VAT on Standard, Premium and Online Only options.

Customers in the EU must provide a VAT registration number or evidence of entitlement to exemption; customers who are not registered or exempt will be charged VAT on Standard, Premium and Online Only options.

Currently the rates are:
- For Standard or Premium options an accompanied VAT charge of 5% will be charged in the UK and EU. This is made up of tax at 17.5% on the online price of the subscription and no VAT on the hard copy element.
- For Online Only zero 17.5%
- T&Cs available in print only 0%

Our VAT number is: GB 340 8422 23

#### Canadian Goods and Services Tax (GST)

Customers in Canada ordering directly from the subscriber should add 7% GST or provide evidence of entitlement to exception. Subscription Agents are responsible for collecting GST from their customers in Canada. Our GST number is 130 132 412 RT.

#### Australian Goods Services Tax (GST)

Only journals from our Asian publishing programme are issues to Australian GST. For these titles a GST-inclusive price for Agents with a billing address in Australia or direct customers located in Australia is shown in the pricing exceptions column of the title list. Where prices for Australia are shown, Agents with a billing address outside of Australia acting on behalf of a customer located in Australia are either (1) the price shown for the rest of the world or (2 if reduced rates apply the price shown for New Zealand as this price does not include Australian GST.

Our ABN Number is 29 004 001 562

#### AGENCY DISCOUNT & ADDRESS DETAILS FOR END-CUSTOMERS

Agents will receive a 3% discount on the subscription rates quoted in the price list except where otherwise stated in the notes column. In order to qualify for the discount the agent must have no more than 20 active subscriptions and must input the address details of the end-customers for all records when ordering. To end-customer details are supplied we will be unable to complete

the order, mail issues or activate online access. Personal subscriptions do not receive an agency discount.

#### CALENDAR YEAR SUBSCRIPTIONS AND EXCEPTIONS

Subscriptions for most journals are entered on a calendar year basis, starting with the first issue of the volume, with issues already published sent on receipt of payment. However, subscriptions to some titles may commence at any point in the volume. Please indicate which issue the subscription should start with. Please go to http://www.blackwellpublishing.com/services/journal_ordering.asp?site=1 for a full list of exceptional titles.

#### ELECTRONIC ACCESS

Blackwell Publishing titles are all available online through Blackwell Synergy as well as a range of other agents and internationally services. The prices stated include entitlement to Blackwell Synergy access. Other service providers may levy a separate charge.

All prices are stated for each title. There are three price options:

**Premium:** Print subscription with extended online access rights. Access to the full list of issues and renders user rights – 110% of Standard rate.

**Standard:** Print subscription with online access rights to current and previous volume only.

**Online Only:** Online subscription providing full access rights as per Premium subscription where subscriptions include online access to all back volumes for as long as the subscription is maintained.

An exception to the Oystellogography journals to all back volumes for as long as the subscription is maintained.

For full details of the online availability of journals and online prices, see www.blackwellpublishing.com.

#### POSTAL SERVICES

Postal services to certain territories may be suspended from time to time due to circumstances beyond our control. Please contact Subscription Agent Services for further details.

#### INDIVIDUAL SUBSCRIPTIONS

Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only, and remittance should be by personal cheque or credit card. Full end-customer details are required and proof of personal status may be requested. For subscription prices contact Subscription Agent Services or see our website. Agency discount is not available on individual subscriptions.

#### CANCELLATIONS

No refunds will be made after the first issue of the subscription has been dispatched for Premium and Standard orders, or after the given period of online access has commenced.

#### CLAIMS FOR MISSING OR DAMAGED PRINT ISSUES

We will endeavour to fulfil claims for missing or damaged copies within nine months of publication subject to stock availability.

#### SINGLE COPIES AND BACK ISSUES

Single issues from the current and previous volumes are available. Please see our website or contact Subscription Agent Services for further details.

#### DELIVERY TERMS AND LEGAL TITLE

Prices include delivery of print journals to the recipient's address. Delivery terms are Delivered Duty Unpaid (DDU), the recipient is responsible for paying any import duty or taxes. Legal title passes to the customer on despatch by our distributors.

P 0001376

Exhibit 2 Page 32

pricelist 2007  8/29/06  9:48 PM  Page 1

# Blackwell Publishing

*Journals price list*

# 2007

This price list contains prices for all Blackwell Publishing titles. All orders should be directed to our Oxford address as given:

Blackwell Publishing Ltd
Subscription Agent Services Department
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG,UK
Email: agentservices@blackwellpublishing.com
Fax: +44 (0) 1865 471777
Tel: (UK) +44 (0) 1865 778054, (Singapore) +65 6511 8200,
(US) Toll Free 1-800-835-6770

- Newly acquired and new start journals are printed in green.
- Notes regarding changes in format, extent or name, plus other title-specific information, are listed in the 'Notes' column at the end of each title line.
- Agents' discount does not apply to the titles specified in bold in the notes column.
- All titles are available electronically to institutions unless indicated in the notes column.
- While we make every effort to ensure 100% accuracy the price list may contain errors and/or omissions and prices may be subject to change after publication. We reserve the right to invoice customers at the correct amount in such cases.



pricelist 2007   8/29/06   9:48 PM   Page 2

# *Online Journals from* **Blackwell Publishing**

We offer a wide range of purchasing options for online journals designed to meet the needs of libraries and library consortia. These options include:

**1 Premium Subscription – print with extended online access and archival rights**

Premium access includes all of the advantages of the Blackwell Publishing Site License (www.blackwellpublishing.com/license) and is available through *Blackwell Synergy*.

- Access to PDF and HTML full-text articles from current content and all online back files published since January 1st 1997;
- Access to OnlineEarly articles, ie. peer-reviewed articles published online before the print issue is completed;
- Archival access to paid-for content, where Blackwell has the rights to deliver this;
- IP and/or remote user access authentication;
- Free electronic course pack use;
- Inter-library loan (printed from the electronic copy);
- Walk-in users.

**2 Standard Subscription – print with limited online access**

The majority of Blackwell Publishing journals offer limited online access with a print subscription at approximately 90% of the Premium subscription price:

- Access to PDF and HTML full-text articles from the current volume and two previous year's volumes;

- IP and/or remote user access authentication;

**3 Online Only Subscription**

Most Blackwell Publishing journals that have an online version available can be bought Online Only at the discounted fee of approximately 85% of the Premium subscription price. Access is at the Premium level and institutions subscribing to Online Only journals must sign the Blackwell Publishing Site License (www.blackwellpublishing.com/license).

**Please note:** Some online journal providers may charge an access fee in addition to the price for the content. There is no additional access fee for accessing the journals on *Blackwell Synergy*.

