**Exhibit 6**

COPY

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Alexandra E. Ciganer (SBN 241880)
alexa@coombspc.com
J. Andrew Coombs, A Prof. Corp.
450 N. Brand Blvd, Suite 600
Glendale, California 91203-2349
Telephone:  (818) 291-6444
Facsimile:   (818) 291-6446

Matthew N. Kane
mnk@dcglaw.com
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile:  (617) 720-3554

Attorneys for Plaintiffs Elsevier Inc.,
Elsevier B.V., Elsevier
Limited, Elsevier Ireland Limited,
John Wiley & Sons, Inc., Wiley Periodicals,Inc.,
Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
Wolters Kluwer Health, Inc., and
Blackwell Publishing, Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals,Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Cresendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato,  Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 MMM (PLAx) <br><br> CORRECTED SECOND AMENDED COMPLAINT FOR FRAUD, BREACH OF CONTRACT, VIOLATION OF THE UNFAIR COMPETITION LAW AND COPYRIGHT INFRINGEMENT <br><br> DEMAND FOR A JURY TRIAL |

Exhibit 6 Page 193

Plaintiffs ELSEVIER INC., ELSEVIER B.V., ELSEVIER LIMITED, ELSEVIER IRELAND LIMITED, JOHN WILEY & SONS, INC., WILEY PERIODICALS, INC., WILEY-LISS, INC., JOHN WILEY & SONS, LTD., WOLTERS KLUWER HEALTH, INC., and BLACKWELL PUBLISHING, LTD. (collectively referred to herein as "Plaintiffs"), for their Second Amended Complaint allege as follows:

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

**A.**     **Jurisdiction and Venue**

1.     The causes of action for fraud, breach of contract and unfair competition arise under the laws of the State of California. The Court has jurisdiction over these claims pursuant to 28 U.S.C., § 1332(a) by virtue of the diversity of the parties' citizenship and the value of the matter in controversy exceeding $75,000, exclusive of interest and costs.

2.     Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391 and § 1400(a).

**B.**     **Introduction**

3.     This case arises from an elaborate international enterprise of individuals, entities and aliases formed for the specific purpose of defrauding some of the world's most prestigious publishers. As will be set forth below, the Defendants have conspired to cause hundreds of thousands of dollars in damages by engaging in a fraudulent scheme using multiple addresses, fake identities and numerous accounts to hide their scheme and to steal the publishers' journal revenue.

**C.**     **Plaintiff Publishers**

  **i.**     **Elsevier Entities**

4.  Plaintiff Elsevier, Inc. is a corporation organized under the laws of New York, with a principal place of business in New York, New York.

Elsevier v. Toyosato: Second Amended Complaint                     - 2 -

Exhibit 6 Page 194

5.    Plaintiff Elsevier, B.V. is corporation organized under the laws of the Netherlands with a principal place of business in Amsterdam, The Netherlands.

6.    Plaintiff Elsevier Limited is a private corporation registered in England under Company Number 01982084, whose registered office is The Boulevard, Langford Lane, Kidlington, Oxford  OX5 1GB, England.

7.    Plaintiff Elsevier Ireland Limited is a corporation registered in Ireland under Company Number 51806, whose registered office is Elsevier House, Brookvale Plaza, East Park, Shannon, County Clare, Ireland.

8.    Plaintiffs Elsevier, Inc., Elsevier, B.V., Elsevier Limited and Elsevier Ireland Limited are affiliated corporations (collectively referred to herein as "Elsevier").

9.    Among other things, Elsevier is a global publisher of scientific, technical and medical information for the health, life, physical, and social sciences.  Its products and services include journals, books, reference works, textbooks and databases, in print and electronic formats.

## ii.    Wiley Entities

10.    Plaintiff John Wiley & Sons, Inc. is a corporation organized under the laws of New York, with a principal place of business in Hoboken, New Jersey.

11.    Plaintiff Wiley Periodicals, Inc. is a corporation organized under the laws of Delaware, with a principal place of business in Hoboken, New Jersey.

12.    Plaintiff Wiley-Liss, Inc. is a corporation organized under the laws of Delaware, with a principal place of business in Hoboken, New Jersey.

13.    Plaintiff John Wiley & Sons, Ltd. is a private corporation registered in England under Company Number 641132, whose registered office is The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, United Kingdom.

Elsevier v. Toyosato: Second Amended Complaint       - 3 -

Exhibit 6 Page 195

14.     Plaintiffs Wiley Periodicals, Inc., Wiley-Liss, Inc. and John Wiley & Sons, Ltd. are subsidiaries of Plaintiff John Wiley & Sons, Inc. (collectively referred to herein as "Wiley").

15.     Wiley, founded in 1807, is the oldest continually-operating family-owned publisher in the United States. Currently, the sixth generation of the Wiley family to carry on this publishing tradition is involved in day-to-day operations.  Wiley is a global publisher of print and electronic products, specializing in scientific, technical, and medical books and journals; professional and consumer books and subscription services; and textbooks and other educational materials for undergraduate and graduate students as well as lifelong learners. Wiley publishes in a variety of formats.

### iii.     Wolters

16.     Plaintiff Wolters Kluwer Health, Inc. ("Wolters") is a corporation organized under the laws of Delaware, with a principal place of business in Conshohocken, Pennsylvania.

17.     Wolters is a leading provider of health information for professionals and students in medicine, nursing, allied health, pharmacy and the pharmaceutical industry.  Wolters publishes a wide variety of textbooks, reference products, and journals principally for health care professionals and students.

### iv.     Blackwell

18.     Plaintiff Blackwell Publishing Ltd. ("Blackwell") is a corporation registered in England under Company Number 180277, whose registered office is 9600 Garsington Road, Oxford, Oxfordshire, OX4 2DQ, United Kingdom.

19.     Blackewell is a wholly-owned indirect subsidiary of Wiley.

20.     Blackwell is the world's leading society publisher, partnering with 665 academic and professional societies. Blackwell publishes over 800 journals and, to date, has published close to 6,000 books, across a wide range of academic, medical, and professional subjects.  Blackwell's mission as an expert publisher is to create

Elsevier v. Toyosato: Second Amended Complaint                    - 4 -

Exhibit 6 Page 196

long-term partnerships with clients to enhance learning, disseminate research, and improve the quality of professional practice.

**D.**   **Defendants**

       **i.**   **Kiuchi Defendants**

21.   Defendant Hideo Kiuchi ("Kiuchi") is an individual who, upon information and belief, resides at 3-15-10 Nukui Kitamachi, Koganei-shi, Tokyo 184-0015 Japan.  Kiuchi is, upon information and belief, president, director and shareholder of defendant Kiuchi Shoten Co., Ltd. ("Kiuchi Shoten"). In addition, Kiuchi has served as president of Kiuchi Shioten's wholly-owned subsidiary, I and U, Inc. ("I and U").

22.   Kiuchi has directed the business of I and U in California by, among other things, traveling to California to conduct business on behalf of I and U, directing I and U to place subscription orders with various publishers, causing money to be wired to I and U's accounts in California, and directing I and U to distribute publications to Kiuchi Shoten and its customers in Japan.

23.   Defendant Kiuchi Shoten is a Japanese corporation with a place of business at 3-6-36 Gakuenhigashi-cho, Kodaira-shi, Toyko 187-0043 Japan.

24.   Upon information and belief, Kiuchi Shoten is controlled by Defendant Kiuchi.

25.   Kiuchi Shoten's business includes the distribution of publications to subscribers, including institutional subscribers in Japan.

26.   Defendant I and U is a California corporation with its principal place of business at 801 S. Garfield Ave, #108-B, Alhambra, California.

27.   Kiuchi Shoten is, upon information and belief, the sole shareholder of Defendant I and U.

28.   I and U, by and through its agents, received ordering instructions from Kiuchi and/or Kiuchi Shoten, placed subscriptions with the Plaintiffs using various

names and addresses, and shipped these publications to Japan where they were ultimately distributed.

