J. Andrew Coombs (SBN 123881)
Annie Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 502-3201

Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for Plaintiffs Elsevier Inc.,
Elsevier B.V., Elsevier
Limited, Elsevier Ireland Limited,
John Wiley & Sons, Inc., Wiley Periodicals, Inc.,
Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
Wolters Kluwer Health, Inc., and
Blackwell Publishing, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 GHK (PLAx) <br><br> **DECLARATION OF MAUREEN CONNORS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: May 12, 2008 <br> Hearing Time: 9:30 a.m. <br> Courtroom: Hon. Judge G.H. King |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang <br><br>　　　　　　　Defendants. | Case No. CV06-3131 GHK (PLAx) |

## DECLARATION OF MAUREEN CONNORS

I, Maureen Connors, do hereby state and depose as follows:

1) I am over the age of 18 and have personal knowledge of the matters set forth herein.

2) I am Vice President of Service Strategy and Circulation at Wolters Kluwer. I have worked at Wolters Kluwer since 1993. As part of my role as Vice President of Service Strategy and Circulation, I am responsible for overseeing the processing of journal subscriptions.

3) Wolters Kluwer publishes highly-specialized professional journal, books, reference works, textbooks and databases. For example, Wolters publishes the journals *Neurology*, *Annals of Surgery*, and *Obstetrics & Gynecology*. These journals provide professionals with critical peer reviewed research and studies in advanced disciplines.

4) In addition to individuals, many hospitals, universities, libraries, and other institutions subscribe to Wolters Kluwer's journals.

5) In order to make it economically feasible to publish the journals, but still make them accessible to individuals, we sell our journals at different prices depending on whether the subscriber is an institution or an individual. We also offer different prices based on where the subscriber is located. The rates we offer to individual subscribers are deeply discounted from those we offer institutions. Among other things, this pricing structure reflects the fact that while only one person is permitted to use an Individual Rate subscription, potentially hundreds of readers may access the Institutional Rate subscriptions purchased by hospitals, libraries, and other large institutions.

6) We distribute price lists for all of our journals, which make it clear that certain prices are for individuals only and other prices are for institutions.

7) In the regular course of our business, we rely upon the information the subscribers provide on their order forms to determine whether to fulfill subscription orders at Institutional or Individual rates. For individual subscribers, we fulfill their order at the discounted Individual Rate with the understanding that the subscription will be used for individual purposes only.

8) Because we process approximately 1.5 million orders a year for journals, textbooks, and our other products, it would not be practical or economically feasible for us to investigate each and every subscription order that comes in to ensure that subscribers ordering Individual Rate subscriptions are in fact individuals.

9) In connection with this case, I reviewed certain subscription orders that the defendants submitted to Wolters. When we cross referenced names and addresses in our subscription records, we identified several names that were used multiple times to place different orders and multiple addresses where these subscriptions were placed. In numerous instances, we discovered that the defendants represented that they were purchasing a journal as an individual subscriber.

10) By way of example, on January 10, 2001, Noriko Toyosato placed a subscription order for *Neurology* at the US Individual Rate. She listed her home address as 1710 Rodeo Road, Arcadia,

CA 91006. (*See Toyosato Subscription Order* at Exhibit A). Based on the subscription information provided on her order form, Wolters processed this order as an Individual Rate subscription and billed the Individual Rate price of $306, rather than the applicable Institutional Rate prices of $526 (for US institutions) or $546 (for international institutions).

11) Similarly, on February 7, 2001, another order was placed for shipment to the same address—1710 Rodeo Road, Arcadia, CA 91006—in the name of "Tamayo Saito" for *Plastic and Reconstructive Surgery* at the US Individual Rate. (*See Saito Subscription Order* at Exhibit B). Again, based on the subscription information provided, Wolters processed this order as an Individual Rate subscription and billed the Individual Rate price of $375, rather than the Institutional Rate prices of $444 (for US institutions) or $550 (for international institutions).

12) We relied on these representations that the subscriptions at issue were placed by individuals in fulfilling these orders at the Individual Rate.

13) Had we known, for example, that the orders placed by Noriko Toyosato and Tamayo Saito set forth above were intended for use by institutions rather than individuals, we would not have fulfilled the orders at the Individual Rates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of April, 2008, at HAGERSTOWN Maryland.

