J. Andrew Coombs (SBN 123881)
Annie Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 502-3201

Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for Plaintiffs Elsevier Inc.,
Elsevier B.V., Elsevier
Limited, Elsevier Ireland Limited,
John Wiley & Sons, Inc., Wiley Periodicals, Inc.,
Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
Wolters Kluwer Health, Inc., and
Blackwell Publishing, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang<br><br>Defendants. | Case No. CV06-3131 GHK (PLAx)<br><br>**DECLARATION OF KEITH ABBOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: May 12, 2008<br>Hearing Time: 9:30 a.m.<br>Courtroom: Hon. Judge G.H. King |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 GHK (PLAx) |

## **DECLARATION OF KEITH ABBOTT**

I, Keith Abbott, do hereby state and depose as follows:

1)   I am over the age of 18 and have personal knowledge of the matters set forth herein.

2)   I am a Special Projects Manager at John Wiley & Sons, Ltd. ("Wiley"). I have worked at Wiley since 2003. As part of my role as Special Projects Manager, I am responsible for ensuring that subscription agents meet our company's terms and conditions. Prior to that, I was Journals Fulfillment Manager and was responsible for the day-to-day management of Wiley's journal fulfillment operation. Since Wiley acquired Blackwell in January 2007, I have worked on the merging of the companies' systems, customers, and subscriptions, and therefore understand Blackwell's practices and policies.

3)   Both Wiley and Blackwell publish highly-specialized professional journals, books, reference works, textbooks and databases in print and electronic formats. For example, Wiley publishes *Hepatology*, *Pediatric Pulmonology*, and *Human Brain Mapping*. Blackwell's publications include

*Journal of Interventional Cardiology*, *Kidney International*, and *Journal of Gastroenterology & Hepatology*. These journals provide professionals with critical peer reviewed research and studies in advanced disciplines.

4)  In addition to individuals, many hospitals, universities, libraries, and other institutions subscribe to Wiley and Blackwell's journals.

5)  In order to make it economically feasible to publish the journals, but ensure that they are still accessible to individuals, Wiley and Blackwell sell their journals at different prices depending on whether the subscribers are institutions or individuals. For some journals, we also offer different prices based on where the subscriber is located. The rates we offer to individual subscribers are deeply discounted from those we offer to institutions. Sometimes, we offer further discounts to members of the scholarly societies who sponsor or own the journals. Among other things, this pricing structure reflects the fact that while only one person is permitted to use an Individual Rate subscription, potentially hundreds of readers may access the Institutional Rate subscriptions purchased by hospitals, libraries, and other large institutions. It also reflects the fact that we rely upon institutional sales for the income to make our journals economically feasible.

6)  Wiley and Blackwell distribute pricing information about all of their journals that make it clear that certain prices are for individuals only and other prices are for institutions. Furthermore, based on custom and dealings in the publication industry, all agents are aware of the restrictions that apply to Individual Rate subscriptions

7)  In the regular course of our business, we rely upon the information the subscribers provide on their order forms to determine whether to fulfill subscription orders at Institutional or Individual rates. For individual subscribers, we fulfill their order at the discounted Individual Rate with the understanding that the subscription will be used for individual purposes only, and not resold or placed in libraries.

8)   Because Wiley and Blackwell process approximately 950,000 orders each year, it would not be practical or economically feasible for us to investigate each and every subscription order that comes in to ensure that subscribers ordering Individual Rate subscriptions are in fact individuals.

9)   In 2005, Wiley received a series of subscription requests from California which were paid for with money orders. The subscription requests came from numerous addresses, but they were all in close proximity to one another. Wiley and Blackwell undertook a comprehensive review of their subscription records, searching for patterns of names and addresses. When we cross referenced names and addresses in our subscription records, we identified numerous names that were used multiple times to place different orders and multiple addresses where these subscriptions were placed. We discovered hundreds of instances where the Defendants represented that they were purchasing subscriptions as individual subscribers.

10)   Given the number of identities, addresses, and publications at issue, it took us considerable time and resources to discover the links among and between the various subscribers, addresses, and publications. It also took considerable time and resources to determine which subscribers were real individuals and which were merely aliases.

11)   By way of example, Noriko Toyosato placed an order for a 2004 subscription to *Annals of Neurology* at the US individual rate. She listed her home address as 1710 Rodeo Road, Arcadia, CA 91006. (*See Toyosato Subscription Order* at Exhibit A). Based on the subscription information provided on her order form, Wiley processed this order as an Individual Rate subscription and billed the Individual Rate price of $460, rather than the applicable Institutional Rate.

12)   Similarly, "Mauricio Arevaldo" placed an order for a 2004 subscription to *Catheterization and Cardiovascluar Interventions* at the Individual Rate. (*See Arevaldo Subscription Order* at Exhibit B). Again, based on the subscription information provided, Wiley processed this

subscription as an Individual Rate subscription and billed the Individual Rate price of $385, rather than the applicable Institutional Rate.

13) We relied on these representations that the subscriptions at issue were placed by individuals when we fulfilled these orders at the Individual Rate.

14) Had we known, for example, that the orders placed by Noriko Toyosato and Mauricio Arevaldo set forth above were intended for use by institutions rather than individuals, we would not have fulfilled the orders at the Individual Rates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2008.

_____
Keith Abbott

**Exhibit A**

# John Wiley & Sons, Inc.

## Journal Subscription Pro-forma Invoice

Please return one copy with your remittance

**Renewal**

Invoice no: RN 1823276
Date: 29 August 2003
Cust. a/c: YOYOSA001 000 000

Subscription Department
111 River Street
Hoboken,
NJ 07030
U.S.A.
Tel: 201 748-6645 Fax: 201 748-5915
www.interscience.wiley.com
E-mail: subinfo@wiley.com

**Remit to:**
John Wiley & Sons Inc.
Subscription Department
P.O. Box 34588
Newark
NJ 07191-4588 U.S.A.

**For wire transfers:**
Fleet Bank
One Fleet Way, PASCN04A
Scranton, PA 18507
ABA Number 021404465
Acct. Number 9396449445

**Bill to:**
Noriko Yoyosato
1710 Rodeo Rd
ARCADIA    CA 91006-1601
U.S.A.

**Ship to:**
Noriko Yoyosato
1710 Rodeo Rd
ARCADIA    CA 91006-1601
U.S.A.

Page 1

SUBSCRIPTIONS WILL BE ENTERED UPON RECEIPT OF PAYMENT
Please amend the shipping address shown if not correct

| Wiley ref | Jnl | Title | Qty | Subscription Price | Discount Price | Tax |
|---|---|---|---|---|---|---|
| 508017 | ANA | Combined Subscription<br>**Annals of Neurology**<br>Print and Electronic (Includes Online Access)<br>Year 2004<br>Vol 55-56, 12 Issues<br>Print ISSN:  0364-5134<br>E-ISSN:  1531-8249 | 2 x | 230.00<br>460.00 | 460.00 * | |

A24-0967 &
A24-0123

* Personal subscriptions must be paid by personal check or credit card
If you wish to pay by credit card please complete details below:

Card no: _____

Card Security no. ____ Required for AMEX, Visa & MC

Expiration: _____ AMEX  VISA  MC

Signature: _____

460.00    460.00

**Total invoice amount   US Dollars   $   460.00**
Payable in advance. Net of bank charges
Checks must be drawn on a U.S. bank

1  1247652

Wiley Subscription Services Inc.
111 River Street
Hoboken, N.J. 07030

Billing Agent for:
Wiley-VCH GMBH
John Wiley & Sons, Ltd
John Wiley & Sons, Inc

I&U 007681

```
Noriko Toyosato                                           16-66/1220        2744
1710 Rodeo Rd.
Arcadia, CA 91006                         DATE 12/17/03

PAY TO THE
ORDER OF   John Wiley & Sons                        $ 460.00

four hundred sixty and xx/100                              DOLLARS

BANK OF AMERICA
SUNSET-WETHERLY BRANCH 0134   (310) 247-2080
9021 SUNSET BOULEVARD
WEST HOLLYWOOD, CA 90069

FOR 2004

⑆122000661⑆2744⑈01349⑈060 201⑈
```

John Wiley & Sons
Subscription Dept.
P.O Box 34588
Newark, NJ 07189-4588

I&U 007682

**Exhibit B**

# John Wiley & Sons, Inc.

## Journal Subscription Pro-forma Invoice

Please return one copy with your remittance

**Renewal**

Subscription Department
111 River Street
Hoboken,
NJ 07030
U.S.A.
Tel: 201 748-6645 Fax: 201 748-5915
www.interscience.wiley.com
E-mail: subinfo@wiley.com

Remit to:
John Wiley & Sons Inc.
Subscription Department
P.O. Box 34588
Newark
NJ 07189-4588 U.S.A.

For wire transfers:
Fleet Bank
One Fleet Way, PASCN04A
Scranton, PA 18507
ABA Number 021404465
Acct. Number 9396449445

Invoice no.: RN 2077492
Date: 3 September 2004
Cust. a/c: AREVAL 002 000 000

**Bill to:**
Mauricio Arevaldo
5831 Madrid Ct
PALMDALE   CA 93552
U.S.A.

**Ship to:**
Mauricio Arevaldo
5831 Madrid Ct
PALMDALE   CA 93552
U.S.A.

Page 1

SUBSCRIPTIONS WILL BE ENTERED UPON RECEIPT OF PAYMENT
Please amend the shipping address shown if not correct

| Wiley ref | Jnl | Title | Qty | Subscription Price | Discount Price | Tax |
|---|---|---|---|---|---|---|
| 528909 | CCD | Catheterization and Cardiovascular Interventions<br>Year 2005<br>Vol 64-66, 12 Issues<br>Print ISSN: 1522-1946 | 1 x | 385.00 | 385.00 * | |

\* Personal subscriptions must be paid by personal check or credit card
If you wish to pay by credit card please complete details below:

385.00    385.00

Card no: _____

**Total invoice amount**   US Dollars   $   **385.00**
Payable in advance  Net of bank charges
Checks must be drawn on a U.S. bank

Card Security no. ____ Required for AMEX, Visa & MC

Expiration: _____ AMEX  VISA  MC

1 137020

Signature: _____

Wiley Subscription Services Inc.
111 River Street
Hoboken, N.J. 07030

Billing Agent for:  Wiley-VCH GMBH
John Wiley & Sons, Ltd
John Wiley & Sons, Inc

I&U 027043

trevaldo
rid Ct
CA 93552.

John Wiley & Sons Inc.
Subscription Dpt.
P.O. Box 34588
Newark, NJ 071894588.

## POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

SERIAL NUMBER: 07129032725
YEAR, MONTH, DAY: 2004-10-15
POST OFFICE: 910000
U.S. DOLLARS AND CENTS: $385.00

THREE HUNDRED EIGHTY FIVE DOLLARS & 00¢

PAY TO: John Wiley & Sons Inc.
P.O. Box 34588
Newark, NJ 07184-4588

FROM: Mauricio Arevaldo
ADDRESS: 5831 Madrid Ct
Palmdale, CA 93552

I&U 027046

# PROOF OF SERVICE

I, ___Daniel Villarreal___, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

_Daniel Villarreal_

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, _Kenneth A. Shope_, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Kenneth A. Shope*
Kenneth A. Shope

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen<br>& Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, Janeth Rodriguez, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Janeth Rodriguez*
Janeth Rodriguez.

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |