J. Andrew Coombs (SBN 123881)
Annie Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 502-3201

Matthew N. Kane
Donnelly, Conroy, & Gelhaar LLP
One Beacon Street, 33d Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Attorneys for Plaintiffs Elsevier Inc.,
Elsevier B.V., Elsevier
Limited, Elsevier Ireland Limited,
John Wiley & Sons, Inc., Wiley Periodicals, Inc.,
Wiley-Liss, Inc., John Wiley & Sons, Ltd.,
Wolters Kluwer Health, Inc., and
Blackwell Publishing, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 GHK (PLAx) <br><br> **DECLARATION OF MARIBEL BURGOS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Hearing Date: May 12, 2008 <br> Hearing Time: 9:30 a.m. <br> Courtroom: Hon. Judge G.H. King |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsevier Inc., Elsevier B.V., Elsevier Limited, Elsevier Ireland Limited, John Wiley & Sons, Inc., Wiley Periodicals, Inc., Wiley-Liss, Inc., John Wiley & Sons, Ltd., Wolters Kluwer Health, Inc., and Blackwell Publishing, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (a/k/a "Crescendo Books" and "Book Cube"), Lan Tu (a/k/a "Joanne Tu"), Ichihiro Toyosato, Noriko Toyosato, Beverly Jiang <br><br> Defendants. | Case No. CV06-3131 GHK (PLAx) |

## **DECLARATION OF MARIBEL BURGOS**

I, Maribel Burgos, do hereby state and depose as follows:

1) I am over the age of 18 and have personal knowledge of the matters set forth herein.

2) I am a Customer Service Team Manager at Elsevier. I have worked at Elsevier since 1992. As part of my role as Customer Service Team Manager, I am responsible for overseeing the processing of agent journal subscriptions.

3) Elsevier publishes highly-specialized professional journals such as *The American Journal of Obstetrics & Gynecology*, *The Journal of Pediatrics*, and *Journal of Nutritional Biochemistry*. These journals provide professionals with critical peer reviewed research and studies in advanced disciplines.

4) In addition to individuals, many hospitals, universities, libraries, and other institutions purchase subscriptions to Elsevier's journals.

5) In order to make it economically feasible to publish the journals, but still make them accessible to individuals, we sell our journals at different prices depending on whether the subscriber is an institution or an individual. We also offer different prices based on where the subscriber is located. The rates we offer to individual subscribers are deeply discounted from those we offer institutions. Among other things, this pricing structure reflects the fact that while only one person is permitted to use an Individual Rate subscription, potentially hundreds of readers may access the Institutional Rate subscriptions purchased by hospitals, libraries, and other large institutions.

6) In the regular course of our business, we rely upon the information the subscribers provide on their order forms to determine whether to fulfill subscription orders at Institutional or Individual rates. For individual subscribers, we fulfill their order at the discounted Individual Rate with the understanding that the subscription will be used for individual purposes only and not resold or placed in libraries.

7) Because we process approximately 185,000 orders each year, it would not be practical or economically feasible for us to investigate each and every subscription order that comes in to ensure that subscribers ordering Individual Rate subscriptions are in fact individuals.

8) In connection with this case, I reviewed certain subscription orders that the Defendants submitted to Elsevier. When we cross referenced names and addresses in our subscription records, we identified numerous names that were used multiple times to place different orders and multiple addresses where these subscriptions were placed. We discovered hundreds of instances in which the Defendants represented that they were purchasing a journal as an individual subscriber.

9) By way of example, Noriko Toyosato placed an order for a 2004 subscription to *Journal of the American College of Cardiology* at the Individual Rate. She listed her home address as 1710 Rodeo Road, Arcadia, CA 91006. (*See Toyosato Subscription Order* at Exhibit A). Based on the

subscription information provided on her order form, Elsevier processed this order as an Individual Rate subscription and billed the Individual Rate of $211, rather than the higher Institutional Rate.

10) Similarly, another order was placed for shipment to the same address—1710 Rodeo Road, Arcadia, CA 91006—under the subscriber name "Jim Ota" for *The Journal of Pediatrics* at the Individual Rate. (*See Ota Subscription Order* at Exhibit B). Again, based on the subscription information provided, Elsevier processed this order as an Individual Rate subscription and billed the Individual Rate price of $166, rather than the higher Institutional Rate.

11) We relied on these representations that the subscriptions at issue were placed by individuals in fulfilling these orders at the Individual Rates.

12) Had we known, for example, that the orders placed by Noriko Toyosato and Jim Ota set forth above were intended for use by institutions rather than individuals, we would not have fulfilled the orders at the Individual Rates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of April, 2008, at Orlando, Florida.

*Maribel Burgos* (signature)
Maribel Burgos

**Exhibit A**

| | ELSEVIER<br>JOURNALS CUSTOMER SERVICE<br>6277 SEA HARBOR DRIVE<br>ORLANDO, FLORIDA 32887-4900 | ☐ PLEASE CHARGE MY CREDIT CARD ☑ PAYMENT ENCLOSED | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| | | ☐ AMERICAN EXPRESS DINERS CLUB  ☐ VISA / DISCOVER MASTERCARD | US$ $211.00 | US$ |

CARD NUMBER    EXPIRATION DATE
SIGNATURE _____

ACCT.-SUB: 4407425-45

☐ CHECK BOX AND MAKE ALL ADDRESS CHANGES ON REVERSE SIDE
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT TO:

NORIKO TOYOSATO
1710 RODEO RD
ARCADIA CA  91006-1601

ELSEVIER
P.O. BOX 628239
ORLANDO FL 32862-8239
USA

66364944

FEIN #13-1935377
GST 12467811-3

0204407425004566364944    $211.00

---

**INVOICE**    PAGE 1

BILL TO: 4407425
NORIKO TOYOSATO
1710 RODEO RD
ARCADIA CA  91006-1601

SHIP TO: 4407425-45
NORIKO TOYOSATO
1710 RODEO RD
ARCADIA CA  91006-1601

| PUB CODE | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| JACC | 1 | JOURNAL OF THE AMERICAN COLLEGE OF CARDIOLOGY<br>Jan04 -Dec04   A24-2023 | 211.00 | 211.00 |

RETURN THIS INVOICE WITH PAYMENT TO CONTINUE RECEIVING YOUR SERVICE

Noriko Toyosato
1710 Rodeo Rd.
Arcadia, CA 91006

16-66/1220    2798

DATE 12/31/03

PAY TO THE ORDER OF  Elsevier    $ 211.⁰⁰

Two Hundred eleven dollars  DOLLARS

BANK OF AMERICA
SUNSET-WETHERLY BRANCH 0134  (310) 247-2080
9021 SUNSET BOULEVARD
WEST HOLLYWOOD, CA 90069

FOR 2004  _____

⑈122000661⑈2798⑈01349⑈06020⑈

US$ $211.00

NO.

www.elsevier.com
I050/ 1

I&U 008942

Exhibit A

**Exhibit B**

**ELSEVIER**
JOURNALS CUSTOMER SERVICE
6277 SEA HARBOR DRIVE
ORLANDO, FLORIDA 32887-4800

☐ PLEASE CHARGE MY CREDIT CARD
☐ PAYMENT ENCLOSED
☐ AMERICAN EXPRESS DINERS CLUB
☐ VISA / DISCOVER MASTERCARD

AMOUNT DUE: US$ $166.00
AMOUNT ENCLOSED: US$

CARD NUMBER
SIGNATURE
EXPIRATION DATE

ACCT.-SUB: 1796770-2

JIM OTA
1710 RODEO RD
ARCADIA CA  91006-1601

☐ CHECK BOX AND MAKE ALL ADDRESS CHANGES ON REVERSE SIDE
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT TO:

ELSEVIER
P.O. BOX 628254
ORLANDO FL 32862-8239
USA

46078960

02017967700000246078960   $166.00

FEIN # 43-0891713
GST 12457611-3

DETACH AND RETURN TOP PORTION WITH YOUR REMITTANCE
PAYMENT MUST BE MADE IN U.S. DOLLARS DRAWN ON A U.S. BANK OR PAYABLE BY INTERNATIONAL MONEY ORDER

## INVOICE

PAGE 1

BILL TO: 1796770

JIM OTA
1710 RODEO RD
ARCADIA CA  91006-1601

A24·0074

SHIP TO: 1796770-2

JIM OTA
1710 RODEO RD
ARCADIA CA  91006-1601

| PUB CODE | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| J009 | 1 | THE JOURNAL OF PEDIATRICS<br>Jan04 -Dec04 | 166.00 | 166.00 |

RETURN THIS INVOICE WITH PAYMENT TO CONTINUE RECEIVING YOUR SUBSCRIPTION. YOUR PROMPT RESPONSE WILL ENSURE THAT YOUR SERVICE CONTINUES WITHOUT INTERRUPTION.

| TERMS: NET 30 DAYS | BILL CODE 0614446 | US$ | $166.00 |
|---|---|---|---|

ORDER INFORMATION

| 1796770-2<br>ACCOUNT NUMBER | 46078960<br>INVOICE NO. | 08/21/03<br>INVOICE DATE | PURCHASE ORDER NO. |
|---|---|---|---|

PLEASE SUBMIT PAYMENT IN U.S. DOLLARS.

ELSEVIER
www.elsevier.com

MOSRIVNO 18/04/03

I050/  1

I&U 009920

Exhibit B



I&U 009923

Exhibit B

# PROOF OF SERVICE

I, ___Daniel Villarreal___, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

_____
Daniel Villarreal

| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
|---|---|
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, _Kenneth A. Shope_, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

## (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Kenneth A. Shope* (signature)
Kenneth A. Shope

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |

# PROOF OF SERVICE

I, Janeth Rodriguez, certify and declare

I am over the age of 18 years, employed in the County of Los Angeles, State of California and my business address is: 3950 Verdugo View Drive, Los Angeles, California 90065

On April 21, 2008, I served a copy of the enclosed:

- **Plaintiffs' Notice and Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato**
- **Plaintiffs' Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Plaintiffs' Memorandum In Support of Their Motion for Partial Summary Judgment for Liability on Counts I and III Against Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. (A/K/A "Crescendo Books" and "Book Cube") and Noriko Toyosato;**
- **Statement Of Undisputed Material Facts In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **[Proposed] Order;**
- **Affidavit Of Matthew N. Kane In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Noriko Toyosato In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration Of Maureen Connors In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Keith Abbott In Support Of Plaintiffs' Motion For Partial Summary Judgment;**
- **Declaration of Maribel Burgos In Support Of Plaintiffs' Motion For Partial Summary Judgment**

On the following:

### (SEE BELOW SERVICE LIST)

I delivered by hand the above referenced documents to the above referenced addressees.

Executed on April 21, 2008 at Glendale, California.

*Janeth Rodriguez*
Janeth Rodriguez.

| | |
|---|---|
| Roger M. Franks<br>Jeff J. Astarabadi<br>James H. Millane<br>Jackson, DeMarco, Tidus, Petersen & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 facsimile<br>*(Attorneys for Defendants Kiuchi Shoten Co., Ltd., Hideo Kiuchi, I and U, Inc. and Lan Tu a/k/a Joanne Tu)* | Kenneth I. Gross, Esq.<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>(213) 627-0218<br>(213) 623-4628 facsimile<br>*Email: kigross@kigrosslaw.com*<br>*(Attorney for Defendant Lan Tu (a/k/a Joanne Tu)* |
| Bernard Cooper, Esq.<br>15 S. Raymond Ave., Suite 205<br>Pasadena, CA 91105<br>(626) 796-4030<br>(626) 796-4034 facsimile<br>*Email: bernardcooper@earthlink.net*<br>*(Attorney for Defendant Beverly Jiang)* | |
| Noriko Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006<br>*Email: norikotoyosato@hotmail.com* | Ichiro Toyosato<br>1710 Rodeo Road<br>Arcadia, CA 91006 |