Customers who have not yet activated their account on *Blackwell Synergy* should contact us directly at customerservices@blackwellpublishing.com and provide the following information:

- Your name and email address
- Your institution's name and addresses of all the main sites covered by your library
- Your Customer ID(s) if you know them
- List of the Blackwell journals you have a subscription to

We will then send you activation instructions for accessing via *Blackwell Synergy*.

Please see the relevant journal listing in this Price List for full information on the format options and availability of each title.

**CONSORTIA PURCHASING OPTIONS**

Licensing access to the Blackwell Publishing collection of online journals represents the best value for money for multidisciplinary universities and library consortia wishing to provide the greatest breadth of content to their faculty and students, both on campus and off. There are various options available including licensing the Collection, which includes maintenance of current subscriptions, or the Online Only deal, which can include fixed pricing over several years.

For more information on the licensing options available, please contact your Blackwell Publishing Account Manager or visit www.blackwellpublishing.com/librarians

**DIGITIZED JOURNAL BACKFILES**

Blackwell Publishing is undertaking a major digitization project to make the complete backfiles of up to 500 scholarly journals available online. The project began in January 2006 and is scheduled for completion in 2008. It will cover all disciplines and is expected to comprise 6.5 million pages in total. It encompasses all issues of each journal from Volume 1, Issue 1 to December 1996.

All journal backfiles are priced individually. Institutions may license a single title, any selection of titles, all titles in the current Backfiles Title List or the complete backfile collection. All prices are for a one-time fee with archival rights, plus a small annual hosting and maintenance fee.

For further information and to see the latest Journal Backfiles Title and Price List, please visit: www.blackwellpublishing.com/backfiles

**2** **Blackwell Publishing 2007 Price List**



## PURCHASING SUBJECT BUNDLES

Institutions focused on a defined research area may choose to license a Subject Bundle of online journals to best meet their needs. This may be the best option for hospitals, pharmaceutical companies, agricultural colleges, theological schools, and research institutes, among others.

The Subject Bundle option enables libraries and information services to 'top up' their existing journals collections with Premium access to other titles in the discipline at discounted prices.

A wide range of Subject Bundles are available, including:

- Agriculture
- Business and Finance
- Dentistry
- Engineering and Materials Science
- Fisheries
- Legal Research
- Medicine
- Nursing
- Statistics
- Theology and Religion
- Veterinary Science

## ARTICLE BUNDLES

Article bundles are available for companies wishing to be charged in bulk for the articles used in their organization. Online access is charged per article downloaded and the invoice can be provided either before or following the use. In addition, customers may purchase instant access for 30 days to individual articles using their credit card. This service is available to all users of *Blackwell Synergy*.

## BLACKWELL SYNERGY
**Find, track and stay alert with *Blackwell Synergy*:**

**Find** relevant articles:
- Powerful search functions to help you find the research you're looking for
- Search across publishers with CrossRef Search
- All articles are indexed in major search engines and linked to from library catalogs
- Articles can be found using Google Scholar, Scopus and CrossRef Search

**Track** the research:
- Follow reference links to articles in other databases via CrossRef, PubMed, ISI Web of Science and Web of Knowledge and other services.
- Use forward linking to access articles that cite the current article, both in Synergy and in other publishers' databases via CrossRef.

**Stay alert** with flexible alerting options:
- Table of contents alerts
- OnlineEarly alerts
- Research Alerts
- Citation Alerts

All alerts are available as Email and as RSS or Atom newsfeeds.

To discover more, visit
www.blackwell-synergy.com

## BLACKWELL REFERENCE ONLINE
*Launching in January 2007*

Blackwell Reference Online is a vast online library resource which brings together more than 300 reference volumes from the humanities and social sciences through to business and economics.

*Blackwell Reference Online (BRO)* will contain:

- the critically acclaimed *Blackwell Companions* and *Handbooks* series in philosophy, religion, literature, history, classics, linguistics, sociology, cultural studies, psychology, business and economics;
- our new major reference works - the *Blackwell Encyclopedia of Management* and the forthcoming *Blackwell Encyclopedia of Sociology*;
- a whole host of other reference materials — dictionaries, encyclopedias and concise companions.

Fully integrated into a seamless reference resource, *BRO* will offer excellent functionality including a wide range of search and browse options and library services.

*BRO* will be available to institutions as a one-time purchase for perpetual access. Libraries will have the opportunity to buy the complete collection or to choose individual subject bundles. New collections and subject bundles will be produced each year containing all the latest reference offerings from Blackwell Publishing.

For more information, visit
www.blackwellpublishing.com/librarians



**THE LIBRARIAN WEBSITE from *Blackwell Publishing***
- Latest News
- Librarian Newsletter
- Library Purchasing Options
- Online Journal Information
- Foreign Language Information
- Online Subject Resources
- Marketing Resources

**www.blackwellpublishing.com/librarians**



Exhibit 2 Page 35

pricelist 2007  8/29/06  9:48 PM  Page 4

# Blackwell Publishing

## *Information for Customers*

### HOW TO CONTACT US

Subscription Agent Services
Blackwell Publishing
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG,UK

Email: agentservices@blackwellpublishing.com
Fax +44 (0) 1865 471777
Tel: (UK) +44 (0) 1865 778054, (Singapore) +65 6511 8200,
(US) Toll Free 1-800-835-6770

### PAYMENT INFORMATION

Rates apply to all institutions except where commercial company rates or developing world rates are indicated separately. Price regions relate to the location of the end-customer, not the Agent's consolidation address. However, the tax treatment should always follow the rules of the country in which the Agent's billing address is located.

Except where noted in the price list, subscriptions for customers in North, Central and South America and the Caribbean must be paid in US dollars, and all other areas in £ sterling.

Special rates for developing countries are listed where available. For a list of qualifying countries please visit our Customer Services website at www.blackwellpublishing.com/cservices/journal_ordering.asp?site=1

Exceptions to this list are noted in the price list. Developing World rates still qualify for our standard agency discount.

All subscriptions are payable in advance. Full payment is required to complete your order, mailing of issues and activate your online access. Payment may be made as follows:

- By credit card (American Express, Mastercard or Visa) quoting the name on the card, card number and expiry date, and 3 or 4 digit security code. Credit card orders can be placed over the telephone.
- By cheque or money order to Blackwell Publishing. Sterling cheques should be drawn on a UK bank account; US dollar checks on a USA bank account; Australian Dollars (where applicable) on an Australian bank account; Canadian Dollars (where applicable) on a Canadian bank account.
- Bank Transfer (£ sterling only) to:

  Barclays Bank PLC

      Account Number: 30184624
      Sort code: 20-65-18
      SWIFT code: BARCGB22
      IBAN: GB55BARC20651830184624

  Please advise our Customer Services department by e-mail, fax or post of the value and details of your transferred payment. Customer ID and Order ID(s) should be included with your payment slip plus any remittance advice. Please see *How to Contact Us* for full postal address details. Our dedicated Bank Transfer contact details are:
  Email: journalbanktransfers@oxon.blackwellpublishing.com
  Fax: +44 (0)1865 471780
- Through Girobank plc –

      account number 0456 9849
      Sort Code: 72-00-00
      SWIFT code: GIRBGB22
      IBAN: GB03GIRB72000004569849

To ensure continuity of your subscription please send orders and payment as soon

as possible before expiry. Please ensure that payment is accompanied by full ordering details including subscription year required.

### VAT & OTHER TAXES

For Agents tax treatment should always follow the rules of the country in which the Agent's billing address is located.

**European Union Value Added Tax (VAT)**
Customers in the UK will be charged VAT on Standard, Premium and Online Only options.

Customers in the EU must provide a VAT registration number or evidence of entitlement to exemption; customers who are not registered or exempt will be charged VAT on Standard, Premium and Online Only options.

Currently the rates are:
- For Standard or Premium options an apportioned VAT charge of 6% will be charged in the UK and EU: this is made up of VAT at 17.5% on the online part of the subscription and no VAT on the hard copy element.
- For Online Only option 17.5%
- Titles available in print only 0%
Our VAT number is: GB 348 9422 23

**Canadian Goods and Services Tax (GST)**
Customers in Canada ordering directly from the publisher should add 6% GST or provide evidence of entitlement to exception. Subscription Agents are responsible for collecting GST from their

P 0001408

Exhibit 2 Page 36

customers in Canada. Our GST number is 130 130 412 RT.

**Australian Goods and Services Tax (GST)**
Only journals from our Asian publishing programme are liable to Australian GST. For these titles a GST-inclusive price for Agents with a billing address in Australia or direct customers located in Australia is shown in the pricing exceptions column of the title list. Where prices for Australia are shown, Agents with a billing address outside of Australia acting on behalf of a customer located in Australia use either (1) the price shown for the rest of the world or (2) if reduced rates apply, the price shown for New Zealand as this price does not include Australian GST.

Our ABN Number is 29 004 901 562

**AGENCY DISCOUNT & ADDRESS DETAILS FOR END-CUSTOMERS**
Agents will receive a 5% discount on the subscription rates quoted in the price list except where otherwise stated in the notes column. In order to qualify for the discount the agent must have more than 20 active subscriptions, and must supply the address details of the end-customers for all records when ordering. If no end-customer details are supplied we will be unable to complete the order, mail issues or activate online access. Personal subscriptions do not receive an Agency discount. Personal rates do not apply if shipment is to a consolidation address.

**CALENDAR YEAR SUBSCRIPTIONS AND EXCEPTIONS**
Subscriptions for most journals are entered on a calendar year basis, starting with the first issue of the volume, with issues already published sent on receipt of payment. However, subscriptions to some titles may commence at any point in the volume. Please indicate which issue the subscription should start with. Please go to http://www.blackwellpublishing.com/ cservices/journal_ordering.asp?site=1 for a full list of exceptional titles.

**ELECTRONIC ACCESS**
Blackwell Publishing titles are all available online through *Blackwell Synergy* as well as a range of other agents and intermediary services. The prices stated include entitlement to *Blackwell Synergy* access. Other service providers may levy a separate charge.

All prices are stated for each title. There are three price options:

**Premium:** Print subscription with extended online access rights. Access to the full list of issues and remote user rights.

**Standard:** Print subscription with online access rights to current and two previous years volumes – 90% of the Premium subscription price.

**Online Only:** Online subscription providing full access rights as per Premium package – 85% of the Premium subscription price.

An exception is the Crystallography journals where subscriptions include online access to all back volumes for as long as the subscription is maintained.

For full details of the online availability of journals and online prices, see www.blackwellpublishing.com.

**POSTAL SERVICES**
Postal services to certain territories may be suspended from time to time due to circumstances beyond our control. Please contact Subscription Agent Services for further details.

**INDIVIDUAL SUBSCRIPTIONS**
Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only, and remittance should be by personal cheque or credit card. Full end-customer details are required and proof of personal status may be requested. For subscription prices contact Subscription Agent Services or see our website. Agency discount is not available on individual subscriptions.

**CANCELLATIONS**
No refunds will be made after the first issue of the subscription has been dispatched for Premium and Standard orders, or after the given period of online access has commenced.

**CLAIMS FOR MISSING OR DAMAGED PRINT ISSUES**
We will endeavour to fulfil claims for missing or damaged copies within six months of publication subject to stock availability.

**SINGLE COPIES AND BACK ISSUES**
Single issues from the current and previous volume are available. Please see our website or contact Subscription Agent Services for further details.

**DELIVERY TERMS AND LEGAL TITLE**
Prices include delivery of print journals to the recipient's address. Delivery terms are Delivered Duty Unpaid (DDU); the recipient is responsible for paying any import duty or taxes. Legal title passes to the customer on despatch by our distributors.

P 0001409

Exhibit 2 Page 37

pricelist 2008  9/11/07  3:33 PM  Page 1

# Blackwell Publishing

*Journals price list*

# 2008

This price list contains prices for all Blackwell Publishing titles. All orders should be directed to our Oxford address as given:

Blackwell Publishing Ltd
Subscription Agent Services Department
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG,UK
Email: agentservices@blackwellpublishing.com
Fax: +44 (0) 1865 471777
Tel: (UK) +44 (0) 1865 778054, (Singapore) +65 6511 8200,
(US) Toll Free 1-800-835-6770

- Newly acquired and new start journals are printed in blue.

- Notes regarding changes in format, extent or name, plus other title-specific information, are listed in the 'Notes' column at the end of each title line.

- Agents' discount does not apply to the titles specified in bold in the notes column.

- All titles are available electronically to institutions unless indicated in the notes column.

- While we make every effort to ensure 100% accuracy the price list may contain errors and/or omissions and prices may be subject to change after publication. We reserve the right to invoice customers at the correct amount in such cases.



1

# Online Journals from **Blackwell Publishing**

We offer a wide range of purchasing options for online journals designed to meet the needs of libraries and library consortia. These options include:

### 1 Premium Subscription - print with extended online access and archival rights

Premium access includes all of the advantages of the Blackwell Publishing Site License (www.blackwellpublishing.com/license) and is available through *Blackwell Synergy*.

- Access to PDF and HTML full-text articles from current content and all online back files published since January 1st 1997;
- Access to OnlineEarly articles, ie. peer-reviewed articles published online before the print issue is completed;
- Archival access to paid-for content, where Blackwell has the rights to deliver this;
- IP and/or remote user access authentication;
- Free electronic course pack use;
- Inter-library loan (printed from the electronic copy);
- Walk-in users.

### 2 Standard Subscription - print with limited online access

The majority of Blackwell Publishing journals offer limited online access with a print subscription at approximately 90% of the Premium subscription price:

- Access to PDF and HTML full-text articles from the current volume and two previous year's volumes;
- IP and/or remote user access authentication;

### 3 Online Only Subscription

Most Blackwell Publishing journals that have an online version available can be bought Online Only at the discounted fee of approximately 85% of the Premium subscription price. Access is at the Premium level and institutions subscribing to Online Only journals must sign the Blackwell Publishing Site License (www.blackwellpublishing.com/license).

**Please note:** Some online journal providers may charge an access fee in addition to the price for the content. There is no additional access fee for accessing the journals on *Blackwell Synergy*.

Customers who have not yet activated their account on *Blackwell Synergy* should contact us directly at customerservices@blackwellpublishing.com and provide the following information:

- Your name and email address
- Your institution's name and addresses of all the main sites covered by your library
- Your Customer ID(s) if you know them
- List of the Blackwell journals you have a subscription to

We will then send you activation instructions for accessing via *Blackwell Synergy*.

Please see the relevant journal listing in this Price List for full information on the format options and availability of each title.

#### Crystallography Journals Online

Journals published by the International Union of Crystallography are available online via Blackwell Synergy and Crystallography Journals Online at http://journals.iucr.org/

- Acta Crystallographica Sections A-F
- Journal of Applied Crystallography
- Journal of Synchrotron Radiation

## DIGITIZED JOURNAL BACKFILES

Blackwell Publishing is undertaking a major digitization project to make the complete backfiles of up to 500 scholarly journals available online. The project began in January 2006 and is scheduled for completion in 2008. It will cover all disciplines and is expected to comprise 6.5 million pages in total. It encompasses all issues of each journal from Volume 1, Issue 1 to December 1996.

All journal backfiles are priced individually. Institutions may license a single title, any selection of titles, all titles in the current Backfiles Title List or the complete backfile collection. All prices are for a one-time fee with archival rights, plus a small annual hosting and maintenance fee.

For further information and to see the latest Journal Backfiles Title and Price List, please visit: www.blackwellpublishing.com/backfiles

## CONSORTIA PURCHASING OPTIONS

Licensing access to the Blackwell Publishing collection of online journals represents the best value for money for multidisciplinary universities and library consortia wishing to provide the greatest breadth of content to their faculty and students, both on campus and off. There are various options available including licensing the Collection, which includes maintenance of current subscriptions, or the Online Only deal, which can include fixed pricing over several years.

For more information on the licensing options available, please contact your Blackwell Publishing Account Manager or visit www.blackwellpublishing.com/librarians

**2** **Blackwell Publishing 2008 Price List**

P 0001478

Exhibit 2 Page 39

pricelist 2008  9/11/07  3:33 PM  Page 3



# Blackwell Synergy

## PURCHASING SUBJECT BUNDLES

Institutions focused on a defined research area may choose to license a Subject Bundle of online journals to best meet their needs. This may be the best option for hospitals, pharmaceutical companies, agricultural colleges, theological schools, and research institutes, among others.

The Subject Bundle option enables libraries and information services to 'top up' their existing journals collections with Premium access to other titles in the discipline at discounted prices.

A wide range of Subject Bundles are available, including:

- Agriculture
- Business and Finance
- Dentistry
- Engineering and Materials Science
- Fisheries
- Legal Research
- Medicine
- Nursing
- Statistics
- Theology and Religion
- Veterinary Science

## ARTICLE BUNDLES

Article bundles are available for companies wishing to be charged in bulk for the articles used in their organization. Online access is charged per article downloaded and the invoice can be provided either before or following the use. In addition, customers may purchase instant access for 30 days to individual articles using their credit card. This service is available to all users of Blackwell Synergy.

## BLACKWELL SYNERGY
**Find, track and stay alert with Blackwell Synergy:**

**More ways to find relevant research:**

- NEW: View most-read and most-cited articles by journal
- NEW: "Readers of this article also read these articles"
- NEW: Personalized article recommendations based on your reading history
- Powerful search functions and cross-publisher searching with CrossRef Search
- All articles are indexed in major search engines and linked to from library catalogues

**Track the research:**

- Reference links to articles in other databases
- Forward linking to articles that cite the current article, in Synergy and other databases
- Search ISI for citing articles

**Stay alert with flexible alerting options:**

- Table of contents alerts
- OnlineEarly alerts
- Alert me when more articles match my search
- Alert me when this article is cited

All alerts are available as Email or as RSS newsfeeds.
To discover more, visit
www.blackwell-synergy.com

## BLACKWELL REFERENCE ONLINE

Blackwell Reference Online is a vast online library resource which brings together more than 300 reference volumes from the humanities and social sciences.

Blackwell Reference Online (BRO) contains:

- the critically acclaimed Blackwell Companions and Handbooks series in philosophy, religion, literature, history, classics, linguistics, sociology, cultural studies, psychology, business and economics
- major reference works – including the Blackwell Encyclopedia of Management and the Blackwell Encyclopedia of Sociology
- a whole host of other reference materials – dictionaries, encyclopedias and concise companions

Fully integrated into a seamless reference resource, BRO offers excellent functionality including a wide range of search and browse options and library services.

BRO is available to institutions as a one-time purchase for perpetual access. Libraries can purchase the complete collection or to choose individual subject bundles. New collections and subject bundles will be produced each year containing all the latest reference offerings from Blackwell Publishing.

For more information, visit
www.blackwellpublishing.com/librarians



**THE LIBRARIAN WEBSITE from Blackwell Publishing**
- Latest News
- Librarian Newsletter
- Library Purchasing Options
- Online Journal Information
- Foreign Language Information
- Online Subject Resources
- Marketing Resources
www.blackwellpublishing.com/librarians



# Blackwell Publishing

## *Information for Customers*

### HOW TO CONTACT US

Subscription Agent Services
Blackwell Publishing
PO Box 805
9600 Garsington Road
Oxford OX4 2ZG, UK

Email: agentservices@blackwellpublishing.com
Fax +44 (0) 1865 471777
Tel: (UK) +44 (0) 1865 778054, (Singapore) +65 6511 8200,
(US) Toll Free 1-800-835-6770

### PAYMENT INFORMATION

Rates apply to all institutions except where commercial company rates or developing world rates are indicated separately. Price regions relate to the location of the end-customer, not the Agent's consolidation address. However, the tax treatment should always follow the rules of the country in which the Agent's billing address is located.

Except where noted in the price list, subscriptions for customers in North, Central and South America and the Caribbean must be paid in US dollars, and all other areas in £ sterling.

Special rates for developing countries are listed where available. For a list of qualifying countries please visit our Customer Services website at www.blackwellpublishing.com/cservices/journal_ordering.asp?site=1

Exceptions to this list are noted in the price list. Developing World rates still qualify for our standard agency discount.

All subscriptions are payable in advance. Full payment is required to complete your order, mailing of issues and activate your online access. Payment may be made as follows:

- By credit card (American Express, Mastercard or Visa) quoting the name on the card, card number and expiry date. Credit card orders can be placed over the telephone.
- By cheque or money order to Blackwell

Publishing. Sterling cheques should be drawn on a UK bank account; US dollar checks on a USA bank account; Euro cheques should be drawn on a bank account in the Eurozone; Australian Dollars (where applicable) on an Australian bank account; Canadian Dollars (where applicable) on a Canadian bank account.

- Bank Transfer (£ sterling only) to:
  Barclays Bank PLC

   Account Number: 30184624
   Sort code: 20-65-18
   SWIFT code: BARCGB22
   IBAN: GB55 BARC 2065 1830 1846 24
   Please advise our Customer Services department by e-mail, fax or post of the value and details of your transferred payment. Customer ID and Order ID(s) should be included with your payment slip plus any remittance advice. Please see *How to Contact Us* for full postal address details. Our dedicated Bank Transfer contact details are:
Email: journalbanktransfers@oxon.blackwellpublishing.com
Fax: +44 (0)1865 471780
- Through Girobank plc –

   account number 0456 9849
   Sort Code: 72-00-00
   SWIFT code: ALEIGB22
   IBAN: GB69 ALEI 7200 0004 5698 49
To ensure continuity of your subscription please send orders and payment as soon

as possible before expiry. Please ensure that payment is accompanied by full ordering details including subscription year required.

### VAT & OTHER TAXES

For Agents tax treatment should always follow the rules of the country in which the Agent's billing address is located.

**European Union Value Added Tax (VAT)**
Customers in the UK will be charged VAT on Standard, Premium and Online Only options.

Customers in the EU must provide a VAT registration number or evidence of entitlement to exemption; customers who are not registered or exempt will be charged VAT on Standard, Premium and Online Only options.

Currently the rates are:
- For Standard or Premium options an apportioned VAT charge of 7% will be charged in the UK and EU: this is made up of VAT at 17.5% on the Online part of the subscription and no VAT on the hard copy element.
- For Online Only option 17.5%
- Titles available in print only 0%
Our VAT number is: GB 348 9422 23

**Canadian Goods and Services Tax (GST)**
Customers in Canada ordering directly from the publisher should add 6% GST or provide evidence of entitlement to exception. Subscription Agents are responsible for collecting GST from their

**Blackwell Publishing 2008 Price List**

Exhibit 2 Page 41

customers in Canada. Our GST number is 130 130 412 RT.

**Australian Goods and Services Tax (GST)**
Only journals from our Asian publishing programme are liable to Australian GST. For these titles a GST-inclusive price for Agents with a billing address in Australia or direct customers located in Australia is shown in the pricing exceptions column of the title list. Where prices for Australia are shown, Agents with a billing address outside of Australia acting on behalf of a customer located in Australia use either (1) the price shown for the rest of the world or (2) if reduced rates apply, the price shown for New Zealand as this price does not include Australian GST.

Our ABN Number is 29 004 901 562

**AGENCY DISCOUNT & ADDRESS DETAILS FOR END-CUSTOMERS**
Agents will receive a 5% discount on the subscription rates quoted in the price list except where otherwise stated in the notes column. In order to qualify for the discount the agent must have more than 20 active subscriptions, and must supply the address details of the end-customers for all records when ordering. If no end-customer details are supplied we will be unable to complete the order, mail issues or activate online access. Personal subscriptions do not receive an Agency discount. Personal rates do not apply if shipment is to a consolidation address

**CALENDAR YEAR SUBSCRIPTIONS AND EXCEPTIONS**
Subscriptions for most journals are entered on a calendar year basis, starting with the first issue of the volume, with issues already published sent on receipt of payment. However, subscriptions to some titles may commence at any point in the volume. Please indicate which issue the subscription should start with. Please go to http://www.blackwellpublishing.com/cservices/journal_ordering.asp?site=1 for a full list of exceptional titles.

**ELECTRONIC ACCESS**
Blackwell Publishing titles are all available online through *Blackwell Synergy* as well as a range of other agents and intermediary services. The prices stated include entitlement to *Blackwell Synergy* access. Other service providers may levy a separate charge.

All prices are stated for each title. There are three price options:

**Premium:** Print subscription with extended online access rights. Access to the full list of issues and remote user rights.

**Standard:** Print subscription with online access rights to current and two previous years volumes – 90% of the Premium subscription price.

**Online Only:** Online subscription providing full access rights as per Premium package - 85% of the Premium subscription price.

An exception is the Crystallography journals where subscriptions include online access to all back volumes for as long as the subscription is maintained.

For full details of the online availability of journals and online prices, see www.blackwellpublishing.com.

**POSTAL SERVICES**
Postal services to certain territories may be suspended from time to time due to circumstances beyond our control. Please contact Subscription Agent Services for further details.

**INDIVIDUAL SUBSCRIPTIONS**
Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only, and remittance should be by personal cheque or credit card. Full end-customer details are required and proof of personal status may be requested. For subscription prices contact Subscription Agent Services or see our website. Agency discount is not available on individual subscriptions.

**CANCELLATIONS**
No refunds will be made after the first issue of the subscription has been dispatched for Premium and Standard orders, or after the given period of online access has commenced.

**CLAIMS FOR MISSING OR DAMAGED PRINT ISSUES**
We will endeavour to fulfil claims for missing or damaged copies within six months of publication subject to stock availability.

**SINGLE COPIES AND BACK ISSUES**
Single issues from the current and previous volume are available. Please see our website or contact Subscription Agent Services for further details.

**DELIVERY TERMS AND LEGAL TITLE**
Prices include delivery of print journals to the recipient's address. Delivery terms are Delivered Duty Unpaid (DDU); the recipient is responsible for paying any import duty or taxes. Legal title passes to the customer on despatch by our distributors.

**IMPORTANT NOTICE REGARDING AGENT ORDERS FOR PERSONAL CUSTOMERS**
Personal subscriptions may be placed via An agency as long as the full end user details are supplied and the agent has validated the customer's entitlement to the rate in question. A personal rate subscription may not be transferred to an institution. Blackwell will not hesitate to take legal action against any agent found to be providing personal subscriptions to institutional customers and we reserve the right to refuse subscriptions from such agents, and to notify other publishers and customers of such agent's activity. We may pass subscription details to fraud prevention companies to protect against individual subscriptions being used by institutions. Details of abusing individuals and organisations may be shared with other publishers. The fraud prevention companies may process the data in the USA.

Exhibit 2 Page 42

**Exhibit 3**

I and U INC.

**GENERAL JOURNAL**

| SOURCE JOURNAL | POSTING DATE | JOURNAL COMMENT | | REVERSING DATE |
|---|---|---|---|---|
| JE-0047 | 07/31/04 | 2004 depreciation exp | | |

| ACCOUNT NO | DESCRIPTION/COMMENT | DEBIT | CREDIT |
|---|---|---|---|
| 5300 | Depreciation | 780.14 | |
| 5300 | Depreciation | 5,360.52 | |
| 5300 | Depreciation | 3,513.18 | |
| 1610 | Accum depr. - Furniture & Equi | | 780.14 |
| 1620 | Accum depr. - Computer | | 5,360.52 |
| 1640 | Accum depr. - Project | | 3,513.18 |
| | JOURNAL JE-0047 TOTALS: | 9,653.84 | 9,653.84 |

| SOURCE JOURNAL | POSTING DATE | JOURNAL COMMENT |
|---|---|---|
| JE-0048 | 07/31/04 | sales for 2004 |

| ACCOUNT NO | DESCRIPTION/COMMENT | DEBIT | CREDIT |
|---|---|---|---|
| 2510 | Advance from Kiuchi | 1,394,932.01 | |
| 4000 | Sales - Journal | | 1,298,665.76 |
| 4010 | Sales - Books | | 96,266.25 |
| | JOURNAL JE-0048 TOTALS: | 1,394,932.01 | 1,394,932.01 |

| SOURCE JOURNAL | POSTING DATE | JOURNAL COMMENT |
|---|---|---|
| JE-0049 | 07/31/04 | payroll adjustment |

| ACCOUNT NO | DESCRIPTION/COMMENT | DEBIT | CREDIT |
|---|---|---|---|
| 6800 | Payroll | 38,256.73 | |
| 6850 | Payroll taxes | | 34,552.38 |
| 2030 | Payroll tax payable | | 164.39 |
| 2030 | Payroll tax payable | 61.62 | |
| 6500 | Office expenses | | 3,601.58 |
| | JOURNAL JE-0049 TOTALS: | 38,318.35 | 38,318.35 |
| | SOURCE JE TOTALS: | 1,442,904.20 | 1,442,904.20 |
| | REPORT TOTALS: | 1,442,904.20 | 1,442,904.20 |

**TOY0255**

Exhibit 3 Page 43

I and U INC

**GENERAL JOURNAL**

| SOURCE JOURNAL | POSTING DATE | JOURNAL COMMENT | REVERSING DATE | | |
|---|---|---|---|---|---|
| JE-0051 | 07/31/04 | adj. prepaid exp | | | |

| ACCOUNT NO | DESCRIPTION/COMMENT | | DEBIT | CREDIT |
|---|---|---|---|---|
| 1400 | Prepaid expenses | | 77.28 | |
| 1400 | Prepaid expenses | | | 74.15 |
| 7300 | Tax & license | | 74.15 | |
| 7300 | Tax & license | | | 77.28 |
| | JOURNAL JE-0051 TOTALS: | | 151.43 | 151.43 |
| | SOURCE JE TOTALS: | | 151.43 | 151.43 |
| | REPORT TOTALS: | | 151.43 | 151.43 |

I AND U INC.
8/03-7/04
SALES

|  | $/year | multiplied by | sales/year |
|---|---|---|---|
| cost-journal | 1,038,932.61 | 1.25 | 1,298,665.76 |
| cost-books | 77,013.00 | 1.25 | 96,266.25 |
| total | 1,115,945.61 |  | 1,394,932.01 A |

JE-24

| 2510 Advance from Kiuchi |  | 1,394,932.01 |  |
|---|---|---|---|
| 4000 Sales-journal |  |  | 1,298,665.76 |
| 4010 Sales-books |  |  | 96,266.25 |
|  |  | 1,394,932.01 | 1,394,932.01 |

日本の売上の20%以下の場合、書類を提出せねばならない。

1,394,932.01 / 20%= 6,974,660.06

Per Mr. Kiuchi over the phone on 10/13/03、日本の売上は
完全に$6,974,660.06(xxx、xxx、xxx円　x億x千万円)以下
つまり、USAの売上は日本の売上の20%以上になり
WATER EDGEの手続きをとらなくてはならない。

TOY0257

Exhibit 3 Page 45

**Exhibit 4**

**End-User's Address list**

木内様　　　7/19/05
ご依頼ありました I AND U Inc. での使用を止めていただきたい私個人に関連する住所と名前のリストです。
速やかな処理をお願いします。

豊里

| not to be used | Address should not be used |
| Name not to be used | Name should not be used |

 fake names

If 'Instruction Column' requests 'not to be used' and has an yellow highlighted name, only the fake name might be kept. The address is not allowed to be used.

actual name

If 'Instruction Column' requests 'Name not to be used' and has an pink highlighted name, do not use the name.

| | Instruction | Subscriber's name | Address | | |
|---|---|---|---|---|---|
| 111 | not to be used | Kim Mori | 1032 Grandridge Ave. Monterey Park, CA 91754 | | #1032 |
| 66 | | Jack Lin | 1108 W Valley Blvd. #4111 Alhambra, CA 91803 | | #2065 |
| 13 | | Barry Taylor | 1108 W. Valley Blvd. #4111 Alhambra, CA 91803 | | #4111 |
| 9 | | April Baker | 1108 W. Valley Blvd. #4162 Alhambra, CA 91803 | | #4162 |
| 129 | | Mark Ryan | 1108 W. Valley Blvd. #4212 Alhambra, CA 91803 | | #4212 |
| 10 | | April Baker | 1108 W. Valley Blvd. #4212 Alhambra, CA 91803 | | #4212 |
| 85 | | Jim Ota | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 122 | | Lisa Tiano | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 127 | | Mark Goito | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 100 | | Kaz Young | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 109 | | Kim Lee | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 113 | | Kim Mori | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 74 | | James Tanno | 1108 W. Valley.Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| | | Atushi Takizawa | 1142 23rd streetSanta Monica, CA 90403 | | |

TOY0123

Exhibit 4 Page 46

| | | | | | |
|---|---|---|---|---|---|
| 43 | Name not to be used | | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 75 | | Jane Thomas | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 120 | | Lee Jones | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 47 | | Eric Morris | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 48 | | Fred Garcia | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 107 | | Kenny Colima | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 56 | Name not to be used | | 122-A E. Foothill Blvd. #337 Arcadia, CA 91006 | | #337 |
| 57 | | Harry Fujiki | 122-A E. Foothill Blvd. #337 Arcadia, CA 91006 | | #337 |
| 133 | not to be used | Masao Akimoto | 1320 Honey Hill Dr. Walnut, CA 91789-3742 | | #1320 |
| 155 | not to be used | Peter Tran | 1411 S. Sandia Ave. W. Covina, CA 91790 | | W. Covina #2 |
| 18 | | Bill Copp | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 26 | | Cathy Simon | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 174 | | Silvia Thomas | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 197 | not to be used | Tom Rivera | 163 N. Hikes Ave. Los Angeles, CA 90063 | | #163 |
| 71 | not to be used | James Lee | 1700 S. McPherrin Ave. Monterey Park, CA 91754 | | #1700 |
| 61 | not to be used | Hiromi Clement | 1708 Highland Oaks Dr. Arcadia, CA 91106 | | #1708 |
| 2 | not to be used | Amel Oga | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 5 | not to be used | Amy Mon | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 12 | not to be used | April Baker | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 15 | not to be used | Barry Taylor | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 41 | not to be used | Crescendo Books | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 44 | not to be used | Emi Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 45 | not to be used | Emiko Saga | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 54 | not to be used | Glegg Ozawa | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 55 | not to be used | Glegg Tachikawa | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 58 | not to be used | Hiro Chen | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 59 | not to be used | Hiro Kozai | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 69 | not to be used | Jackson Lin | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 73 | not to be used | James Lee | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |

TOY0124

Exhibit 4 Page 47

| | | | | | |
|---|---|---|---|---|---|
| 78 | not to be used | Jason Kuo | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 84 | not to be used | Jim Ota | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 93 | not to be used | Joanne Tu | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 94 | not to be used | Joanne Tu | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 112 | not to be used | Kim Mori | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 115 | not to be used | Kim Sawada | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 130 | not to be used | Mark Ryan | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 152 | not to be used | Noriko Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 153 | not to be used | Noriko Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 158 | not to be used | Ralph Kitamura | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 180 | not to be used | Susan Takahashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 182 | not to be used | Takiko Mori | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 195 | not to be used | Tom Musashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 196 | not to be used | Tom Musashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 199 | not to be used | Tom Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 208 | not to be used | Ichihiro Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | |
| 4 | | Amy Hata | 1725 Apex Ave. Los Angeles, CA 90026-1459 | | #1725 |
| 34 | | Chris Weiner | 174 W. Foothill Bvld. #501 Monrovia, CA 91016-2171 | | #501 |
| 151 | | Nikki Wilson | 174 W. Foothill Bvld. #501 Monrovia, CA 91016-2171 | | #501 |
| 40 | not to be used | Cindy Sawada | 1750 N. Bradbury Dr. Montebello, CA 90640 | | #1750 |
| 204 | not to be used | Yuko Hata | 1965 W. Huntington Dr. Alhambra, CA 91801 | | #1965 |
| | | Mari Ueda | | | |
| 83 | not to be used | Jim Kuramoto | 21131 Harvard Blvd. Torrance, CA 90501-2923 | | #21131 |
| 39 | | Cindy Oga | 2168 S Atlantic Blvd. #159 Monterey Park, CA 91754 | | #159 |
| 25 | | Cathy Rivera | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 86 | | Jim Ota | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 110 | | Kim Lee | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 125 | | Maria Shin | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 105 | Name not to be used | Mark Ryan | 2168 S. Atlantic Blvd. #454 Monterey Park, CA 91755 | | #454 |
| 131 | | Mary Todd | 2168 S. Atlantic Blvd. #454 Monterey Park, CA 91755 | | #454 |

TOY0125

Exhibit 4 Page 48

| | | | | | |
|---|---|---|---|---|---|
| 116 | | Kiy Sakai | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 154 | | Oly Kogi | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 171 | | Sat Tau | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 188 | | Tei Jin | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 136 | not to be used | Max Akimoto | 2320 Huntington Dr.<br>San Marino, CA 91108 | | #2320 |
| 22 | not to be used | Billy Hui | 235 E. Colorado Blvd.<br>Arcadia, CA 91006 | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91006 | #1374 |
| 103 | | Ken Morris | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91101 | | #1374 |
| 176 | | Steve Korn | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91101 | | #1374 |
| 132 | not to be used | Mary Malki | 238 N. Bonnie Brae St. #9<br>Los Angeles, CA 90026 | 6326 Kenwater Ave. Woodland<br>Hills, CA 91367-1320 | #238 |
| 80 | | Jay Simon | 246 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 7 | not to be used | Ann Miller | 264 E. Markland Dr.<br>Monterey Park, CA 91755 | | #264 |
| 121 | | Linda Ho | 264 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 168 | | Sandy Lin | 264 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 16 | | Betty Lee | 269 S. Bevery Drive #1066<br>Bevery, CA  90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 36 | | Christine Cole | 269 S. Bevery Drive #1066<br>Bevery, CA  90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 160 | | Rod Mathew | 269 S. Bevery Drive #1066<br>Bevery, CA  90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 81 | | Jenny Conne | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 91 | | Joanne Ho | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 186 | | Tammi Lee | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 140 | | Nancy Gates | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 157 | | Peter Walker | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 194 | | Tom Moore | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 128 | not to be used | Mark Gonzales | 3454 E. Michigan Ave.<br>Los Angeles, CA 90063 | | #3454 |
| 1 | | Ageo Chu | 3579 E. Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 49 | | Fuky Sekij | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 201 | | Tosh Jin | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 203 | | Yakul Chu | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 148 | not to be used | Nansia Movidi | 3750 Vinton Ave. #105<br>Los Angeles, CA 90034 | 1345 N. Hayworth Ave. #116<br>W. Hollywood, CA 90046 | #1345 |
| 166 | not to be used | Ruth Yamada | 3750 Vinton Ave. #105<br>Los Angeles, CA 90034 | 1345 N. Hayworth Ave. #116<br>W. Hollywood, CA 90046 | #1345 |

TOY0126

Exhibit 4 Page 49

| | | | | | |
|---|---|---|---|---|---|
| 17 | not to be used | Beverly Jiang | 400 Fairview Ave. Arcadia, CA 91007 | | #400 |
| 164 | | Rits Yamada | 411 E. Huntington Dr. #107-346 Arcadia, CA 91006 | | #107-346 |
| 172 | Name not to be used | | 411 E. Huntington Dr. #107-346 Arcadia, CA 91006 | | #107-346 |
| 175 | not to be used | Song Liem | 42 W. Pamela Rd. Arcadia, CA 91007 | | #42 |
| 87 | not to be used | Jim Sawada | 523 W. 6th St. #361 Los Angeles, CA 90014 | | #523 |
| 95 | not to be used | Joa Linden | 523 W. 6th St. #361 Los Angeles, CA 90014 | | #523 |
| 67 | | Jackson Lin | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 76 | | Jason Kuo | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 181 | | Suzan Hayashi | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 183 | Name not to be used | | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 114 | not to be used | Kim Sawada | 5805 1/2 encinita Ave. Temple City, CA 91780 | | #5805 1/2 |
| 135 | not to be used | Mauricio Arevalo | 5831 Madrid Ct. Palmdale, CA 93552 | | #5831 |
| 52 | | George Tyler | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 163 | | Rory Hollman | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 190 | | Tim Garcia | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 82 | | Jenny Lee | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 104 | | Ken White | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 187 | | Tammy Lee | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 106 | | Kenny Brook | 605 W. Huntington Dr. #409 Monrovia, CA 91016 | | #409 |
| 145 | | Nancy Mill | 605 W. Huntington Dr. #409 Monrovia, CA 91016 | | #409 |
| 169 | not to be used | Sang Ho Tae | 608 W. Route 66 Glendora, CA 91740-4121 | | #608 |
| 3 | not to be used | Amy Hata | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 177 | not to be used | Sung Yoon | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 189 | not to be used | Tez Tae | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 101 | not to be used | Kazuko Shinoka | 6700 Franklin Pl. #409 Los Angeles, CA 90028 | | #409 |
| 70 | not to be used | James Danesh | 6729 Cleon Ave. #11 N. Hollywood, CA 91606 | | #6729 |
| 126 | | Marie Jones | 686 S. Arroyo Parkway, #168 Pasadena, CA 91105 | | #168 |
| 162 | | Ron White | 686 S. Arroyo Parkway, #168 Pasadena, CA 91105 | | #168 |
| 6 | | Amy Seale | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 24 | | Bryan Adburg | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |

TOY0127

Exhibit 4 Page 50

| | | | | | |
|---|---|---|---|---|---|
| 35 | | Christine Banks | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 146 | | Nancy Morgan | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 198 | | Tom Sayers | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 97 | not to be used | John Mora | 72 W. Pamela Rd. Arcadia, CA 91007 | | #72 |
| 28 | | Cathy Wayne | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 185 | | Tammi Howard | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 191 | | Tim Lee | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 108 | | Kim Lance | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 142 | | Nancy Holden | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 143 | | Nancy Holden | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | Please care!!>> Elsevier |
| 192 | | Tim Mata | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 27 | | Cathy Watts | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 42 | | Dan West | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 53 | | Gina Torres | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 123 | | Lynn Freedman | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 149 | | Naomi Lewis | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| | | Teruhiko higuchi NCNP武蔵病院院長 | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 124 | | Lynn Wilson | 8025 Santa Monica Blvd. #1-267 | | #1-267 |
| 165 | not to be used | Ruriko Yamada | 8033 W. Sunset Blvd. #364 W. Hollywood, CA 90046 | | #364 |
| 102 | | Kelly Owen | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046 | | #973 |
| 167 | | Sandra Howell | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046 | | #973 |
| 119 | | Lea Lee | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046-2401 | | #973 |
| 144 | | Nancy Kay | 8205 Santa Monica Blvd. #1-267 | | #1-267 |
| 202 | | Will Tyler | 8205 Santa Monica Blvd. #1-267 | | #1-267 |
| 51 | | Gavin Wood | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 96 | | John Hill | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 161 | | Ron Givens | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 137 | not to be used | May Terada | 839 S. Ynez St. Monterey Park, CA 91754 | | #839 |
| 46 | Name not to be used | | 8391 Beverly Blvd. #335 Los Angeles, CA 90048 | | #335 |
| 134 | Name not to be used | | 8391 Beverly Blvd. #335 Los Angeles, CA 90048 | | #335 |

TOY0128

Exhibit 4 Page 51

| | | | | | |
|---|---|---|---|---|---|
| 170 | | Sean Kura | 8391 Beverly Blvd. #335<br>Los Angeles, CA 90048 | | #335 |
| 89 | | Jimmy Khoo | 8424-A Santa Monica Blvd.<br>#718 | | #718 |
| 141 | | Nancy Ho | 8424-A Santa Monica Blvd.<br>#718 | | #718 |
| 200 | | Tony Ishii | 8424-A Santa Monica Blvd.<br>#718 | | #718 |
| 88 | | Jim Willie | 8491 W. Sunset Blvd. #477<br>W. Hollywood, CA 90069-1911 | | #477 |
| 118 | | Kyle Tyler | 8491 W. Sunset Blvd. #477<br>W. Hollywood, CA 90069-1911 | | #477 |
| 159 | | Rob Walker | 8491 W. Sunset Blvd. #477<br>W. Hollywood, CA 90069-1911 | | #477 |
| 32 | | Chris Hubnet | 8622 Ballanca Ave. #F<br>Los Angeles, CA 90045-4444 | | #F |
| 50 | not to be<br>used | Gary Kashiwa | 8622 Roccus Lane<br>San Gabriel, CA 91775 | | #8622 |
| 90 | not to be<br>used | Jimmy Wang | 881 S. 4th St. #A<br>Alhambra, CA 91801 | | #881 |
| 98 | not to be<br>used | Karen Iwata | 895 S. Grandridge Ave.<br>Monterey Park, CA 91754 | | #895 |
| 79 | Name not<br>to be used | | 8950 W. Olympic Blvd. #415<br>Beverly Hills, CA 90211 | | #415 |
| 139 | Name not<br>to be used | | 8950 W. Olympic Blvd. #415<br>Beverly Hills, CA 90211 | | #415 |
| 150 | Name not<br>to be used | | 8950 W. Olympic Blvd. #415<br>Beverly Hills, CA 90211 | | #415 |
| 11 | | April Baker | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 14 | | Barry Taylor | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 23 | | Book Cube | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 29 | Name not<br>to be used | | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | #301 |
| 30 | Name not<br>to be used | | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 63 | | I&U Inc. | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 64 | | I&U Inc.<br>DBA: Book Cube | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | I&U/BC |
| 68 | | Jackson Lin | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 72 | | James Lee | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 77 | | Jason Kuo | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 92 | | Joanne Ho | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 99 | | Katie Mori | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 117 | | Kim Sayoh | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 138 | Name not<br>to be used | | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 173 | | Shunichi Osada(Dr.) | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |
| 179 | | Susan Takahashi | 8981 Sundet Blvd. #301<br>W. Hollywood, CA 90069 | | BC#301 |

TOY0129

Exhibit 4 Page 52

| | | | | | |
|---|---|---|---|---|---|
| 184 | Name not to be used | | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 205 | | Yazaki Takehiko(Dr.) | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 37 | not to be used | Cindy Oga | 8981 Sundet Blvd. #500 W. Hollywood, CA 90069 | | #500 |
| 31 | | Chiomi Sawada | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 38 | | Cindy Oga | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 60 | | Hiro Toyosato | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | #301 |
| 62 | | I&U Inc. | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 65 | | J.D.Wang | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | #301 |
| 19 | | Bill Holden | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 20 | | Bill Thomas | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 147 | | Nancy Rodger | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 193 | | Tim Sayer | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 8 | | Ann Sydny | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 21 | | Bill Williams | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 33 | | Chris Moore | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 178 | | Susan Takahashi | P.O. Box #8 Sierra Madre, CA 91025 | | #8 |
| 156 | Name not to be used | | この人変です。W.Cobinaが生きている人もいるみたい。お記の番号で聞べて下さい | | Hollywood #2 |

TOY0130

Exhibit 4 Page 53