29.    Upon information and belief, Defendant Crescendo Books is a fictitious business name of I and U and is used to operate as a subscription agency at 801 S. Garfield Ave, #108-B, Alhambra, California.

30.    Upon information and belief, Defendant Book Cube is a fictitious business name of I and U and is used to operate as a subscription agency at 801 S. Garfield Ave, #108-B, Alhambra, California.

31.    Defendant Noriko Toyosato is an individual who, upon information and belief, resides at 1710 Rodeo Road, Arcadia, California.  She is, upon information and belief, the former president of I and U.

32.    Defendant Lan Tu, also known as Joanne Tu, ("Tu") is an individual who, upon information and belief, resides at 1409 Athena Street, West Covina, California.  Defendant Tu is, upon information and belief, an employee of I and U and succeeded Noriko Toyosato as president of I and U.

**ii. Defendant Subscribers**

33.    Defendant Ichihiro Toyosato is an individual who, upon information and belief, resides at 1710 Rodeo Road, Arcadia, California.  Upon information and belief, Ichihiro Toyosato is also known as "Hiro Toyosato" ("Toyosato").

34.    Defendant Beverly Jiang is an individual who, upon information and belief, resides at 50 W. Orange Grove, Arcadia, California.

**E.    Plaintiffs' Professional Journals**

35.    Each of the Plaintiffs publishes highly-specialized professional journals.

36.    By way of example, some of the many specialty journals published by Plaintiffs include *Biological Psychiatry, Annals of Thoracic Surgery, Tuberculosis, Survey of Ophthalmology, Surgical Neurology, Gastroenterology, Urology, Fertility & Sterility and Human Pathology*.  Some of Plaintiffs' journals are published on

Elsevier v. Toyosato: Second Amended Complaint    - 6 -

Exhibit 6 Page 198

behalf of non-profit societies, such as the American Cancer Society's academic journal *Cancer*.

37.    All of Plaintiffs' journals are edited by noted scholars in their respective fields.  The content of Plaintiffs' journals consists primarily of peer-reviewed articles in those fields.  Each article is written by one or more scholars, often on the basis of original research.

38.    Each Plaintiff, as a matter of standard practice, requires its authors to assign copyright in their articles to it.  With the copyright, Plaintiffs are able to seek out the greatest number of markets for the journal concerned and for its contents, thereby maximizing dissemination of the articles.

39.    Plaintiffs invest heavily in their journal publishing programs.  Each year they incur substantial costs to support their editorial offices, for copy editing, proofreading, typesetting, layout, printing, binding, distribution and promotion.

**F.    Sale of the Journals at the Individual and Institutional Rates**

40.    Plaintiffs sell their journals through various means, including subscriptions whose rates vary depending on the type of subscriber.  For example, Plaintiffs price their journals for sale to institutions, and rely on institutional sales for the income to make their journals economically feasible ("Institutional Rate").  At the same time, they offer subscriptions to individuals at prices deeply discounted from the Institutional Rate, sometimes as an accommodation to members of the scholarly societies that sponsor the journals ("Personal Rate").

41.    Each of the Plaintiffs distributes pricing information sheets for all of their journals that make clear that certain prices are for individuals only and other prices for institutions.

42.    In addition to traditional print subscriptions, many of Plaintiffs' journals are also available in electronic on-line formats.  If an on-line version is available, subscribers may choose an on-line version only, a print version only, or a combined

Elsevier v. Toyosato: Second Amended Complaint                    - 7 -

Exhibit 6 Page 199

on-line and print version.  Again, these electronic subscriptions are priced at an Institutional Rate for institutions and a lower Personal Rate for individual subscribers.

43.    In addition to direct sale subscriptions to individuals and institutions, the Plaintiffs also sell subscriptions to subscription agencies.  Subscription agencies act as intermediaries between libraries and other institutions, who are their customers, and the publishers of periodicals such as Plaintiffs' journals.  Subscription agencies can perform a valued role by removing from their customers the burden of extensive paperwork while, at the same time, making payment and billing easier for publishers. Both publishers and subscribers trust subscription agencies to be honest intermediaries and not to abuse their positions.  Plaintiffs rely on those who place subscription orders to identify truthfully the type of subscription based on their status as an individual or institutional subscriber.

44.    Each of the Plaintiffs employs subscriber agreements that specifically prohibit the republication, reproduction, resale or other transfer of any of their journals, articles or abstracts.  All subscribers are required to enter into these agreements as a condition of sale.

45.    Plaintiffs also prohibit any such transfers of electronic subscriptions.  In particular, Plaintiffs require electronic subscribers to enter into agreements prohibiting subscribers from, among other things, allowing non-subscribing third parties to have access to the subscribed material.  The on-line subscription order forms also specifically prohibit a Personal Rate subscription from being resold or used as a library copy.

46.    The revenue from publication and reproduction of Plaintiffs' journals, including especially the revenue from journal subscriptions, is a significant portion of Plaintiffs' annual revenues.

47.    A substantial decline in their journal income could cause Plaintiffs to cease publication of one or more journals.  This would have an adverse impact on the

Exhibit 6 Page 200

scholarly community and medical and scientific progress by making it more difficult to publish important research.

**F.    Defendants' Scheme to Acquire Individual Rate Subscriptions**

48.    On information and belief, Defendants have engaged in a fraudulent scheme to steal Plaintiffs' journal revenue by fraudulently placing orders with Plaintiffs and re-selling these publications.

49.    Upon information and belief, Defendants Kiuchi and Kiuchi Shoten regularly solicited orders for publications, including Plaintiffs' journals, from customers, principally Japanese hospitals.

50.    In turn, Kiuchi and Kiuchi Shoten directed I and U, by and through its agents, to place orders with Plaintiffs and other publishers in the United States for various journals at the Personal Rate using dozens of false names and multiple addresses.

51.    As set forth below, the Defendants rotated various subscriber names and different addresses between the different publishers to conceal this scheme.

52.    The Defendants maintained an "End-User Address List" setting forth dozens of "actual names" and "fake names." A copy of the list is attached hereto as Exhibit A.

(i)    **1710 Rodeo Road**

53.    By way of example, at various points from 1996 through 2005, Plaintiffs Wiley, Elsevier, Blackwell and Wolters received subscriptions from 1710 Rodeo Road, Arcadia, California ("1710 Rodeo Road"). A list of representative subscriptions placed from 1710 Rodeo Road is attached hereto as Exhibit B.

54.    The Defendants utilized more than 20 "fake names" purporting to be individual subscribers residing at 1710 Rodeo Road. These names included Amei Oga, Amy Mon, April Baker, Barry Taylor, Emiko Saga, Glegg Ozawa, Glegg Tachikawa, Hiro Chen, Hiro Kozai, Jackson Lin, James Lee, Jason Kuo, Jim Ota, Kim

Exhibit 6 Page 201

Mori, Kim Sawada, Mark Ryan, Ralph Kitamura, Susan Takahashi, Takiko Mori, and Tom Musashi.

55.   In fact, all of these names were fake; none of the individuals identified in the preceding paragraph reside at 1710 Rodeo Road.

56.   Instead, Defendants Noriko Toyosato and Ichihiro Toyosato are the only defendants who actually live at 1710 Rodeo Road.

57.   Upon information and belief, Defendants Ichihiro Toyosato, Noriko Toyosato, at the direction of Kiuchi, Kiuchi Shoten and I and U placed subscriptions using these false identities for the purpose of concealing their fraudulent scheme.

58.   The subscriptions placed in these "fake names" were paid for with money orders.

59.   Upon information and belief, these subscriptions were paid with money orders to further conceal the Defendants' fraudulent scheme.

**(ii)    Additional Area Addresses, Including Defendants Jiang's and Tu's Addresses,  Are Used In The Scheme**

60.   In addition to the 1710 Rodeo Road address, the Defendants have placed subscriptions using additional subscriber names and aliases at several other Los Angeles area addresses.

61.   These addresses include personal residences, businesses and post office boxes.

**(a)    Post Office Boxes**

62.   For example, the Defendants utilized more than 30 post office boxes in the Los Angeles are.  A copy of the Defendants' list of these post office boxes is attached hereto as Exhibit C.

63.   Among others, these addresses included post office boxes in Sierra Madre, Pasadena, Arcadia, Monrovia, Duarte, Temple City, San Marino, Alhambra, Monterey Park, Hollywood, West Hollywood, Los Angeles, and Beverly Hills.

Elsevier v. Toyosato: Second Amended Complaint                          - 10 -

Exhibit 6 Page 202

64.     By way of example, Plaintiff Blackwell received at least 18 different subscriptions between 2001 and 2006 from an individual purportedly named "Susan Takahashi" at Post Office Box No. 8, Sierra Madre, California ("Post Office Box No. 8").

65.     Upon information and belief, there was no real person named "Susan Takahashi" associated with Post Office Box. No. 8.  In fact, the "End User's Address List" expressly lists "Susan Takahasi" as a "fake name."  (*See* Ex. A, at TOY0130).

66.     On information and belief, Defendants used a "Susan Takahashi" as a false name associated with Post Office Box No. 8 as a further means to effectuate their scheme to obtain multiple subscriptions at the Individual Rates.  (*See* Ex. B).

**(b)     Residential Addresses**

67.     In addition to post office boxes, the Defendants utilized several different residential addresses (in addition to 1710 Rodeo Road), including but not limited to, the addresses for Defendants Beverly Jiang, and Joanne Tu.

68.     By way of example, Plaintiff Elsevier received subscriptions from Beverly Jiang in 2001 and 2002 for the British *Journal of Hand Surgery* at her home address: 50 W. Orange Grove, Arcadia, California.

69.     In 2005, Plaintiff Elsevier received another subscription for Defendant Beverly Jiang for the British *Journal of Hand Surgery* at a different address: 1142 23d Street, Santa Monica, CA.

70.     Upon information and belief, Defendant Beverly Jiang agreed to have her name and address used for purposes of placing false subscriptions with publishers, including Plaintiffs.

71.     At some point in 2005, Defendant Noriko Toyosato left the employ of I and U and, upon information and belief, was succeeded by Defendant Joanne Tu.

Elsevier v. Toyosato: Second Amended Complaint                    - 11 -

Exhibit 6 Page 203

72.     Upon information and belief, Defendant Joanne Tu also agreed to have her name and address used for purposes of placing false subscriptions with publishers, including Plaintiffs.

73.     By way of example, Elsevier received a subscription for the *Journal of Pediatrics* from Defendant Joanne Tu in 2006 at her residential address: 1409 Athena Street, West Covina, CA.

74.     At the same time, Elsevier also received subscriptions from "Jim Sawada" for *The Pediatric Clinics of North America* and from "Max Akimoto" for *The Surgical Clinics of North America*.

75.     The addresses provided for "Jim Sawada" and  Max Akimoto" was 1409 Athena Street, West Covina, CA—Defendant Tu's residential address.

76.     Upon information and belief, neither Jim Sawada nor Max Akimoto resides at 1409 Athena Street.

77.     In fact, "Jim Sawada" was expressly listed as a "fake name" on the End User's Address List. (*See* Ex. A at TOYO127).

78.     Upon information and belief, the Defendants utilized these different names and addresses for the purpose of further concealing their fraudulent scheme.

#### (c)     Business Addresses

79.     In addition to post office boxes and residential addresses, Plaintiffs receive multiple subscriptions from commercial addresses.

80.     For example, Plaintiffs received multiple subscription requests in the name of "Book Cube" and purported individual subscribers at the business address for I and U: 801 S. Garfield Ave, #108-B, Alhambra, California ("801 Garfield Ave. address").

81.     By way of example, Wiley received subscriptions from Noriko Toyosato, John Mora, Cindy Sawada, and Jim Ota all using the 801 Garfield Ave. address.

82.     Wiley received these subscriptions from 2001 through 2006.

83.    Similarly, Elsevier received subscriptions from Noriko Toyosato, John Mora, Jackson Lin, Karen Iwata, April Baker, James Danesh, James Lee, Kim Mori, Tom Rivera, Cindy Sawada, Glegg Tachikav, Hiro Sato, Susan Takahashi, Emi Toyosato, Hiro Toyosato, Cindy Oga, Jim Ota and "Book Cube" also all using the 801 Garfield Ave. address.

84.    Elsevier received these subscriptions from 2002 through 2006.

85.    Cindy Sawada, for example, placed subscriptions with Wiley at the Personal Rate for the *British Journal of Surgery* in 2003, 2004 and 2006 using the 801 Garfield Ave. address.

86.    Upon information and belief, there is no "Cindy Sawada." In fact, Cindy Sawada is expressly listed as a "fake name" on the "End-User's Address List." (Ex. A at TOY0125).

87.    Jim Ota similarly placed subscriptions with Wiley at the Personal Rate for *Hepatology* in 2003, 2004 and 2005 using the 801 Garfield Ave. address.

88.    Upon information and belief, there is no "Jim Ota." In fact, Jim Ota is expressly listed as a "fake name" on the "End-User's Address List." (Ex. A at TOY0123).

89.    In fact, Jackson Lin, April Baker, James Lee, Kim Mori, Susan Takahashi, and Cindy Oga are all listed as "fake names" on the "End-User's Address List." (*See* Ex. A).

90.    Upon information and belief, I and U, by and through its agents, directed that these orders be placed using false names and its business address as a further means to effectuate the scheme to fraudulently obtain publications at the Personal Rates.

#### (iii)    Plaintiff Publishers'Reliance

91.    Plaintiffs filled these subscriptions based on the terms and conditions set forth in the subscription agreements.

Elsevier v. Toyosato: Second Amended Complaint                    - 13 -

Exhibit 6 Page 205

92.     Among other things, these subscription agreements expressly prohibited the republication, reproduction, resale or other transfer of the publications.

### (iv)    Publications Are Re-Sold In Japan

93.     Once the publications were shipped to the various California addresses, I and U collected the publications from the various locations, and shipped them to Japan.

94.     In Japan, these publications were ultimately re-sold and distributed to Kiuchi Shoten's customers, principally Japanese hospitals.

### (v)     Plaintiffs Discover the Scheme

95.     In 2005, Wiley received a series of money orders in connection with subscriptions being placed from a common address.

96.     Thereafter, Wiley, Elsevier, Blackwell, and Wolters undertook a comprehensive review of their respective subscription records, searching for patterns of names and addresses.

97.     The Defendants' scheme involved more than 140 aliases and dozens of different addresses (*See* Exs. A & B).

98.     Many of the names were associated with multiple addresses. The alias "Jim Ota," for example, was used to place subscriptions at least three different addresses:  (i) 1108 W. Valley Blvd. #6122, Alhambra, California; (ii)  1710 Rodeo Road, Arcadia, California; and (iii) 2168 S. Atlantic Blvd. #159, Monterey Park, CA. (*See* Ex. A).

99.     At the same time, each address, in turn, hosted multiple different named subscribers. There were, for example, nearly 30 different names used to place subscriptions at the 1710 Rodeo Road address.

100.   In addition, these orders included several publishers and dozens of publications.

Elsevier v. Toyosato: Second Amended Complaint                    - 14 -

Exhibit 6 Page 206

101.   On information and belief, Defendants used these multiple addresses and aliases to conceal their scheme.

102.   Given the breadth of identities, addresses, and publications, it took Plaintiffs considerable time and resources to: (i) discover the links among and between the various subscribers, addresses and publications; and (ii) determine which subscribers were real individuals and which were merely aliases.

103.   In fact, when the Plaintiffs filed the Complaint in this matter in May 2006 they were forced to name "John Doe" as a Defendant because it was still impossible to determine precisely which subscribers were real and which were fictitious.

104.   As a result of the initial discovery in this case, Plaintiffs have now been able to identify the individuals and entities who participated in this fraudulent scheme.

*************

105.   Through the use of false identities and misleading statements, Defendants have been acquiring multiple subscriptions to Plaintiffs' journals, in both print and on-line versions, at the Personal Rates and, upon information and belief, reselling them to others at the Institutional Rates or a substantial fraction thereof.  The difference between the rate that Defendants pay for these bogus subscriptions and the price at which they resell them to their customers is an illicit profit for Defendants and a substantial loss of Plaintiffs.

106.   As a result of Defendants' conduct, Plaintiffs have sustained and continue to sustain money damages and other compensable injuries.

## FIRST CLAIM FOR RELIEF

### (Fraud)

107.   Plaintiffs restate and incorporate herein by reference the allegations made in paragraphs 1 through 106 above.

Elsevier v. Toyosato: Second Amended Complaint                    - 15 -

Exhibit 6 Page 207

108.   Defendants subscribed to Plaintiffs' journals for resale at the Personal Rate knowing that such rate was not available for subscriptions to be resold to institutions.

109.   With the intent to defraud Plaintiffs, Defendants have purchased subscriptions to the Plaintiffs' journals at the Personal Rate for the purpose of reselling these subscriptions.  To further effectuate this scheme, the Defendants utilized multiple false names and multiple addresses which they represented to Plaintiffs were the names and addresses of actual individual subscribers to Plaintiffs' journals.

110.   Those representations were false and known to be false by Defendants at the time they were made.  Defendants have been using such false names and multiple addresses to obtain copies of Plaintiffs' journals at lower Personal Rates which they have then been, upon information and belief, reselling at higher Institutional Rates.

111.   Plaintiffs have reasonably relied upon Defendants' representations and were thereby induced to provide journals to Defendants, which Defendants later resold unlawfully at a profit, depriving Plaintiffs of their entitlement to such profits.

112.   As a direct, foreseeable, and proximate result of Defendants' fraudulent scheme, Plaintiffs have sustained money damages based on the price differentials described above as well as other damages.

113.   Plaintiffs discovered this fraud beginning in 2005 as part of a comprehensive review of their subscription records.

114.   Defendants' actions as described above constitute fraud in violation of Cal. Civ. C. §1572.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract)

115.   Plaintiffs restate and incorporate herein by reference the allegations made in paragraphs 1 through 114 above.

Elsevier v. Toyosato: Second Amended Complaint                    - 16 -

Exhibit 6 Page 208

116.   Each of the Plaintiffs' agreements governing subscription sales specifically prohibits the republication, reproduction, resale or other transfer of subscriptions.  Defendants, by purchasing subscriptions under such contracts and reselling them to institutions are in breach of these contract provisions.

117.   The governing contracts' terms and conditions of use for electronic versions of Journals prohibit their further distribution or reproduction.  Defendants, by reselling access to such electronic subscriptions, are in breach of those terms and conditions.

118.   As a direct result of Defendants' actions, Plaintiffs have sustained substantial money damages and other damages.

## THIRD CLAIM FOR RELIEF

### (For Unfair Competition)

119.   Plaintiffs restate and incorporate herein by reference the allegations made in paragraphs 1 through 118 above.

120.   Plaintiffs own all rights, title and interest in the highly-specialized professional trade journals that they each publish respectively.

121.   Plaintiffs are informed and believe, and upon that basis allege, that Defendants, have, without permission, authority or license from Plaintiffs, or any of them, or their licensees, purchased certain journals under false pretenses to obtain these publications at lower rates with the intent to market, distribute, re-sell and/or offer them for resale, at higher rates to end-users, all to the detriment of Plaintiffs.

122.   Defendants' acts and conduct, as alleged herein, including, without limitation, the Defendants' obtaining subscriptions under false pretenses for the purposes of reselling the publications at higher rates, constitute deceptive business practices, acts of unfair competition, and false representation of affiliation, all in violation of the California Unfair Competition Law, Cal. B. & P. C. §17200 *et seq.* Plaintiffs are informed and believe, and upon that basis allege, that each of

Elsevier v. Toyosato: Second Amended Complaint

- 17 -

Exhibit 6 Page 209

Defendants' respective acts of deceptive business practices and unfair competition was willful.

123.  In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the distribution, reproduction, and/or resale of the Plaintiffs' journals.

124.  Plaintiffs have no adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of Defendants' respective acts of unfair competition in amounts thus far not determined but within the jurisdiction of this Court.

125.  Plaintiffs are entitled, pursuant to Cal. B & P. C. § 17200 *et seq.*, to injunctive relief and restitution.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand:

Plaintiffs respectfully request that this Court grant them the following relief:

a)  That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from directly or indirectly distributing, selling and/or offering for sale any of Plaintiffs' periodicals;

b)  Enter final judgment in favor of Plaintiffs and against Defendants, including: (1) restitution for violations of Cal. B & P. C. §17200 et seq.; and (2) monetary damages in an amount to be proved at trial;

c)  Award Plaintiffs their actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of Plaintiffs;

Elsevier v. Toyosato: Second Amended Complaint                    - 18 -

Exhibit 6 Page 210

d)  Award such other and further relief as the Court deems just and proper.

Dated: April __, 2007

J. Andrew Coombs,
A Professional Corporation

J. Andrew Coombs
Alexandra E. Ciganer
450 North Brand Boulevard
Suite 600,
Glendale, California 91203-2349

James B. Conroy
Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Fl.
Boston, MA 02108
Tel. (617) 720-2880

Attorneys for ELSEVIER INC., JOHN WILEY
& SONS, INC., WILEY PERIODICALS, INC.,
WILEY-LISS, INC.,    JOHN WILEY &
SONS, LTD., TAYLOR & FRANCIS,
LTD. and BLACKWELL PUBLISHING,
LTD.,

Elsevier v. Toyosato: Second Amended
Complaint

- 19 -

Exhibit 6 Page 211

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd. hereby demand a trial by jury of all issues so triable.

DATED: April 1, 2007

J. Andrew Coombs, A Professional Corp.

J. Andrew Coombs
Alexandra E. Ciganer
Attorneys for Plaintiffs Elsevier Inc., John
Wiley & Sons, Inc., Wiley Periodicals, Inc.,
Wiley-Liss, Inc.,John Wiley & Sons, Ltd.,
Taylor & Francis, Ltd. And Blackwell
Publishing, Ltd.,

Elsevier v. Toyosato: Second Amended
Complaint

- 20 -

Exhibit 6 Page 212

A

Exhibit 6 Page 213

End-User's Address list

木内様　　　7/19/05
ご依頼ありました I AND U Inc. での使用を止めていただきたい私個人に関連する住所と名前のリストです。
速やかな処理をお願いします。

豊里

| not to be used | Address should not be used |
| Name not to be used | Name should not be used |


fake names

If 'Instruction Column' requests 'not to be used' and has an yellow highlighted name, only the fake name might be kept. The address is not allowed to be used.


actual name

If 'Instruction Column' requests 'Name not to be used' and has an pink highlighted name, do not use the name.

| | Instruction not to be used | Subscriber's name | Address | | |
|---|---|---|---|---|---|
| 111 | | Kim Mori | 1032 Grandridge Ave. Monterey Park, CA 91754 | | #1032 |
| 66 | | Jack Lin | 1108 W Valley Blvd. #4111 Alhambra, CA 91803 | | #2065 |
| 13 | | Barry Taylor | 1108 W. Valley Blvd. #4111 Alhambra, CA 91803 | | #4111 |
| 9 | | April Baker | 1108 W. Valley Blvd. #4162 Alhambra, CA 91803 | | #4162 |
| 129 | | Mark Ryan | 1108 W. Valley Blvd. #4212 Alhambra, CA 91803 | | #4212 |
| 10 | | April Baker | 1108 W. Valley Blvd. #4212 Alhambra, CA 91803 | | #4212 |
| 85 | | Jim Ota | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 122 | | Lisa Tiano | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 127 | | Mark Coito | 1108 W. Valley Blvd. #6122 Alhambra, CA 91803 | | #6122 |
| 100 | | Kaz Young | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 109 | | Kim Lee | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 113 | | Kim Mori | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| 74 | | James Tanno | 1108 W. Valley Blvd. #6130 Alhambra, CA 91803 | | #6130 |
| | | Atushi Takizawa | 1142 23rd street Santa Monica, CA 90403 | | |

TOY0123

EXHIBIT A PAGE 21

Exhibit 6 Page 214

| | | | | | |
|---|---|---|---|---|---|
| 43 | Name not to be used | | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 75 | | Jane Thomas | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 120 | | Lee Jones | 115 W. California Blvd. #540 Pasadena, CA 91105 | | #540 |
| 47 | | Eric Morris | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 48 | | Fred Garcia | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 107 | | Kenny Colima | 1191 Huntington Dr. #313 Duarte, CA 91010-2400 | | #313 |
| 56 | Name not to be used | | 122-A E. Foothill Blvd. #337 Arcadia, CA 91006 | | #337 |
| 57 | | Harry Fujiki | 122-A E. Foothill Blvd. #337 Arcadia, CA 91006 | | #337 |
| 133 | not to be used | Masao Akimoto | 1320 Honey Hill Dr. Walnut, CA 91789-3742 | | #1320 |
| 155 | not to be used | Peter Tran | 1411 S. Sandia Ave. W. Covina, CA 91790 | | W. Covina #2 |
| 18 | | Bill Cupp | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 26 | | Cathy Simon | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 174 | | Silvia Thomas | 1626 N. Wilcox Ave. #470 Hollywood, CA 90028 | | #470 |
| 197 | not to be used | Tom Rivera | 163 N. Hikes Ave. Los Angeles, CA 90063 | | #163 |
| | not to be used | Shane Ruiz | | | other Add. |
| 71 | not to be used | James Lee | 1700 S. McPherrin Ave. Monterey Park, CA 91754 | | #1700 |
| 61 | not to be used | Hiromi Clement | 1708 Highland Oaks Dr. Arcadia, CA 91106 | | #1708 |
| 2 | not to be used | Amei Oga | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 5 | not to be used | Amy Mon | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 12 | not to be used | April Baker | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 15 | not to be used | Barry Taylor | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 41 | not to be used | Crescendo Books | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 44 | not to be used | Emi Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 45 | not to be used | Emiko Saga | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 54 | not to be used | Glegg Ozawa | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 55 | not to be used | Glegg Tachikawa | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 58 | not to be used | Hiro Chen | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 59 | not to be used | Hiro Kozai | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 69 | not to be used | Jackson Lin | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 73 | not to be used | James Lee | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |

EXHIBIT A PAGE 22   TOY0124

Exhibit 6 Page 215

| | | | | | |
|---|---|---|---|---|---|
| 78 | not to be used | Jason Kuo | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 84 | not to be used | Jim Ota | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 93 | not to be used | Joanne Tu | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 94 | not to be used | Joanne Tu | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 112 | not to be used | Kim Mori | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 115 | not to be used | Kim Sawada | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 130 | not to be used | Mark Ryan | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 152 | not to be used | Noriko Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 153 | not to be used | Noriko Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 158 | not to be used | Ralph Kitamura | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 180 | not to be used | Susan Takahashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 182 | not to be used | Takiko Mori | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 195 | not to be used | Tom Musashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 196 | not to be used | Tom Musashi | 1710 Rodeo Rd. Arcadia, CA 91006 | | CRE.#1710 |
| 199 | not to be used | Tom Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | #1710 |
| 208 | not to be used | Ichihiro Toyosato | 1710 Rodeo Rd. Arcadia, CA 91006 | | |
| 4 | | Amy Hata | 1725 Apex Ave. Los Angeles, CA 90026-1459 | | #1725 |
| 34 | | Chris Weiner | 174 W. Foothill Bvld. #501 Monrovia, CA 91016-2171 | | #501 |
| 151 | | Nikki Wilson | 174 W. Foothill Bvld. #501 Monrovia, CA 91016-2171 | | #501 |
| 40 | not to be used | Cindy Sawada | 1750 N. Bradbury Dr. Montebello, CA 90640 | | #1750 |
| 204 | not to be used | Yuko Hata | 1965 W. Huntington Dr. Alhambra, CA 91801 | | #1965 |
| 206 | | Matt Fox | 2066 Bluff Rd. Monterey Park, CA 91754-4412 | | #2066 |
| 83 | not to be used | Jim Kuramoto | 21131 Harvard Blvd. Torrance, CA 90501-2923 | | #21131 |
| 39 | | Cindy Oga | 2168 S Atlantic Blvd. #159 Monterey Park, CA 91754 | | #159 |
| 25 | | Cathy Rivera | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 86 | | Jim Ota | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 110 | | Kim Lee | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 125 | | Maria Shin | 2168 S. Atlantic Blvd. #159 Monterey Park, CA 91755 | | #159 |
| 105 | Name not to be used | Kevin Roy | 2168 S. Atlantic Blvd. #454 Monterey Park, CA 91755 | | #454 |
| 131 | | Mary Todd | 2168 S. Atlantic Blvd. #454 Monterey Park, CA 91755 | | #454 |

EXHIBIT A PAGE 23   TOY0125

Exhibit 6 Page 216

| | | | | | |
|---|---|---|---|---|---|
| 116 | | Kiry Sogoh | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 154 | | Oly Koah | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 171 | | Sei Tsu | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 188 | | Tei Jin | 2275 Huntington Dr. #915<br>San Marino, CA 91108 | | #915 |
| 136 | not to be used | Max Akimoto | 2320 Huntington Dr.<br>San Marino, CA 91108 | | #2320 |
| 22 | not to be used | Billy Hui | 235 E. Colorado Blvd.<br>Arcadia, CA 91006 | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91006 | #1374 |
| 103 | | Ken Morris | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91101 | | #1374 |
| 176 | | Steve Kern | 235 E. Colorado Blvd. #1374<br>Pasadena, CA 91101 | | #1374 |
| 132 | not to be used | Mary Maiki | 238 N. Bonnie Brae St. #9<br>Los Angeles, CA 90026 | 6326 Kenwater Ave. Woodland<br>Hills, CA 91367-1320 | #238 |
| 80 | | Jay Simon | 246 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 7 | not to be used | Ann Miller | 264 E. Markland Dr.<br>Monterey Park, CA 91755 | | #264 |
| 121 | | Linda Ho | 264 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 168 | | Sandy Lin | 264 S. La Cienega Blvd. #1182<br>Beverly Hills, CA 90211 | | #1182 |
| 16 | | Betty Lee | 269 S. Bevery Drive #1066<br>Bevery Hills, CA 90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 36 | | Christine Cole | 269 S. Bevery Drive #1066<br>Bevery Hills, CA 90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 160 | | Rod Mathew | 269 S. Bevery Drive #1066<br>Bevery Hills, CA 90212-3807<br>Changed on Mar.18th 2005 | 270 N. Canon Dr. #1531<br>Beverly Hills, CA 90210 | #1531 |
| 81 | | Jenny Conne | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 91 | | Joanne Ho | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 186 | | Tammi Lee | 280 W. Sierra Madre Blvd. #353<br>Sierra Madre, CA 91024 | | #353 |
| 140 | | Nancy Gates | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 157 | | Peter Walker | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 194 | | Tom Moore | 287 S. Robertson Blvd. #492<br>Beverly Hills, CA 90211 | | #492 |
| 128 | not to be used | Mark Gonzales | 3454 E. Michigan Ave.<br>Los Angeles, CA 90063 | | #3454 |
| 1 | | Agao Chu | 3579 E. Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 49 | | Fuky Sekij | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 201 | | Tosh Jin | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 203 | | Yakui Chu | 3579 E.Foothill Blvd. #397<br>Pasadena, CA 91107 | | #397 |
| 148 | not to be used | Nansia Movidi | 3750 Vinton Ave. #105<br>Los Angeles, CA 90034 | 1345 N. Hayworth Ave. #116<br>W. Hollywood, CA 90046 | #1345 |
| 166 | not to be used | Ruth Yamada | 3750 Vinton Ave. #105<br>Los Angeles, CA 90034 | 1345 N. Hayworth Ave. #116<br>W. Hollywood, CA 90046 | #1345 |

EXHIBIT A PAGE 24   TOY0126

Exhibit 6 Page 217

| | | | | | |
|---|---|---|---|---|---|
| 17 | not to be used | Beverly Jiang | 400 Fairview Ave. Arcadia, CA 91007 | | #400 |
| 164 | | Rue Yamada | 411 E. Huntington Dr. #107-346 Arcadia, CA 91006 | | #107-346 |
| 172 | Name not to be used | Shizuka Adira | 411 E. Huntington Dr. #107-346 Arcadia, CA 91006 | | #107-346 |
| 175 | not to be used | Song Liem | 42 W. Pamela Rd. Arcadia, CA 91007 | | #42 |
| 87 | not to be used | Jim Sawada | 523 W. 6th St. #361 Los Angeles, CA 90014 | | #523 |
| 95 | not to be used | Joe Linden | 523 W. 6th St. #361 Los Angeles, CA 90014 | | #523 |
| 67 | | Jackson Lin | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 76 | | Jason Kuo | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 181 | | Suzan Hayashi | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 183 | Name not to be used | | 556 S. Fair Oaks Ave. #101-307 Pasadena, CA 91105 | | #101-307 |
| 114 | not to be used | Kim Sawada | 5805 1/2 encinita Ave. Temple City, CA 91780 | | #5805 1/2 |
| 135 | not to be used | Mauricio Arevalo | 5831 Madrid Ct. Palmdale, CA 93552 | | #5831 |
| 52 | | George Tyler | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 163 | | Rory Hollman | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 190 | | Tim Garcia | 5850 W. 3rd St. #310 Los Angeles, CA 90036 | | #310 |
| 82 | | Jenny Lee | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 104 | | Ken White | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 187 | | Tammy Lee | 5917 Oak Ave. #385 Temple City, CA 91780-2028 | | #385 |
| 106 | | Kenny Brook | 605 W. Huntington Dr. #409 Monrovia, CA 91016 | | #409 |
| 145 | | Nancy Mill | 605 W. Huntington Dr. #409 Monrovia, CA 91016 | | #409 |
| 169 | not to be used | Sang Ho Tae | 608 W. Route 66 Glendora, CA 91740-4121 | | #608 |
| 3 | not to be used | Amy Hata | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 177 | not to be used | Sung Yoon | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 189 | not to be used | Tez Tae | 608 West Route 66 Glendora, CA 91740 | | #608 |
| 101 | not to be used | Kazuko Shinoka | 6700 Franklin Pl. #409 Los Angeles, CA 90028 | | #409 |
| 70 | not to be used | James Danesh | 6729 Cleon Ave. #11 N. Hollywood, CA 91606 | | #6729 |
| 126 | | Marie Jones | 686 S. Arroyo Parkway, #168 Pasadena, CA 91105 | | #168 |
| 162 | | Ron White | 686 S. Arroyo Parkway, #168 Pasadena, CA 91105 | | #168 |
| 6 | | Amy Seale | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 24 | | Bryan Adburg | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |

TOY0127

EXHIBIT A PAGE 25

Exhibit 6 Page 218

| | | | | | |
|---|---|---|---|---|---|
| 35 | | Christine Banks | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 146 | | Nancy Morgan | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 198 | | Tom Sayers | 713 W. Duarte Rd. #G-518 Arcadia, CA 91007-7564 | | #G-518 |
| 97 | not to be used | John Mora | 72 W. Pamela Rd. Arcadia, CA 91007 | | #72 |
| 28 | | Cathy Wayne | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 185 | | Tammi Howard | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 191 | | Tim Lee | 7336 Santa Monica Blvd. #38 W. Hollywood, CA 90046 | | #38 |
| 108 | | Kim Lance | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 142 | | Nancy Holden | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 143 | | Nancy Holden | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | Please care!!>> Elsevier |
| 192 | | Tim Mato | 7510 Sunset Blvd. #521 Hollywood, CA 90046 | | #521 |
| 27 | | Cathy Watts | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 42 | | Dan West | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 53 | | Gina Tones | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 123 | | Lynn Freedman | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 149 | | Naomi Lewis | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| | | Teruhiko higuchi NCNP武蔵病院院長 | 8023 Beverly Blvd. #5-459 Los Angeles, CA 90048 | | #5-459 |
| 124 | | Lynn Wilson | 8025 Santa Monica Blvd. #1-267 | | #1-267 |
| 165 | not to be used | Ruriko Yamada | 8033 W. Sunset Blvd. #364 W. Hollywood, CA 90046 | | #364 |
| 102 | | Kelly Owen | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046 | | #973 |
| 167 | | Sandra Howell | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046 | | #973 |
| 119 | | Lea Lee | 8033 W. Sunset Blvd. #973 W. Hollywood, CA 90046-2401 | | #973 |
| 144 | | Nancy Kay | 8205 Santa Monica Blvd. #1-267 | | #1-267 |
| 202 | | Will Tyler | 8205 Santa Monica Blvd. #1-267 | | #1-267 |
| 51 | | Gavin Wood | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 96 | | John Hill | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 161 | | Ron Givens | 8306 Wilshire Blvd. #6600 Beverly Hills, CA 90211 | | #6600 |
| 137 | not to be used | May Terada | 839 S. Ynez St. Monterey Park, CA 91754 | | #839 |
| 46 | Name not to be used | | 8391 Beverly Blvd. #335 Los Angeles, CA 90048 | | #335 |
| 134 | Name not to be used | Matt | 8391 Beverly Blvd. #335 Los Angeles, CA 90048 | | #335 |

TOY0128   EXHIBIT A PAGE 56

Exhibit 6 Page 219

| | | | | | |
|---|---|---|---|---|---|
| 170 | | Sean Kura | 8391 Beverly Blvd. #335 Los Angeles, CA 90048 | | #335 |
| 89 | | Jimmy Khoo | 8424-A Santa Monica Blvd. #718 | | #718 |
| 141 | | Nancy Ho | 8424-A Santa Monica Blvd. #718 | | #718 |
| 200 | | Tony Ishii | 8424-A Santa Monica Blvd. #718 | | #718 |
| 88 | | Jim Willie | 8491 W. Sunset Blvd. #477 W. Hollywood, CA 90069-1911 | | #477 |
| 118 | | Kyle Tyler | 8491 W. Sunset Blvd. #477 W. Hollywood, CA 90069-1911 | | #477 |
| 159 | | Rob Walker | 8491 W. Sunset Blvd. #477 W. Hollywood, CA 90069-1911 | | #477 |
| 32 | | Chris Hubnet | 8622 Ballanca Ave. #F Los Angeles, CA 90045-4444 | | #F |
| 50 | not to be used | Gary Kashiwa | 8622 Roccus Lane San Gabriel, CA 91775 | | #8622 |
| 90 | not to be used | Jimmy Wang | 881 S. 4th St. #A Alhambra, CA 91801 | | #881 |
| 98 | not to be used | Karen Iwata | 895 S. Grandridge Ave. Monterey Park, CA 91754 | | #895 |
| 79 | Name not to be used | | 8950 W. Olympic Blvd. #415 Beverly Hills, CA 90211 | | #415 |
| 139 | Name not to be used | | 8950 W. Olympic Blvd. #415 Beverly Hills, CA 90211 | | #415 |
| 150 | Name not to be used | | 8950 W. Olympic Blvd. #415 Beverly Hills, CA 90211 | | #415 |
| 11 | | April Baker | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 14 | | Barry Taylor | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 23 | | Book Cube | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 29 | Name not to be used | | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | #301 |
| 30 | Name not to be used | | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 63 | | I&U Inc. | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 64 | | I&U Inc. DBA: Book Cube | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | I&U/BC |
| 68 | | Jackson Lin | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 72 | | James Lee | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 77 | | Jason Kuo | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 92 | | Joanne Ho | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 99 | | Katie Mori | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 117 | | Kiry Sogoh | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 138 | Name not to be used | | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 173 | | Shunichi Osada (Dr.) | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 179 | | Susan Takahashi | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |

EXHIBIT A PAGE 27   TOY0129

Exhibit 6 Page 220

| | | | | | |
|---|---|---|---|---|---|
| 184 | Name not to be used | | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 205 | | Yazaki Takehiko(Dr.) | 8981 Sundet Blvd. #301 W. Hollywood, CA 90069 | | BC#301 |
| 37 | not to be used | Cindy Oga | 8981 Sundet Blvd. #500 W. Hollywood, CA 90069 | | #500 |
| 31 | | Chiomi Sawada | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 38 | | Cindy Oga | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 60 | | Hiro Toyosato | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | #301 |
| 62 | | I&U Inc. | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | I&U #301 |
| 65 | | J.D Wang | 8981 Sunset Blvd. #301 W. Hollywood, CA 90069 | | #301 |
| 19 | | Bill Holden | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 20 | | Bill Thomas | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | 8825 W. Olympic Blvd. #272 Beverly Hills, CA 90211 | #272 |
| 147 | | Nancy Rodger | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 193 | | Tim Sayer | 9190 W. Olympic Blvd. #507 Beverly Hills, CA 90212 | | #507 |
| 8 | | Ann Sydny | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 21 | | Bill Williams | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 33 | | Chris Moore | 9903 Santa Monica Blvd. #582 Beverly Hills, CA 90212 | | #582 |
| 178 | | Susan Takahashi | P.O. Box #8 Sierra Madre, CA 91025 | | #8 |
| 156 | Name not to be used | | この人変です。 W.Cobinaが生きている人もいるみたい。 右記の番号で調べて下さい | | Hollywood #2 |

EXHIBIT A PAGE 28   TOY0130

Exhibit 6 Page 221

B

Exhibit 6 Page 222

| Order Year | Journal Title | Publisher | Address | Town | Zip |
|---|---|---|---|---|---|
| 2004 | Trends in Biochemical Sciences | Elsevier | 1710 Rodeo Rd | Arcadia | 91006-1601 |
| 2005 | Trends in Biochemical Sciences | Elsevier | 1710 Rodeo Rd | Arcadia | 91006-1601 |
| 2004 | Trends in Pharmacological Sciences | Elsevier | 1710 Rodeo Rd | Arcadia | 91006-1601 |
| 2004 | Trends in Immunology | Elsevier | 1710 Rodeo Rd | Arcadia | 91006-1601 |
| 2000 | Annals of Neurology | Wiley | 1710 Rodeo Rd | Arcadia | 90061-1610 |
| 2000 | Arthritis & Rheumatism | Wiley | 1710 Rodeo Road | Arcadia | 91006-1601 |
| 2001 | Arthritis & Rheumatism | Wiley | 1710 Rodeo Road | Arcadia | 91006-1601 |
| 2002 | Arthritis & Rheumatism | Wiley | 1710 Rodeo Road | Arcadia | 91006-1601 |
| 2003 | Arthritis & Rheumatism | Wiley | 1710 Rodeo Road | Arcadia | 91006-1601 |
| 2000 | Arthritis & Rheumatism | Wiley | 1710 Rodeo Road | Arcadia | 91006-1601 |
| 1998 | Bioessays | Wiley | 1710 Rodeo Road | Arcadia | 91006 |
| 1999 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2000 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2001 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2003 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2000 | Cancer | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Human Brain Mapping | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 1996 | Human Brain Mapping | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 1996 | Human Brain Mapping | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 1997 | Human Brain Mapping | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2001 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2003 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2004 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2000 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Journal of Magnetic Resonance Imaging | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Journal of Mass Spectrometry | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2001 | Journal of Mass Spectrometry | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Magnetic Resonance in Medicine | Wiley | 1710 Rodeo Road | Arcadia | 91006 |
| 2002 | Movement Disorders | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2003 | Polymer Engineering & Science | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2004 | Polymer Engineering & Science | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2000 | Rapid Communications in Mass Spectrometry | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |
| 2002 | Rapid Communications in Mass Spectrometry | Wiley | 1710 Rodeo Road | Arcadia | 90061-1601 |

C

Exhibit 6 Page 224

ΤΟΥΟΧΟ

| | JOURNAL ORDERS ADDRESS | STREET ADDRESS | CITY | TEL | BUSINESS HOUR |
|---|---|---|---|---|---|
| 1 | MAIL BOX & POSTAL | 280 W. Sierra Madre Blvd. #353 | Sierra Madre, CA 91024 | 626-836-6675 | M-F 9:00-6:00, SAT 10-2:00 |
| 2 | MAIL BOX ETC. | Sierra Madre Post Office Mail Box Rental | Sierra Madre, Post Office #8 | | |
| 3 | MAIL BOX ETC. | 3570 E. Foothill Blvd. #497 | Sierra Madre, CA 91024 | | |
| 4 | | 123-A E. Foothill Blvd. #337 | Arcadia, CA 91107 | 626-351-4721 | M-F 9:00-6:00 SAT 9-4:00 |
| 5 | MAIL BOXES ETC. | 174 W. Foothill Blvd. #337 | Arcadia, CA 91006 | 626-305-6923 | M-F 8:30-7:00, SAT 9-4:30 |
| 6 | MAIL BOXES ETC. | 1191 Huntington Dr. #313 | Monrovia, CA 91016-2171 | 626-357-7606 | M-F 8:30-6:00, SAT 8:30-4:30 |
| 7 | MAILBOX & POSTAL | 411 E. Huntington Dr. Suite 107-348 | Duarte, CA 91010-2400 | 626-301-9703 | M-F 9:00-6:30, SAT 10-5:00 |
| 7-1 | POST OH BUSINESS CENTER | 605 W. Huntington Dr., Suite 409 | Arcadia, CA 91006 | 626-447-8290 | M-F 9:00-6:00, SAT 10-2:00 |
| 8 | MAIL BOXES ETC. | 713 W. Duarte Blvd #G-518 | Monrovia, CA 91016 | 626-358-3431, 626-358-5720 (fax) | M-F 8:00-6:00 SAT 10-2:00 |
| 9 | S. s POSTAL CENTER | 5917 Oak Avenue. #385 | Arcadia, CA 91007-7584 | 626-446-9950 | M-F 9:00-6:00 SAT 9-2 |
| 10 | MAIL BOXES ETC. | 2275 Huntington Drive. #916 | Arcadia, CA 91780 | 626-285-7141 | M-F 9:00-5:30, SAT 10-1 |
| 11 | Mail Box Plus | 235 E. Colorado Blvd. #1374 | San Marino, CA 91108 | 626-795-1999 | M-F 8:00-7:00 SAT 9-5:00, SUN |
| 12 | PASADENA MINI STORAGE | 665 S. Arroyo Parkway, Suite 168 | Pasadena, CA 91101 | 626-568-9593, 626-568-1096 (fax) | M-F 8:00-6:00, SAT |
| 13 | THE UPS STORE #3268 | 556 S. Fair Oaks Ave. #101-207 | Pasadena, CA 91105 | 626-440-1000, 626-449-3843 (fax) | M-F 8:30-6:30, SAT 9-5:00 |
| 14 | Post Pak & Ship Mos (Vons parking) | 1115 W. California Blvd. #240 (ste540) | Pasadena, CA 91105 | 626-584-0680 | M-SUN 9:00-9:00 |
| N/A no keys | | 1108 W. Valley Blvd. | Alhambra, CA 91803-2477 | 626-440-1115, 626-440-9992 (fax) | M-F 7:00-7:00, SAT 10-5:00 |
| 15 | | 2168 S. Atlantic Blvd. | Monterey Park, CA 91754 | 626-300-9191 | M-F 8:00-6:30, SAT 9:00-5:00 |
| 16 | HOLLYWOOD MAIL & MESSAGE SERVICE | 1528 N. Wilcox Ave. #470 | Hollywood, CA 90028 | 323-888-8161 | M-F 8:30-6:00, SAT 10-2:00 |
| 17 | MIRACLE MAIL | 5850 W. 3rd Street #310 | Hollywood, CA 90028 | 323-467-5689, 323-467-5845 (fax) | M-F 8:00-6:00, SAT 10-2:00 |
| 18 | MESSAGE PMB | 7336 Santa Monica Blvd. #38 | Los Angeles, CA 90036 | 213-934-2032, 213-934-8400 (fax) | M-F 9:00-8:00, SAT 9:00-3:00 |
| 19 | MISTER MAIL | 7510 Sunset Blvd. #521 | West Hollywood, CA 90046 | 323-874-0218, 323-874-0206 (fax) | M-F 8:00-8:00, SAT 10-2:00 |
| 20 | MAIL BOXES ETC. | 8023 Sunset Blvd. #973 | Hollywood, CA 90046-3408 | 323-874-2910, 323-874-3835 (fax) | M-F 8:00-8:00, SAT 10:00-4:00 |
| 21 | E. & G. MAILBOXES | 8023 Beverly Blvd #5-459 | Hollywood, CA 90046-2401 | 323-848-9300 | M-F 9:00-6:00 SAT 10:00-4:00 |
| 22 | X | 8391 Beverly Blvd. #335 | Los Angeles, CA 90048-4523 | 323-848-9300 | M-F 8:30-7:00, SAT-SUN 9-5:00 |
| 23 | POSTAL ANNEX | 686 S. La Cienega Blvd. #305 | Los Angeles, CA 90048 | 323-658-5724 | |
| 24 | MAIL BOXES & THINGS | 8424A Santa Monica Blvd. #718 | West Hollywood, CA 90069-4708 | 323-657-9255 | M-F 8:00-6:00, SAT 10:00-6:00 |
| 25 | POSTAL CENTER AND MORE | 8205 Santa Monica Blvd #1-267 | West Hollywood, CA 90046-5912 | 323-656-9651, 323-656-9434 (fax) | M-F 9:00-6:00, SAT 10:00-4:00 |
| 26 | BOXES AND MORE | 8491 W. Sunset Blvd. #477 | West Hollywood, CA 90069-1911 | 323-654-4000, 323-656-5572x/xx/ | M-F 8:30-8:00, SAT 9:30-3:00 |
| 27 | Postal Connections (CYBER CENTERS) | 289 S. Robertson Blvd. #492 | Beverly Hills, CA 90211 | 323-655-4444 | M-F 8:00-6:00, SAT 10:00-4:00 |
| 28 | BEVERLY HILLS UNITED MAIL BOXES | 264 S. La Cienega Blvd. #182 | Beverly Hills, CA 90211 | 310-360-0760, 310-659-8583 (fax) | M-F 8:00-6:00, SAT 10:00-4:00 |
| 29 | Beverly Hills POSTAL CENTER | 8306 Wilshire Blvd. #6800 | Beverly Hills, CA 90211 | 310-652-7522, 641-652-0055 (fax) | M-F 8:00-6:00, SAT 10:00-4:00 |
| 30 | NUMBER ONE CELLULAR & MAILBOX L | 8825 W. Olympic Blvd. #272 | Beverly Hills, CA 90211 | 323-658-8988 | M-F 9:00-5:00, SAT 9:00-1:00 |
| 31 | NUMBER ONE CELLULAR & MAILBOX | 8950 W. Olympic Blvd. #415 | Beverly Hills, CA 90211-3875 | 310-859-1400, 310-859-1411 (fax) | M-F 8:30-8:30, SAT 9:30-3:00 |
| 32 | BEVERLY HILLS MAIL BOX | 9903 Santa Monica Blvd. #582 | Beverly Hills, CA 90212-1571 | 310-286-0500, 310-286-0005 (fax) | M-F 9:00-8:00, SAT 10:00-3:00 |
| 33 | MAIL BOX | 8720 N. Canon Dr. PMB#1531 | Beverly Hills, CA 90210 | 310-274-7265, 310-274-7957 (fax) | M-F 8:00-4:30, SAT 9:00-12:00 |
| 34 | MAIL SERVICE | 9190 W. Olympic Blvd. #507 | Beverly Hills, CA 90212 | 310-273-5055, 310-275-0104 (fax) | M-F 9:00-6:00, SAT 9:00-4:00 |
| 31 | MAIL BOXES ETC. | 265 S. Beverly Dr. #1066 | Beverly Hills, CA 90212-3807 | 310-274-7721, 310-214-7388 (fax) | M-F 9:00-6:00, SAT 9:00-4:00 |

①

EXHIBIT C PAGE 30

Exhibit 6 Page 225

TOYO105



EXHIBIT G PAGE 31

Exhibit 6 Page 226

TOY0106

Vons
#240 (=540) ⑭
#307
⑲

Flower Shop
No.⬛⬛
Valley
FWY 60

Arroyo
⑪ #1374
⑰ #168
Storage
Colorado
Del Mar
California

Lake

Rosemead

Kabuki
#397 ⓖ
#915
⑩
⑨ #385
Oak
Las Tunas

Baldwin
Fire station
#5
⑮ Post Office
#8 ②
Post Office
#518 ⑧
Duarte

Wako ④ #337
⑦#346 ⑦-1
Donuts
#409
#501 ⑤
Pavilion

Myrtle

Ralphs
#313
⑥
Huntington

Foothill

Morioka先生: 1032 Grandridge
Fukumoto: 1661 #107 (ミスちゃんのコンド)



EXHIBIT C PAGE 32

Exhibit 6 Page 227

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am a member of the Bar of the United States District Court of California. My business address is 450 North Brand Boulevard, Suite 600, Glendale, California 91203-2349.

On April 9, 2007 I served on the interested parties in this action with the:

CORRECTED SECOND AMENDED COMPLAINT

for the following civil action:

Elsevier Inc., et al. v. Kiuchi Shoten Co., et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| William D. Johnson<br>Johnson & Crowder<br>350 S. Figueroa Street, Suite 190<br>Los Angeles, California 90071-1199 | Matthew N. Kane<br>Donnelly, Conroy & Gelhaar LLP<br>One Beacon Street, 33rd Floor<br>Boston, Massachusetts 02108 |
| John D. Hayashi<br>Roger M. Franks<br>William D. Hensley<br>Jackson DeMarco Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, California 92614 | Kenneth I. Gross<br>Law Offices of Kenneth I. Gross<br>555 S. Flower Street, Floor 42<br>Los Angeles, California 90071 |

Place of Mailing: Glendale, California
Executed on April 9, 2007 at Glendale, California.

Alexandra E. Ciganer

Exhibit 6 Page 228