Maureen Connors

**Exhibit A**

**Subscription Information**

**Neurology**

| US Pricing | | | | | |
|---|---|---|---|---|---|
| Individual | | Institutional | | In Training | |
| ⦿ $306.00 / Year | ○ | $526.00 / Year | ○ | $176.00 / Year | |
| International Pricing | | | | | |
| Individual | | Institutional | | In Training | |
| ○ $391.00 / Year | ○ | $546.00 / Year | ○ | $190.00 / Year | |

**Subscription Term**

⦿ 1 Year   ○ 2 Years   ○ 3 Years

Enter your account number:
`000095130694` (Optional)

Enter your renewal code:
`` (Optional)

**Address Information**

| | | | |
|---|---|---|---|
| First Name* | Noriko | Email* | toyosato@pacbell.net |
| Last Name* | Toyosato | Phone | |
| Address Line 1* | 1710 Rodeo Road | Fax | |
| Address Line 2 | | | |
| Address Line 3 | | | |
| City* | Arcadia | | |
| State/Province* | CA | | |
| Zip* | 91006 | | |
| Country* | USA | | |

Search for:

in the: Title

Advanced Search

Browse by: Specialty

#1: Quick Look Drug Book 2000

#2: Quick Look Electronic Drug Reference 2000

#3: Comprehensive Review for the Certification and Recertification Examinations for Physicians Assistant

#4: ACSM's Resource Manual for Guidelines for Exercise Testing and Prescription

I&U 026242

Exhibit A

Lippincott Williams & Wilkins  Page 2 of 2



**Credit Card Information**

Credit Card* Master Card
Card Number* 5415-3052-0210-873
Expiration Date* 5 / 2002

* = Required Fields

Renew/Subscribe

©2000, Lippincott Williams & Wilkins. All Rights Reserved. Privacy Statement.

http://www.lww.com/journals/subscription/subscribe.htm   1/10/01

I&U 026243

Exhibit A

**Exhibit B**

Lippincott Williams & Wilkins                                                      Page 1 of 2

**Search for:**

in the:
Title

Search
Advanced Search

Browse by:
Specialty

Browse

**BEST SELLERS**

#1: ACSM's Guidelines for Exercise Testing and Prescription

#2: ACSM's Resource Manual for Guidelines for Exercise Testing and Prescription

#3: Quick Look Drug Book 2001

#4: Stedman's Plus Medical/Pharmaceutical Spellchecker

#5: Electronic Anesthesiology Library on CD-ROM, 1995-1999,The

## Subscription Information
### Plastic and Reconstructive Surgery(R)

| US Pricing |||||||
|---|---|---|---|---|---|---|
| Individual || Institutional || In Training ||
| ⦿ | $375.00 / Year | ○ | $444.00 / Year | ○ | $189.00 / Year |
| International Pricing |||||||
| Individual || Institutional || In Training ||
| ○ | $481.00 / Year | ○ | $550.00 / Year | ○ | $295.00 / Year |

**Subscription Term**

⦿ 1 Year  ○ 2 Years  ○ 3 Years

Enter your account number:
100001636983  (Optional)
Enter your renewal code:
(Optional)

### Address Information

First Name* Tamayo         Email* tamasai@hotmail.com
Last Name* Saito           Phone
Address Line 1* 1710 Rodeo Road   Fax
Address Line 2
Address Line 3
City* Arcadia
State/Province* CA
Zip* 91006
Country* USA

Be among th
information a
Click here fo

Privacy Stat
E
'/Promotio

http://www.lww.com/journals/subscription/subscribe.htm                       2/7/01

I&U 026487

Exhibit B

Lippincott Williams & Wilkins                                                                                                       Page 2 of 2

### Credit Card Information

Credit Card* [Master Card]
Card Number* [5415-3052-0210-873]
Expiration Date* [5] / [2002]

\* = Required Fields

[Renew/Subscribe]

©2000, Lippincott Williams & Wilkins.   All Rights Reserved.   Privacy Statement.

I&U 026488

Exhibit B

# PROOF OF SERVICE

I, ___Daniel Villarreal___, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

_Daniel Villarreal_

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, __Kenneth A. Shope__, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Kenneth A. Shope*
Kenneth A. Shope

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, Janeth Rodriguez, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**


On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Janeth Rodriguez*
Janeth Rodriguez.

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |